United States District Court
Southern District of Texas
FILED

MAY 28 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**NORMA ALEJANDRA LOPEZ** )
   PETITIONER, a minor, by and through )
   Her Mother, )
**NORMA ALICIA ANAYA DE LOPEZ,** )
    )
v. )    c.a. **B-04-089**
    )
**HON. COLIN POWELL,** )
   United States Secretary of State. )
        and )
**UNITED STATES OF AMERICA,** )
   RESPONDENTS. )
    )

**PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Norma Alejandra Lopez, ("Ms. Lopez"), a minor, through her mother, Norma Alicia Anaya, ("Ms. Anaya"), respectfully files the instant Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, and in support of same, shows as follows:

**I.   JURISDICTION AND VENUE**

1.   Jurisdiction over the case at bar is laid under 28 U.S.C. §§2241 (habeas corpus); 1331 (federal question), 1346(a)(2) (actions against officers of the United States, and 2201 et seq. (The Declaratory Judgment Act).

2.   Ms. Lopez' application for a United States Passport, which is the subject of the instant action, was made by herself and her mother, Ms. Anaya, at the U.S. Post Office in McAllen, Texas, where Ms. Lopez resides part-time, and was attending school, and which is within the jurisdiction of the Court.

3. On information and belief, it was the actions of unknown agents of the former Immigration and Naturalization Service, ("INS"), now

the Department of Homeland Security, ("DHS"), who were then based in the Rio Grande Valley, against the midwife who assisted the birth of Ms. Lopez, one Sylvia Barrera, of San Juan, Texas, causing her to give a false declaration, which caused the denial of the United States Passport at issue.

4. Because of the actions of said INS agents, Respondent Powell denied Ms. Lopez' application for a United States passport, [1] thereby imposing significant restraints on Petitioner's liberty which are not shared by the populace at large. This constitutes custody, within the meaning of *Jones v. Cunningham,* 371 U.S. 236,240 (1963), for purposes of 28 U.S.C. §2241.

## II.  THE PARTIES

5. Petitioner Norma Alejandra Lopez is a United States Citizen. She was born in San Juan, Texas on May 18, 1989. [2] She has been attending school, and residing part-time, in McAllen, Texas.

6. Respondent Colin Powell is the duly appointed Secretary of State of the United States, and is sued in his official capacity only. The United States of America is also a named respondent.

## III.  THE FACTS

7. Norma Alejandra Lopez was born San Juan, Texas, on May 18, 1989. Her birth assisted by Sylvia Barrera, of San Juan, Texas, who was at that time a licensed midwife. Her father, Juan Lopez, who was then studying medicine, was also present at the birth. Her birth was registered the following day, May 19, 1989. Her parents also registered her in Mexico, on June 26, 1989.

---

[1]  Petitioner's Exhibit A, herein incorporated by reference.

[2]  Petitioner's Exhibit B, herein incorporated by reference.

9.  On April 13, 2004, Ms. Lopez and her mother executed an application for a United States Passport in McAllen, Texas. By letter dated April 28, 2004, said application was denied, on the grounds that the midwife had given a sworn statement in 1991 to the effect that she had falsely filed the Texas birth certificate.

10. On receipt of this denial, Ms. Anaya and her sister-in-law, Nelda Flores de Anaya, of McAllen, Texas, went to the home of the midwife to confront her. The midwife told them that she had gotten into trouble in connection with the sale of a baby who was to be taken to Spain, that pertinent midwife records had been stolen, and that lacking the birth records, agents of the INS had pressured her into filing a false declaration with respect to this and other births. She said that as a result, she had spent time in prison, and had lost her license to act as a midwife. However, when Ms. Anaya and her sister-in-law returned, asking her to give this information in writing, she refused.

11. Petitioner had been planning a trip abroad, which trip has had to be canceled, given the lack of a passport. She is also in danger of being stopped at a port of entry, and detained for making an allegedly false claim to U.S. citizenship.

