IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NORMA ALEJANDRA LOPEZ, | * | |
| Petitioner, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. B-04-089 |
| | * | |
| COLIN POWELL, United States Secretary | * | |
| of State, and the UNITED STATES OF | * | |
| AMERICA, | * | |
| Respondents. | * | |

### RESPONDENTS' ANSWER TO PETITION FOR WRIT
### OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY
### AND INJUNCTIVE RELIEF

TO THE HONORABLE JUDGE OF SAID COURT:

Respondents herein, Colin Powell, the Secretary of State for the United States of America, and the United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of files this answer to Petitioner's "Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief," and respectfully shows unto the Court as follows:

### I. Jurisdiction and Venue

1. Deny. Petitioner has failed to assert a claim pursuant to 8 U.S.C. 1503(a) which provides that a person within the United States who has claimed a right or privilege as a national and has been denied that right or privilege can institute an action under 28 U.S.C. 2201 for a declaratory judgment declaring him or her a national. Since 8 U.S.C. 1503 provides for specific jurisdiction, there is no additional grant of general jurisdiction under any other jurisdictional statute. See, *Califano v. Sanders*, 430 U.S. 99 (1977).

2. Admit that an application for a U.S. passport on behalf of the Petitioner was submitted to the U.S. Post Office in McAllen, Texas. Defendant lacks sufficient

   information to admit or deny whether Petitioner resides part-time and/or was attending school within the jurisdiction of the Court; to the extent a response is required for the remaining allegations of this paragraph, they are denied.

3. This paragraph appears to be an argument of counsel for which a response is not required. To the extent that a response is required Respondents deny the allegations of this paragraph.

4. Admit that Respondents denied Petitioner's passport application; all other allegations are denied.

## II. The Parties

5. Respondents deny the allegations contained in the first two sentences of this paragraph. Respondents lack information and knowledge from which to provide a response to the remaining allegations of this paragraph; therefore all of the allegations contained in this paragraph are denied.

6. Admit.

## III. Facts

7. Respondents deny the first two sentences of this paragraph. Respondents lack information and knowledge from which to provide a response as to the third sentence of this paragraph; therefore the allegations contained in this sentence are denied. Respondents admit the allegation contained in the fourth sentence; however, in so admitting, Respondents deny that the registration in Texas was valid. Respondents contend that the registration in Texas on May 19, 1989 was fraudulent. Respondents admit the allegations contained in the fifth sentence of this paragraph.

8. There is no "paragraph 8" in this petition.

9. Admit.

10. Respondents lack information and knowledge from which to provide a response; therefore the allegations contained in this paragraph are denied.

11. This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied. Any alleged possible injury to Petitioner is speculative, conjectural and not ripe for this Court to consider[1].

### IV. Prayer

This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

It is affirmatively alleged that plaintiff's petition fails to state a claim upon which relief can be granted.

WHEREFORE, PREMISES CONSIDERED, the Respondents pray that the Petitioner take nothing by her suit, that the suit be dismissed with prejudice, and that the Respondents have such other and further relief to which it may be entitled.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:   (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

---

[1] Petitioner has a birth certificate from Mexico. Therefore, it may be presumed that Petitioner is entitled to obtain a Mexican passport for travel as a citizen of that country.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the true and foregoing:

*RESPONDENTS' ANSWER TO PETITION FOR WRIT
OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF*

was mailed via certified mail, return receipt requested to the following:

Ms. Lisa Brodyaga
Attorney at Law
17891 Landrum Park
San Benito, TX 78586

August 3, 2004
Date

NANCY L. MASSO
Assistant United States Attorney