# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

*United States District Court*
*Southern District of Texas*
*FILED*
*SEP 29 2004*
*Michael N. Milby*
*Clerk of Court*

| | | |
|---|---|---|
| NORMA ALEJANDRA LOPEZ | * | |
| vs | * | CIVIL ACTION NO. B04-089 |
| COLIN POWELL, ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### STATUS CONFERENCE

October 26, 2004, 2:00 p.m.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:    U.S. Federal Building & Courthouse
          600 E. Harrison, 2nd Floor
          Brownsville, TX 78520

**BY ORDER OF THE COURT**

September 29, 2004

cc:    All Counsel