COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   **Southern District of Texas, Brownsville Division**

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | D Ahumada |
| CSO | : | D Figueroa |
| Law Clerk | : | J Scott |
| Interpreter | : | not needed |
| Date | : | **October 26, 2004 at 2:10 p.m.** |

United States District Court
Southern District of Texas
FILED

OCT 26 2004

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-04-089

**NORMA ALEJANDRA LOPEZ**           *           **L BRODYAGA**

VS

**COLIN POWELL ET AL**              *           **N MASSO**

---

### STATUS CONFERENCE

L Brodyaga present for Norma Alejandra Lopez;
N Masso present for Colin Powell;

The Court addresses counsel;

Counsel agree to amend the pleadings to proceed under 1503;

The Court will allow time to file amended pleadings;

N Masso states there is an A File which contains relevant information as to the Midwife;
Counsel further states she will file a proposed Protective Order;

Court adjourned.