United States District Court
Southern District of Texas
FILED

NOV 0 1 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NORMA ALEJANDRA LOPEZ, Petitioner )
)
v. ) C.A. No. B-04-089
)
HON. COLIN POWELL, et al, Respondents. )
_____)

**PLAINTIFF'S MOTION FOR RELEASE OF IMMIGRATION
A-FILE (AND CRIMINAL FILE, IF LOCATED) OF MIDWIFE
AND UNOPPOSED MOTION TO FILE FIRST AMENDED PETITION/COMPLAINT,
INCLUDING 8 U.S.C. §1503 AS JURISDICTIONAL BASIS**

Norma Alejandra Lopez, through counsel, respectfully files the instant motion for release of the immigration A-file, (redacted to protect irrelevant, personal data such as birthdate, social security number etc.), of Sylvia Barrera, the midwife who delivered Petitioner, as well as her criminal file, (if located), under like conditions.  She further seeks leave to file a first amended Petition/Complaint, to include 8 U.S.C. §1503 as a jurisdictional basis, and to make minor modifications to the factual allegations, based on information subsequently received.  In support of same, Petitioner would respectfully show as follows:

The issue in the instant case is whether Norma Alejandra Lopez was born San Juan, Texas, on May 18, 1989.  Sylvia Barrera, who was at that time a licensed midwife, registered her birth, May 19, 1989.  As is common for children of Mexican parents, her parents also registered her birth in Mexico, on June 26, 1989.

On April 13, 2004, Ms. Lopez and her mother executed an application for a United States Passport in McAllen, Texas.  By letter dated April 28, 2004, said application was denied, on the grounds that the midwife had allegedly given a sworn statement on December 6, 1991, admitting that she had falsely filed Petitioner's Texas birth certificate.  This letter was the first that Petitioner knew that

her birth in the United States was being challenged.

Since then, she has received a copy of her own immigration A-file. However, there is no such statement from Ms. Barrera in her A-file. To the contrary, there is a report, dated 12-06-91, captioned "Documented False Claim to Citizenship," relating to Petitioner, (Petitioner's Exhibit C, herein incorporated by reference), which Report states, under "Remarks," as follows (emphasis added):

> Midwife Sylvia Barrera-Sanchez falsely registered hundreds of foreign born children as U.S. born. She has now been convicted. In this particular case the Mexican birth occurred on the same date as the U.S. birth. Both parents are from Mexico. *BARRERA has refused to cooperate and disclose which of her filings are false.* It is suspected that most were.
> /signed/ James W. Knight
> Supv. Special Agent
> Harlingen, Texas

Apart from the Government's suspicions, apparently based on the unrealistically large number of births registered by the midwife, and the subsequently filed Mexican birth certificate, there is nothing in that report, or her A-file, to support the contention that Petitioner's birth was fraudulently registered in Texas. She considers it implausible that on the same day that the midwife allegedly "refused to cooperate and disclose which of her filings [were] false," she gave a sworn statement, stating that this filing was false. She finds it equally implausible that, if such a statement existed, it would not be located in her A-file.

In the absence of the alleged statement upon which the denial of her passport was based, and particularly given the conflicting information, to the effect that on the very day said statement was allegedly given, the midwife "refused to cooperate" Petitioner considers that she may be entitled to summary judgment. The mere fact that the Government "suspected" that "most" of the midwife's

filings were false is insufficient reason to deny the requested passport.[1] Furthermore, by simply sitting on their alleged evidence, and taking no steps to inform the Petitioner (or her parents), that her claim to birth in the U.S. was being challenged, the Government has prejudiced her ability to defend against their accusations. Among other problems, the criminal file relating to the midwife has been misplaced, and probably "purged" as well.

The Government states that they are not opposed to allowing counsel to review the midwife's A-file, and criminal file, if located, but have (justifiable) privacy concerns, and will submit a protective Order from this Court, to which Petitioner is not opposed.

The Government is also unopposed to Petitioner's motion to file her first amended petition and complaint, a copy of which was faxed to Nancy Masso, AUSA, on October 28, 2004.

