United States District Court
Southern District of Texas
ENTERED

DEC 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NORMA ALEJANDRA LOPEZ, Petitioner,  )
                                     )
v.                                   )   C.A. B-04-089
                                     )
HON. COLIN POWELL, et al, Respondents.)
                                     )

### ORDER

Before the Court is Petitioner's Motion for Release of Immigration A-file, And Criminal File, If Located. On consideration of same, the response of the Government, and of the midwife, Sylvia Barrera, if any, and the file as a whole, the Court is of the opinion that said motion should be, and the same hereby is, **granted**.

IT IS THEREFORE ORDERED that on or before, 30th January 2005 3P.M., the Government shall provide the Court with a protective Order which it considers adequate for its purposes, and that within two weeks of the Court signing same, the Government shall provide Petitioner with a copy of the immigration A-file of the midwife, Sylvia Barrera, with appropriate redactions. The Government shall also advise Petitioner if and when the criminal file of Ms. Barrera is located, and promptly provide her with a copy of same, subject to the same safeguards.

DONE this 7th Day of December, 2004
at Brownsville, Texas.

HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE