UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**NORMA ALEJANDRA LOPEZ, Petitioner**     )
                                           )
v.                                         )    C.A. No. B-04-089
                                           )
**HON. COLIN POWELL, et al, Respondents.** )
                                           )

**PLAINTIFF'S UNOPPOSED MOTION TO FILE FIRST AMENDED PETITION/ COMPLAINT, INCLUDING 8 U.S.C. §1503 AS JURISDICTIONAL BASIS**

Norma Alejandra Lopez, through counsel, respectfully files the instant unopposed motion to file a first amended Petition/ Complaint, to include 8 U.S.C. §1503 as a jurisdictional basis, and to make minor modifications to the factual allegations, based on information subsequently received.

Through Nancy Masso, AUSA, the Government has stated that it is unopposed to Petitioner's motion for leave to file her first amended petition and complaint.

Respectfully Submitted,

s/

Lisa S. Brodyaga
Attorney at Law
17891 Landrum Park Road                Federal Id:  1178
San Benito, TX 78586                   Texas State Bar: 03052800
(956) 421-3226
(956) 421-3423 (fax)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, with proposed Order, was served on Rene Benavides, AUSA, on January 9, 2005.


s/ Lisa S. Brodyaga