UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**NORMA ALEJANDRA LOPEZ, Petitioner,**   )
                                          )
v.                                        )   C.A. B-04-089
                                          )
**HON. COLIN POWELL, et al, Respondents.** )

**ORDER**

Before the Court is Petitioner's Unopposed Motion to file First Amended Petition and Complaint. On consideration of same, and the record as a whole, the Court is of the opinion that said motion should be, and the same hereby is, **granted**.

IT IS THEREFORE ORDERED that said first amended petition and complaint be, and the same hereby is, accepted for filing.

DONE this _____ Day of January, 2005 at Brownsville, Texas.

_____
HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE