UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
NORMA ALEJANDRA LOPEZ                         )
    PETITIONER, a minor, by and through       )
    Her Mother,                               )
NORMA ALICIA ANAYA DE LOPEZ,                  )
                                              )
v.                                            )     C.A. B-04-089
                                              )
HON. COLIN POWELL,                            )
    United States Secretary of State.         )
           and                                )
UNITED STATES OF AMERICA,                     )
    RESPONDENTS.                              )
                                              )
```

**EXHIBIT "D" IN SUPPORT OF**
**FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**
**AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**