UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
NORMA ALEJANDRA LOPEZ                    )
      PETITIONER, a minor, by and through )
      Her Mother,                         )
NORMA ALICIA ANAYA DE LOPEZ,              )
                                          )
v.                                        )        C.A. B-04-089
                                          )
HON. COLIN POWELL,                        )
      United States Secretary of State.   )
            and                           )
UNITED STATES OF AMERICA,                 )
      RESPONDENTS.                        )
_____)
```

EXHIBIT "D" IN SUPPORT OF
FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

No. P04/097764

# United States of America



## DEPARTMENT OF STATE

## To all to whom these presents shall come, Greeting:

**I Certify That** ———— Vanessa D. Washington ————————————,

*whose name is subscribed to the document hereunto annexed, was at the time*

*of subscribing the same*——— Acting Chief, Records Services Division,——

Passport Services
————————————————————*, Department of State, United States*

*of America, and that full faith and credit are due to his acts as such.*



**In testimony whereof, I,** ——— Colin L. Powell ——————

*Secretary of State, have hereunto caused the seal of the Depart-*

*ment of State to be affixed and my name subscribed by the Authenti-*

*cation Officer of the said Department, at the city of Washington, in*

*the District of Columbia, this* ——————— 30th ——————

*day of* ———— July ————— *19* 2004 —————

*Colin L. Powell*

Secretary of State.

By *Danell Myers*

Authentication Officer, Department of State.

Issued pursuant to RS 161, 5 USC 22, RS
203, 5 USC 158; Sec. 1 of Act of June 25,
1948, 62 St. 946, 28 USC 1733; Sec. 4 of Act
of May 26, 1949, 63 St. 111, 5 USC 151c;
and Secs. 104 and 332 of Act of June 27, 1952
66 St. 174 and 253, 8 USC 1104, 1443, and
5 USC 140.

*This certificate is not valid if it is removed or altered in any way whatsoever*



**United States Department of State**

*Washington, D.C. 20520*

July 29, 2004

TO WHOM IT MAY CONCERN

I, William Crawford, Acting Chief, Records Services Division, Office of Information Management and Liaison, Passport Services Directorate, United States Department of State, certify, under penalty of perjury, that as Acting Chief of the Records Services Division, I am custodian of passport files.

I further certify that the passport record attached hereto and listed below, consisting of seven pages, is a true copy of the original record in the custody of the Passport Services Directorate of the Department of State, that I am the custodian of this file, and that:

    A. The record attached to this certificate was made at or near the time of the issuance of a passport, or the occurrence of the matters set forth therein, by the person executing the record with knowledge of the information provided therein;

    B. The record was kept in the course of regularly conducted activity under the authority of the Secretary of State to grant and issue passports; and,

    C. The record was made during the regularly conducted activity as a regular practice under the authority of the Secretary of State to grant and issue passports.

        1. Unissued application for United States passport #134723201 executed in the name of Norma Alejandra Lopez on April 13, 2004, at the U.S. Postal Service in McAllen, Texas. [**Released in Full**]

-2-

I further state that this certification is intended to satisfy Rule 44, Federal Rules of Civil Procedure; Rule 27, Federal Rules of Criminal Procedure; and, Rule 902, Federal Rules of Evidence, under Title 28, United States Code Annotated.

Sincerely,

William Crawford, Acting Chief
Records Services Division
Office of Information Management and Liaison
Passport Services

Passport Application for **Lopez-Anaya, Norma Alejandra**



Citizenship Evidence for **Lopez-Anaya, Norma Alejandra**



Correspondence for **Lopez-Anaya, Norma Alejandra**

OFFICAL USE ONLY

266-1264

STATE OF TEXAS — CERTIFICATE OF BIRTH

NORMA    ALEJANDRA    LOPEZ    MAY 18, 1989    FEMALE

HIDALGO    SAN JUAN TX

2303 N. LINCOLN    SINGLE

JUAN    NMI    LOPEZ    2-22-56    MEXICO

WHITE    MEXICAN

NORMA    ALICIA    ANAYA    12-18-58    MEXICO

WHITE    MEXICAN

MEXICO    TAMPS    REYNOSA

RT. 1 BOX 288   52 CP SAN JUAN

Mrs. Silia Barrera

SYLVIA BARRERA

142    5-19-89

DO YOU WANT A SOCIAL SECURITY NUMBER FOR YOUR NEW BABY?    YES   NO

CONFIDENTIAL INFORMATION BELOW — FOR MEDICAL AND HEALTH USE ONLY — THIS SECTION MUST BE FILLED OUT

| PREGNANCY HISTORY | | EDUCATION | USUAL OCCUPATION | KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|---|
| LIVE BIRTHS | OTHER PREGNANCIES | Father 12TH | Father COLLEGE | Father STUDENT DR. |
| | | Mother 12TH | Mother HOUSEWIFE | Mother DOMESTIC |

DATE OF LAST LIVE BIRTH    UNKNOWN    8-30-88    UNKNOWN    18 WEEKS

DATE LAST NORMAL MENSES BEGAN    8-30-88    1ST MONTH    9TH

TEST DONE?    UNKNOWN    9 WEEKS

fm 1426    ...ville St    ...

