United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NORMA ALEJANDRA LOPEZ, Petitioner, )
)
v. ) C.A. B-04-089
)
HON. COLIN POWELL, et al, Respondents. )

ORDER

Before the Court is Petitioner's Unopposed Motion to file First Amended Petition and Complaint. On consideration of same, and the record as a whole, the Court is of the opinion that said motion should be, and the same hereby is, **granted**.

IT IS THEREFORE ORDERED that said first amended petition and complaint be, and the same hereby is, accepted for filing.

DONE this 14th Day of February, 2005
at Brownsville, Texas.

_____
HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE