UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 7 2005

Michael N. Milby
Clerk of Court

NORMA ALEJANDRA LOPEZ                *

vs                                                       *   CIVIL ACTION NO. B04-089

HON. COLIN POWELL,                        *
United States Secretary of State, et al

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## STATUS CONFERENCE

**April 28, 2005, at 2:00 p.m.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:    U.S. Federal Building & Courthouse
               600 E. Harrison, 2nd Floor
               Brownsville, TX 78520

**BY ORDER OF THE COURT**

April 7, 2005

cc:     All Counsel