===================================================================
**UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS**
===================================================================

_Norma Alejandra Lopez_            *

VS                                 * C.A. NO. _B-04-089_

_Hon. Colin Powell_                *

United States District Court
Southern District of Texas
ENTERED

APR 29 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| _Lisa S. Brodyaga_ | _Norma Lopez_ | 4/28/05 |
| Lisa S. Brodyaga | | |
| _Rene Carlo Benavides_ | Defendants | 4/28/05 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

4-28-05                             _____
Date                                United States District Judge

**NOTE:** RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.