# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

APR 2 9 2005

Michael N. Milby
Clerk of Court

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

ERO:              Rosalinda de Venturi
LAW CLERK:        Jason Scott
INTERPRETER:      Karen Pena
CSO:              Dan Figueroa

Date:             April 28, 2005, 2:05 p.m. to 2:26 p.m.

## C.A. NO. B04-089

| | | |
|---|---|---|
| NORMA ALEJANDRA LOPEZ, | * | Lisa S Brodyaga |
| A minor, by and through her Mother | | |
| NORMA ALICIA ANAYA DE LOPEZ | * | |
| | * | |
| V. | * | |
| | * | |
| HON. COLIN POWELL, | * | Rene Benavides |
| United States Secretary of State, and | | |
| UNITED STATES OF AMERICA | * | |

## STATUS CONFERENCE

Petitioner appeared with attorney Lisa S. Brodyaga; attorney Rene Benavides appeared for the Respondents.

Attorney Brodyaga informed the Court that the Petitioner had recently received the A-File pursuant to the Court order dated December 7, 2004.

The parties submitted a 636(c) consent.

The parties agreed to the scheduling dates. A scheduling order will be issued.

The Government shall respond to the amended pleadings on or before May 16, 2005.