UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NORMA ALEJANDRA LOPEZ * | |
|    Petitioner, a minor, by and * | |
|    through her mother, * | |
| NORMA ALICIA ANAYA DE LOPEZ * | |
|    * | |
| V. * | C.A. B-04-089 |
|    * | |
| HON. COLIN POWELL, * | |
|    United States Secretary of State * | |
|    and * | |
| UNITED STATES OF AMERICA, * | |
|    Respondents. * | |

### RULE 26(a)(1) INITIAL DISCLOSURE

A.    Individuals likely to have discoverable information relevant to disputed facts.

   Norma Alejandra Lopez
   Plaintiff

   Norma Alicia Anaya de Lopez
   Plaintiff's Mother

   Juan Noe Lopez Soto
   Plaintiff's Father

   Sylvia Barrera Sanchez
   midwife of Plaintiff who signed Plaintiff's U.S. birth certificate

   Jacqueline Harley-Bell
   Regional Director of the United States Passport Agency
   of the U.S. Department of State, located in Houston
   Houston Passport Agency
   denied Plaintiff's passport application

   William Crawthord,
   Acting Chief, Records Services Division, Office of Information Management and Liason
   Passport Services Directorate, United States Department of State
   He is custodian of passport files and certified as to the copy of the application by Plaintiff

   Bureau of Citizenship and Immigration (B.C.I.S. the former Immigration and

      Naturalization Service I.N.S.) has information regarding the midwife Sylvia Barrera and her falsely filed Texas birth certificates, including information on Plaintiff's filed Texas birth certificate.

      Debra F. Owens
      The Texas Bureau of Vital Statistics
      has information regarding Plaintiff's Texas birth registration

B.    Documents relating to the facts in dispute (a copy is produce to Plaintiff's attorney with this filing.

      1. The INS records relating to the midwife, Sylvia Barrera-Sanchez.

      2. Affidavit of Debra Owens State Registrar of the Bureau of Vital Statistics, Texas Department of health, certifying the birth certificate of Norma Alejandra Lopez and that Plaintiff's birth certificate was flagged for non issuance based on a copy of her Mexican birth certificate, and a copy of the Texas Birth Certificate of Norma Alejandra Lopez attached to the affidavit.

      3. A certificate by the Department of State certifying the Acting Chief, Records Service division, passport services, certifying a package attached to the certificate which includes the following:

          a. Affidavit of William Cawthord, Acting Chief, Records Service division, passport services Directorate, certifying the passport record.

          b. The passport record consisting of seven pages

      4. Record of conviction of the midwife, Sylvia Barrera, on January 16, 1991, at McAllen, Texas

      5. Newspaper Article from the Houston Chronicle of February 28, 1991 on the conviction of the midwife, Sylvia Barrera.

      6. A certified copy of the Mexican birth certificate for Plaintiff

      7. Declaration fo Jacqueline Harley-Bell, the Regional Director of the United States Passport Agency of the U.S. Department of State, located in Houston, Texas, executed on August 16, 2004.

Respectfully submitted,

Chuck Rosenberg
United States Attorney

/s/Rene Carlo Benavides
Rene Carlo Benavides
Assistant United States Attorney
Southern District of Texas
1701 W. Hwy. 83, Suite 600
McAllen, Texas 78501
(956) 618 - 8010 (956) 618 - 8016 fax
Texas Bar No. 24025248
Southern Dist. No. 26215

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing DEFENDANTS' INITIAL

DISCLOSURES was mailed via first class mail, postage prepaid, e-mail or fax to:

Lisa S. Brodyaga, Esquire
REFUGIO DEL RIO GRANDE
17891 Landrum Park Rd.
San Benito, TX  78586

on this 15 day of AUGUST, 2005.

/s/ Rene Carlo Benavides
RENE BENAVIDES
Assistant United States Attorney

3