UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **NORMA ALEJANDRA LOPEZ**      )<br>    PETITIONER, a minor, by and through )<br>    Her Mother, )<br>**NORMA ALICIA ANAYA DE LOPEZ,** )<br>    )<br>**v.** )<br>    )<br>**HON. CONDOLEZZA RICE,** )<br>    United States Secretary of State. )<br>        and )<br>**UNITED STATES OF AMERICA,** )<br>    RESPONDENTS. )<br>    ) | C.A. B-04-089 |

**PETITIONER/PLAINTIFF'S DESIGNATION OF EXPERT**

Petitioner, through counsel, advises the Court that she intends to call Joe Rivera, County Clerk, as an expert witness. Mr. Rivera has been designed as an expert on the specific point involved herein in the related case of *Cavazos v. Powell,* CA B-04-108. A copy of the written report filed therein is attached hereto and incorporated herein by reference.

Respectfully Submitted,

s/ Lisa S. Brodyaga
Attorney at Law
17891 Landrum Park Road                  Federal Id:  1178
San Benito, TX 78586                     Texas State Bar: 03052800
(956) 421-3226
(956) 421-3423 (fax)

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with attachment, was served on Rene Benavides, AUSA, on August 16, 2005.

s/ Lisa S. Brodyaga
_____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| PAOLA LIZETH CAVAZOS<br>    PETITIONER<br><br>v.<br><br>HON. COLIN POWELL<br>    United States Secretary of State<br>         And<br>UNITED STATES OF AMERICA<br>    RESPONDENTS | C.A. B-04-108 |

WRITTEN REPORT BY EXPERT WITNESS

My name is JOE RIVERA, and for the past 27 years I have been the County Clerk of Cameron County. In this position among some of my duties I am responsible for the administration of the County Official records, vital statistics, records and filings, beer and wine license, birth records, death records and marriage information.

In this regard, I will testify that I am aware that at one time it was common to find that local midwifes "parteras" were fraudulently registering children as having been born in the United States when in fact they were born in Mexico. However, I am also aware that is a common practice in Cameron County and other border counties for the parents of children who were born and registered in the United States to then go ahead and register them in Mexico as having been born in Mexico. The reasons for registering them in Mexico are many. Some of them do it because they want their children to have the benefits of being Mexican and other do it so that the children can go to school in Mexico. I have seen them incorrectly register them as having been born in Mexico, when in fact they were born in the United States, regardless of whether the child was born with a

"partera" or at a hospital. Also, many delayed birth registrations have been flagged by the State because Austin has submitted a letter stating that a birth registration was also found in Mexico. It is my opinion that a birth first occurs in Mexico, then a delayed process of birth is submitted to be filed. Most of these births (on delayed records) were delivered by a midwife.

Therefore, my experience is that the fact that a person was also registered in Mexico does not mean that he or she was not born in the United States. However, my experience is that most parents who fraudulently registered their children as having been born in the United States did so after they first registered their child in Mexico. In other words, in most cases where there is a fraudulent birth records, you will also find that that child was also registered in Mexico, however, that child was registered first in Mexico and then in the United States.

In this regard, I would like to further state that for my opinion I have not reviewed any specific documents, that my opinion is based on my years of living and working as a County Clerk for Cameron County where among some of my responsibilities are the administration of birth records. In addition, I attest that I have not received any compensation for this testimony and that I have not testified as an expert or by deposition within the preceding four years.

Respectfully Submitted,

_____
Joe Rivera
County Clerk