UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **NORMA ALEJANDRA LOPEZ, Petitioner** ) | |
| ) | |
| v. ) | C.A. No. B-04-089 |
| ) | |
| **HON. COLIN POWELL, et al, Respondents.** ) | |
| ) | |

**ORDER GRANTING**

**PLAINTIFF'S OPPOSED MOTION TO SUSPEND DISCOVERY AND MOTIONS DEADLINE PENDING RESOLUTION OF THE DISPUTE CREATED BY DEFENDANTS' UNRESPONSIVE DISCOVERY**

Before the Court is "Plaintiff's Opposed Motion to Suspend Discovery and Motions Deadline Pending Resolution of the Dispute Created by Defendants' Unresponsive Discovery."

On consideration of same, the Exhibits filed in support thereof, the response, if any, of the Government, and good cause appearing therefor:

IT IS HEREBY ORDERED that the deadline for discovery, and for filing motions in the case at bar be, and hereby are, suspended, pending further order of the Court.

DONE at Brownsville, Texas
this _____ Day of _____, 2005

_____