### IV. PRAYER FOR RELIEF

WHEREFORE, it is respectfully requested that this Court grant the requested writ, issue a Declaratory Judgment, declaring Petitioner to be a U.S. citizen, and a permanent injunction, restraining and enjoining Respondent Powell, from not issuing the requested passport. It is also requested that the Court require Respondents to pay Petitioner's costs, and reasonable attorneys fees, and grant such other and further relief as the Court may consider appropriate.

Respectfully Submitted,

*[signature]*

Lisa S. Brodyaga
Attorney at Law
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)

Federal Id:   1178
Texas State Bar: 03052800

## VERIFICATION

I, Norma Alicia Anaya, certify under penalty of perjury that I am the mother of the Petitioner, and that the above-stated facts are true and correct to the best of my knowledge and belief.

*[signature: Norma A. Anaya C.]*

## CERTIFICATE OF COUNSEL

I, Lisa S. Brodyaga, hereby certify that I am familiar with the procedural history of the case as stated above, and that it is true and correct to the best of my knowledge and belief.

*[signature: Lisa S. Brodyaga]*

## CERTIFICATE OF SERVICE

I certify that a courtesy copy of the foregoing, with Exhibits, was personally delivered to the office of Nancy Masso, AUSA, 600 E. Harrison, Brownsville, Texas, this 28th day of May, 2004.

*[signature]*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA ALEJANDRA LOPEZ<br>    PETITIONER, a minor, by and through<br>    Her Mother,<br>NORMA ALICIA ANAYA DE LOPEZ,<br><br>v.<br><br>HON. COLIN POWELL,<br>    United States Secretary of State.<br>        and<br>UNITED STATES OF AMERICA,<br>    RESPONDENTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. |

**EXHIBIT "A" IN SUPPORT OF**

PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF



**United States Department of State**
Houston Passport Agency
*1919 Smith Street, Suite 1400*
*Houston, TX 77002*
*1-900-225-5674*

April 28, 2004

Norma Alejandra Lopez
608 Kennedy
McAllen, TX 78501

Dear Mrs. Lopez:

We refer to your application for a United States passport which you executed at the McAllen Post Office on April 13, 2004. As proof of United States citizenship you submitted a Texas birth certificate filed by a midwife, Sylvia Barrera on May 19, 1989.

During the adjudication of your application it came to our attention that Ms. Barrera, the individual who filed the birth certificate, gave a sworn statement on December 6, 1991 to the Bureau of Citizenship and Immigration Service (formerly known as the Immigration and Naturalization Service) admitting that she had falsely filed the Texas birth certificate. The Bureau of Citizenship and Immigration Services often provides information to our agency as a courtesy, especially when the information concerns fraudulent filings of U.S. birth records. As we are not conservators of the original information, we suggest that you directly contact the Bureau of Citizenship and Immigration Services to specifically request this information. Your INS Alien Identification number is A#70430843.

Due to the above information, the Houston Passport Agency has no recourse but to deny your request for passport services. The local office of the Bureau of Citizenship and Immigration Services may be able to assist you by providing information about other travel documents or procedures for possible naturalization as a United States citizen. Once you acquire United States citizenship, you may execute another application for a United States passport.

Sincerely,

Ms. Jacqueline Harley-Bell
Regional Director

Enclosed: Paid Express Envelope

JHB/pm

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
NORMA ALEJANDRA LOPEZ                      )
    PETITIONER, a minor, by and through    )
    Her Mother,                            )
NORMA ALICIA ANAYA DE LOPEZ,               )
                                           )
v.                                         )    C.A.
                                           )
HON. COLIN POWELL,                         )
    United States Secretary of State.      )
            and                            )
UNITED STATES OF AMERICA,                  )
    RESPONDENTS.                           )
_____)
```

**EXHIBIT "B" IN SUPPORT OF**

PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