Respectfully Submitted,

*Lisa S. Brodyaga* (signature)

Lisa S. Brodyaga
Attorney at Law
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)

Federal Id:   1178
Texas State Bar: 03052800

---

[1] Petitioner considers that the most likely scenario is that, because of the unusually large number of births allegedly attended by the midwife in question, the Government obtained all birth records filed by her, checked to see which of these children had also been registered in Mexico, and then, since the midwife was unable to produce the pertinent birth records, pressured her into "admitting" that the Texas birth records of *all* of the children who had also been registered in Mexico had been falsely filed.

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing, with Exhibit C and proposed Orders, was mailed, first-class postage prepaid, this 29th day of October, 2004, to Nancy Masso, AUSA, 600 E. Harrison, 2nd Floor, Brownsville, Texas, 78520, and to Sylvia Barrera, 2303 N. Lincoln St., San Juan, Texas 78589.

_____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA ALEJANDRA LOPEZ<br>    PETITIONER, a minor, by and through<br>    Her Mother,<br>NORMA ALICIA ANAYA DE LOPEZ,<br><br>v.<br><br>HON. COLIN POWELL,<br>    United States Secretary of State.<br>        and<br>UNITED STATES OF AMERICA,<br>    RESPONDENTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. B-04-089 |

EXHIBIT "C" IN SUPPORT OF

PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

## DOCUMENTED FALSE CLAIM TO CITIZENSHIP

OFFICE: HLG/INV
DATE: 12-06-91
FILE NO. A70 430 843

TRUE NAME OF SUBJECT: LOPEZ-Anaya, Norma Alejandra
FATHER'S NAME: LOPEZ, Juan Noe
MOTHER'S NAME: ANAYA, Norma Alicia
DATE & PLACE OF BIRTH: May 18, 1989, Reynosa, Tamps., Mexico
DISTINCTIVE MARKS OR SCARS: _____

TYPE OF DOCUMENT: Texas Birth Certificate
(birth certificate, baptismal certificate; other - specify)

[ ] VALID    [ ] COUNTERFEIT    [ ] DELAYED REGISTRATION    [ ] ALTERED
Falsely Registered
LOCATION OF ORIGINAL RECORD: San Juan, Texas, (Hidalgo County)
(city-county-state-church-draft board, etc.)
RECORDED DATA: Texas Dept. of Health Birth No. 142-89-090089
(date) (book-vol.-page, etc.) (certificate number of State issue)

NAME APPEARING ON DOCUMENT USED: Norma Alejandra LOPEZ

FATHER'S NAME (from Document): Juan Noe LOPEZ
MOTHER'S NAME (from Document): Norma Alicia ANAYA
DATE & PLACE OF BIRTH: May 18, 1989, San Juan, Texas

MANNER IN WHICH USER OBTAINED DOCUMENT:  FOUND [ ]   LOANED [ ]   GIVEN [ ]

OTHER: _____   PURCHASED [ ]   FRAUDULENTLY FILED [X]

DOCUMENT SUPPLIER: Sylvia BARRERA-Sanchez, A27 948 041
(name)                                (address)

PLACE OF APPREHENSION: _____ LOCATION CODE _____
(city-town-state, etc.)

APPREHENDED ON _____ BY _____ AGENCY _____ PED ( )   VEH ( )

ITEM FURNISHED DOCUMENT CENTER:       Actual Document ( )   Copy of Document ( )

I-213 ( )   I-215 ( )   G-166 ( )   FD-249 ( )   OTHER DOC Copies/Origs in File
(explain)

DISPOSITION OF SUBJECT: (if available)   OSC & W/A APPLIED FOR ( )   VR'd ( )

PROSECUTION ( )   Date _____ Location of Court _____ Sentence _____

DEPORTATION ( )   Date _____ Port _____ Paroled _____

REMARKS: Midwife Sylvia BARRERA-Sanchez falsely registered hundreds of foreign born children as U.S. born. She has now been convicted. In this particular case the Mexican birth occurred on the same date as the U.S. birth. Both parents are from Mexico. BARRERA has refused to cooperate and disclose which of her filings are false. It is suspected that most were.

James W. Knight
Supv. Special Agent
Harlingen, Texas

Orig: EPIC
CC: File A70 430 843
CC: State of Texas

Form G-329
(Rev. 10-15-79)N

UNITED STATES DEPARTMENT OF JUSTICE - Immigration and Naturalization Service