OFFICAL USE ONLY

Correspondence (2) for **LOPEZ, NORMA ALEJANDRA ALEJANDRA**

JUL-20-2004 TUE 08:51 AM                    FAX NO.                    P. 02

OFFICAL USE ONLY

TEXAS DEPARTMENT OF HEALTH
BUREAU OF VITAL STATISTICS
1100 W. 49th. St.
Austin, Texas 78756-3191

ADDENDUM

May 27, 1992

Mr. William (Billy) Leo
Hidalgo County Clerk
P.O. Box 58
Edinburg, Texas 78540

Dear Mr. Leo:

    The original of this Addendum has been attached
to the original current birth record of Norma Alejandra
Lopez in accordance with the provision of Section 191.033,
Health and Safety Code. This duplicate is to be attached
to the duplicate record in your custody. If an application
for a certified copy is received, it shall be sent immediately
to the State Registrar.

IDENTIFICATION:         Certificate Number: 90089-89
                        Name: Lopez, Norma Alejandra
                        Date: May 18, 1989
                        Place: San Juan, Hidalgo County
                        Parents: Juan Noe Lopez
                                 Norma Alicia Anaya

CONFLICTING INFORMATION: We have received a Mexican Birth Record
                        which states the individual was born in
                        Cd. Reynosa, Tamaulipas, Mexico.

RICHARD B. BAYS
STATE REGISTRAR

**OFFICAL USE ONLY**

Correspondence (3) for **LOPEZ, NORMA ALEJANDRA ALEJANDRA**

JUL-20-2004 TUE 08:51 AM                    FAX NO.                    P. 03

OFFICAL USE ONLY

TEXAS DEPARTMENT OF HEALTH
BUREAU OF VITAL STATISTICS
1100 W. 49th. St.
Austin, Texas 78756-3191

ADDENDUM

May 27, 1992

Ms. Victoria Ramirez
City Registrar
709 South Nebraska
San Juan, Texas 78589

Dear Ms. Ramirez:

The original of this Addendum has been attached
to the original current birth record of Norma Alejandra
Lopez in accordance with the provision of Section 191.033,
Health and Safety Code. This duplicate is to be attached
to the duplicate record in your custody. If an application
for a certified copy is received, it shall be sent immediately
to the State Registrar.

IDENTIFICATION:        Certificate Number: 90085-89
                       Name: Lopez, Norma Alejandra
                       Date: May 15, 1989
                       Place: San Juan, Hidalgo County
                       Parents: Juan Noe Lopez
                                Norma Alicia Anaya

CONFLICTING INFORMATION:   We have received a Mexican Birth Record
                           which states the individual was born in
                           Cd. Reynosa, Tamaulipas, Mexico.

RICHARD D. BAYS
STATE REGISTRAR

OFFICAL USE ONLY

Correspondence (4) for **LOPEZ, NORMA ALEJANDRA ALEJANDRA**

JUL-20-2004 TUE 08:52 AM                    FAX NO.                    P. 04

**OFFICAL USE ONLY**

DOCUMENTED FALSE CLAIM TO CITIZENSHIP

OFFICE: HLG/INV
DATE: 12-06-91
TRUE NAME OF SUBJECT LOPEZ-Anaya, Norma Alejandra    FILE NO. A70 430 843
FATHER'S NAME    LOPEZ, Juan Noe
MOTHER'S NAME    ANAYA, Norma Alicia
DATE & PLACE OF BIRTH    May 18, 1989, Reynosa, Tamps, Mexico
DISTINCTIVE MARKS OR SCARS _____

TYPE OF DOCUMENT    Texas Birth Certificate

☐ VALID    ☐ COUNTERFEIT    ☐ DELAYED REGISTRATION    ☐ ALTERED
Falsely Registered
LOCATION OF ORIGINAL RECORD    San Juan, Texas, (Hidalgo County)

RECORDED DATA    Texas Dept. of Health Birth No. 142-89-990089

NAME APPEARING ON DOCUMENT USED    Norma Alejandra LOPEZ

FATHER'S NAME (from Document)    Juan Noe LOPEZ
MOTHER'S NAME (from Document)    Norma Alicia ANAYA
DATE & PLACE OF BIRTH    May 18, 1989, San Juan, Texas

MANNER IN WHICH USER OBTAINED DOCUMENT:    FOUND ☐    LOANED ☐    GIVEN ☐

OTHER _____    PURCHASED ☐    FRAUDULENTLY FILED ☒

DOCUMENT SUPPLIER    Sylvia BARRERA-Sanchez, 623 94R 041

PLACE OF APPREHENSION _____    LOCATION CODE _____

APPREHENDED ON _____ BY _____ AGENCY _____ FED ( )    VEH ( )

ITEM FURNISHED DOCUMENT CENTER:    Actual Document ( )    Copy of Document ( )

I-213 ( )    I-215 ( )    G-166 ( )    FD-249 ( )    OTHER DOC Copies/Orign in File

DISPOSITION OF SUBJECT: (if available)    OSC & N/A APPLIED FOR ( )    VR'd ( )

PROSECUTION ( )    Date _____ Location of Court _____ Sentence _____

DEPORTATION ( )    Date _____ Port _____ Funding _____

REMARKS:    Midwife Sylvia BARRERA-Sanchez falsely registered hundreds of foreign born
children as U.S. born. She has now been convicted. In this particular case
the Mexican BIRTH occurred on the same date as the U.S. birth. Both parents are
from Mexico. BARRERA has refused to cooperate and disclose which of her
filings are false. It is suspected that most were.

_____
Supv. Special Agent    Orig: EPIC
Harlingen, Texas    CC: File A70 430 843
CC: State of Texas

Form G-429
(Rev. 10-15-75)    UNITED STATES DEPARTMENT OF JUSTICE - Immigration and Naturalization Service

**OFFICAL USE ONLY**

Correspondence (5) for **LOPEZ, NORMA ALEJANDRA ALEJANDRA**

JUL-20-2004 TUE 08:52 AM                    FAX NO.                          P. 05

**OFFICAL USE ONLY**

U.S. Department of Justice
Immigration and Naturalization Service                    Request for Record Check in Latin America

| To: | | Date 7-28-89 |
|---|---|---|
| Officer in Charge American Consulate General Monterrey, N.L. Mexico | | Office MLO |
| | | File |

Type of document requested: ☒ Authenticated copy    ☐ Informational copy for Service records

**Birth Certificate**

| Name of subject (Complete name with all given names) | Date of birth |
|---|---|
| Norma Alejandra LOPIZ-Anaya | 5/18/89 |

| Place of birth | Name of large city near place of birth |
|---|---|
| Reynosa, Tamaulipas | |

Place of employment

| Name of spouse | Date and place of birth | Place of baptism (Marginal notes) |
|---|---|---|
| | | |

Date and place of marriage (Marriage records have marginal notes)

| Mother's name | Place of residence |
|---|---|
| Norma Alicia Anaya   (31 years old) | 3A #560, Reynosa, Tamaulipas |
| Father's name | Place of residence |
| Juan Noe Lopez   (34 years old) | 3A #560, Reynosa, Tamaulipas |

| Names of paternal grandparents | Place of residence |
|---|---|
| | |

| Names of maternal grandparents | Place of residence |
|---|---|
| | |

| Names of children | Dates of birth | Dates of baptism | Places of birth | Places of baptism |
|---|---|---|---|---|
| | | | | |

Dates and places, subject and parents and/or spouse resided together

Place of employment of parents

Where did subject serve register for military? Number of cartilla. Where was it issued?     IMMIGRATION & ...

When and where did subject register to vote?

If subject has had matula cuarta or quinta, furnish number, municipio and ano

Telephone numbers which may relate to subject or any family member or close relationship

                                                                    Attach photograph of subject

Remarks:

**PLEASE CHECK FOR BIRTH RECORDS IN  REYNOSA, TAMAULIPAS**     (Continue on reverse)

| Forwarding: Name and title | Submitting officer |
|---|---|
| LeRoy Cranfill, Jr., Special Agent | 7/31/ |
| | 9-14-90 |

Results of record check. If requires more period checked. If recent issued ☒ Copy attached

                                                                    (Continue on reverse)

Form G-361 (Rev. 6-15-86)N

**OFFICAL USE ONLY**

Citizenship Evidence (2) for **Lopez-Anaya, Norma Alejandra**



Citizenship Evidence (3) for **Lopez-Anaya, Norma Alejandra**

OFFICAL USE ONLY

268-1266

**ESTADOS UNIDOS MEXICANOS**
GOBIERNO DEL ESTADO DE TAMAULIPAS
**REGISTRO CIVIL**

513775

TAMAULIPAS:

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE
Y COMO OFICIAL DEL REGISTRO CIVIL DEL ESTADO CERTIFICO QUE EN EL LIBRO No. __08__
DEL ARCHIVO GENERAL DEL REGISTRO CIVIL EN LA FOJA __3898__ SE ENCUENTRA ASENTADA
EL ACTA No. __1755__ LEVANTADA POR EL C. OFICIAL __2a.__ DEL REGISTRO CIVIL
PROFRA. ROSALBA TERAN DE ROBLES.
RESIDENTE EN __CD. REYNOSA, TAMAULIPAS.__

FECHA DE REGISTRO,
EN LA CUAL CONTIENEN LOS SIGUIENTES DATOS:                   29 DE JUNIO DE 1989.

**ACTA DE NACIMIENTO**

NOMBRE __NORMA ALEJANDRA LOPEZ ANAYA.__
FECHA DE NACIMIENTO __18 DE MAYO DE 1989.__
PRESENTADO    VIVO ☒    MUERTO ☐    NACIDO ☐    FEMENINO ☒
LUGAR DE NACIMIENTO __CD. REYNOSA, TAMAULIPAS.__

COMPARECIO    EL PADRE ☐    LA MADRE ☒    AMBOS ☐    PERSONA DISTINTA ☐    DECLARANTE ☐

**PADRES**
NOMBRE __JUAN NOE LOPEZ SOTO.__
NACIONALIDAD __MEXICANA.__                                    EDAD  33  AÑOS
NOMBRE __NORMA ALICIA ANAYA CABALLERO.__
NACIONALIDAD __MEXICANA.__                                    EDAD  30  AÑOS

**ABUELOS**
ABUELO PATERNO __ANTONIO LOPEZ ARZOLA.__      NACIONALIDAD  MEXICANA
ABUELA PATERNA __NOEMI SOTO RAMOS.__          NACIONALIDAD  MEXICANA
ABUELO MATERNO __MARIO ANAYA ANAYA.__         NACIONALIDAD  MEXICANA
ABUELA MATERNA __ORALIA CABALLERO CABALLERO.__ NACIONALIDAD  MEXICANA

**TESTIGOS**
NOMBRE __HERMINIO URBINA CASTRO.__
NACIONALIDAD __MEXICANA.__                                    EDAD  40  AÑOS
NOMBRE __NORMA ALICIA SILVA NAJERA.__
NACIONALIDAD __MEXICANA.__                                    EDAD  26  AÑOS

No. DE CERTIFICADO DE NACIMIENTO __- - - - - CNMA 33-032-01-89-01555-5__

TESTIGOS PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO

NOMBRE _____
PARENTESCO _____   EDAD  ___  AÑOS

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO  42  DEL
CODIGO CIVIL VIGENTE EN EL ESTADO, EN LA CIUDAD DE __REYNOSA,__
CAPITAL DEL ESTADO DE TAMAULIPAS, A LOS  29  DIAS DEL MES DE
__SEPTIEMBRE__ DE  1989  DOY FE.

LA C. OFICIAL PRIMERA DEL REGISTRO CIVIL.

PROFRA. ROSALBA TERAN DE ROBINSON

OFICIAL 2a. FEMENIL
REGISTRO CIVIL
Cd. Reynosa, Tam.

OFFICAL USE ONLY

## Citizenship Evidence (4) for **Lopez-Anaya, Norma Alejandra**

OFFICAL USE ONLY

Copy

268-1267

DSL/DSP Attachment for **Lopez-Anaya, Norma Alejandra**

OFFICAL USE ONLY



United States Department of State
Houston Passport Agency
1919 Smith Street, Suite 1600
Houston, TX 77002
1-900-225-5674

April 28, 2004

Norma Alejandra Lopez
608 Kennedy
McAllen, TX 78501

Dear Mrs. Lopez:

We refer to your application for a United States passport which you executed at the McAllen Post Office on April 13, 2004. As proof of United States citizenship you submitted a Texas birth certificate filed by a midwife, Sylvia Barrera on May 19, 1989.

During the adjudication of your application it came to our attention that Ms. Barrera, the individual who filed the birth certificate, gave a sworn statement on December 6, 1991 to the Bureau of Citizenship and Immigration Service (formerly known as the Immigration and Naturalization Service) admitting that she had falsely filed the Texas birth certificate. The Bureau of Citizenship and Immigration Services often provides information to our agency as a courtesy, especially when the information concerns fraudulent filings of U.S. birth records. As we are not conservators of the original information, we suggest that you directly contact the Bureau of Citizenship and Immigration Services to specifically request this information. Your INS Alien Identification number is A#70430843.

Due to the above information, the Houston Passport Agency has no recourse but to deny your request for passport services. The local office of the Bureau of Citizenship and Immigration Services may be able to assist you by providing information about other travel documents or procedures for possible naturalization as a United States citizen. Once you acquire United States citizenship, you may execute another application for a United States passport.

Sincerely,

Ms. Jacqueline Harley-Bell
Regional Director

Enclosed: Paid Express Envelope

JHB/pm

**OFFICAL USE ONLY**

Court Order for **LOPEZ, NORMA ALEJANDRA ALEJANDRA**

JUL-20-2004 TUE 08:52 AM                    FAX NO.                    P. 07

OFFICAL USE ONLY

## United States District Court

District of    TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

v.

SYLVIA BARRERA-SENCHES

(Name of Defendant)

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: M-90-273-01

Joe Cisneros
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____ after a
☒ was found guilty on count(s)   1 & 2   on   January 15, 1991
plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 371 Ct. 1: | Conspiracy to knowingly and intentionally obtain documentary evidence of citizenship for another person. | 10/11/90 | 1 |
| 18 USC 1425(b) Ct. 2: | Unlawfully obtaining documentary evidence of citizenship for another person to which she was not entitled. | 10/11/90 | 2 |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

☒ It is ordered that the defendant shall pay a special assessment of $ 100 , for count(s)   1 & 2   which shall be due ☒ immediately ☐ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 12/11/36

Defendant's Mailing Address:

2303 N. Lincoln

San Juan, Texas   78589

Defendant's Residence Address:

March 22, 1991
Date of Imposition of Sentence

Signature of Judicial Officer
Honorable Ricardo H. Hinojosa
U.S. District Judge
Name & Title of Judicial Officer

3/26/91
Date

A TRUE COPY I CERTIFY
ATTEST
JESSE E. Clark, Clerk

OFFICAL USE ONLY

Court Order (2) for **LOPEZ, NORMA ALEJANDRA ALEJANDRA**

**OFFICAL USE ONLY**

JUL-20-2004 TUE 08:53 AM                    FAX NO.                         P. 08

Number: N-96-273-01                              Judgment—Page   2   of

## PROBATION

The defendant is hereby placed on probation for a term of   **five (5) years as to each of**
Counts 1 and 2, said terms to run concurrently with each other.

While on probation, the defendant shall not commit another Federal, state, or local crime, shall not illegally possess a controlled substance, and shall not possess a firearm or destructive device. The defendant also shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution. The defendant shall comply with the following additional conditions:

The defendant is ordered to reside at the La Frontera Community Treatment Center, 1616 Callaghan, Laredo, Texas, 78040, for five (5) months, according to Title 18, Section 3563(b), United States Code.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation pursuant to this judgment, the defendant shall not commit another federal, state or local crime   In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**OFFICAL USE ONLY**

Court Order (3) for **LOPEZ, NORMA ALEJANDRA ALEJANDRA**

OFFICIAL USE ONLY    JUL 20 2004 TUE 08:53 AM                    FAX NO.                    P. 09

Case 7 - Defendant #1 P _____

ie:    **SYLVIA BARRERA-SANCHEZ**                    Judgment—Page  3  of  3

Number:    M-98-273-01

### STATEMENT OF REASONS

The court adopts the factual findings and guideline application in the presentence report.

OR

The court adopts the factual findings and guideline application in the presentence report except
(see attachment, if necessary):

Guideline Range Determined by the Court:

Total Offense Level: _____

Criminal History Category: _____

Imprisonment Range: _____ to _____ months

Supervised Release Range: _____ to _____ years

Fine Range: $ _____ to $ _____

    ☒ Fine is waived or is below the guideline range, because of the defendant's inability to pay.

Restitution: $ _____

    ☐ Full restitution is not ordered for the following reason(s):

☒ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no
reason to depart from the sentence called for by application of the guidelines.

OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed
for the following reason(s):

OR

The sentence departs from the guideline range

    ☐ upon motion of the government, as a result of defendant's substantial assistance.

    ☐ for the following reason(s):

OFFICAL USE ONLY