UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA ALEJANDRA LOPEZ | ) | |
|     PETITIONER, a minor, by and through | ) | |
|     Her Mother, | ) | |
| NORMA ALICIA ANAYA DE LOPEZ, | ) | |
| | ) | |
| v. | ) | C.A. B-04-089 |
| | ) | |
| CONDOLEZZA RICE, | ) | |
|     United States Secretary of State. | ) | |
|         and | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     RESPONDENTS. | ) | |
| ———————————————————— | ) | |

EXHIBIT "E" IN SUPPORT OF
PETITIONER'S MOTION TO COMPEL AND/OR DEEM ADMITTED

Norma Lopez, through counsel, herewith submits Exhibit "E," to wit, "Defendants' Answers to Plaintiffs' Written Discovery."

Respectfully Submitted,

Lisa S. Brodyaga                    (956) 421-3226
Attorney at Law                     (956) 421-3423 (fax)
17891 Landrum Park Road             Federal Id:  1178
San Benito, TX 78586                Texas State Bar: 03052800

CERTIFICATE OF SERVICE

I certify that the foregoing was mailed, first-class postage prepaid, Rene Benavides, AUSA, 1701 W.Bus 83, #600, McAllen, Texas 78501, on October    , 2005.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| NORMA ALEJANDRA LOPEZ, | * | |
| Petitioner | * | CIVIL ACTION NO. B-04-89 |
| | * | |
| v. | * | |
| | * | |
| HON. COLIN POWELL, ET AL | * | |
| Respondents | | |

**DEFENDANTS' ANSWERS TO PLAINTIFF'S**
**WRITTEN DISCOVERY**

To:    Lisa Brodyaga
       Attorney at Law
       17891 Landrum Park Road
       San Benito, Texas 78586

COMES NOW, the **HON. COLIN POWELL, ET AL**, by and through Chuck Rosenberg,

United States Attorney for the Southern District of Texas, and pursuant to the Federal Rules of Civil

Procedure, answers as follows to Plaintiff's Written Discovery.

Respectfully submitted,

CHUCK ROSENBERG
United States Attorney

By:

RENE BENAVIDES
Assistant United States Attorney
1701 W. Highway 83 #600
McAllen, TX 78550
956.618.8010
956.618.8016 (fax)
State Bar No. 24025248
Southern District of Texas No. 26215

## DEFENDANTS' ANSWERS TO PLAINTIFF'S
## INTERROGATORIES

**INTERROGATORY NO. 1:**

With respect to the "over 700 registrations" between the years of 1983 and 1987, that the "Work Sheet for Oral Report" dated April 25, 1990, and by Employee Yanez, and found in file Sylvia Barrera, please state the following:

a)    To what extent did the Government investigate these "over 700" births, to determine which ones were falsely registered, and

b)    What was the result of such investigation, if any.

**ANSWER:**

Defendant objects to this interrogatory as burdensome and overbroad, and notes that Sylvia Barrera's Department of Homeland Security File No. A27 949 041, to which Defendant assumes Plaintiff is referring, contains only a fraction of the birth registrations she made between the years of 1983 and 1987. Subject to this objection, Defendant answers as follows. The Immigration and Naturalization Service (INS) conducted an investigation of a false birth registration allegedly made by Ms. Barrera in 1986. She was indicted and was arrested on October 19, 1987, but the case was dismissed when the witnesses failed to appear. In 1989, the INS Office in Harlingen asked INS officials at the U.S. Consulate in Monterrey, Mexico to see whether there were Mexican birth registrations for a number of children, including plaintiff, whom Ms. Barrera had registered in Texas in 1989. Mexican birth registrations were found for 8, including Plaintiff. INS apparently attempted to contact the parents of the 8 children, but was unable to reach the parents of any of the children except one (not Plaintiff) because the addresses INS had for them were fictitious. INS developed a criminal case against Ms. Barrera with respect to the birth registration of Lisa Marie Cavanna and, on January 16, 1991, she was convicted of violations of 18 U.S.C. 371 (conspiracy to knowingly and intentionally obtain documentary evidence of citizenship for another person) and 18 U.S.C. 1425(b) (unlawfully obtaining documentary evidence of citizenship for another person to which she was not entitled). INS continued to investigate Ms. Barrera's activities and in 1994 developed another case against Ms. Barrera. At that point she indicated that she would like an opportunity to declare all the fraudulent birth certificates she had filed with the city of San Juan, Texas, in return for immunity from prosecution. The Government agreed, but Ms. Barrera stalled and ultimately did not live up to her part of the deal, indicating first that all of her records had been stolen, and later, that her memory was bad and she could not identify the fraudulent registrations without reference to her records.

**DEFENDANTS' RESPONSES TO PLAINTIFF'S**
**FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 1:**

With respect to Petitioner's First Set of Requests for Admission, if any request is not admitted fully and without qualification, please produce any and all documents which support the refusal to admit the request fully and without qualification.

**RESPONSE:**

> Most of the relevant documents are contained in Sylvia Barrera Sanchez's Department of Homeland Security (formerly Immigration and Naturalization Service) file no. A27 948 041. Defendant is not supplying the file, because Plaintiffs' First Set of Interrogatories suggest that Plaintiff already has a copy.

> Copies of relevant documents from Plaintiff's DHS file no. A 70 430 843 are enclosed.

## DEFENDANTS' RESPONSES TO PLAINTIFF'S
## SECOND SET OF REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

With respect to Plaintiffs' First Set of Interrogatories, please produce any and all documents relating to any investigations referenced therein.

**RESPONSE:**

Most of the relevant documents are contained in Sylvia Barrera Sanchez's Department of Homeland Security (formerly Immigration and Naturalization Service) file no. A27 948 041. Defendant is not supplying the file, because Plaintiffs' First Set of Interrogatories suggest that Plaintiff already has a copy.

Copies of relevant documents from Plaintiff's DHS file no. A 70 430 843 are enclosed.

## DEFENDANTS' RESPONSES TO PLAINTIFF'S
## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that Ms. Lopez' application for a United States Passport, which is the subject of the instant action, was made by herself and her mother, Ms. Anaya, at the U. S. Post Office in McAllen, Texas, within the jurisdiction of the Court.

**RESPONSE:**

> Admit that the application was made at the U.S. Post Office in McAllen, Texas. Deny that the place of application has anything to do with the jurisdiction of the Court in this case.

**REQUEST FOR ADMISSION NO. 2:**

Admit that the Government has no evidence tending to show that at the time of Petitioner's birth, Sylvia Barrera was not a duly licensed midwife in the State of Texas.

**RESPONSE:**

> Defendant objects to this request for admission, as it misleadingly suggests that the burden is on Defendant to demonstrate that Plaintiff was not born in the United States, when in fact the burden is on Plaintiff to demonstrate that she was born in the United States. In addition to this objection, Defendant is currently without sufficient information or belief to admit or deny this request for admission.

**REQUEST FOR ADMISSION NO. 3:**

Admit that at the time of Petitioner's birth, both of her parents had "local crossing cards," (Forms I-186), which allowed them to legally enter the United States for periods of up to 72 hours at a time.

**RESPONSE:**

> Defendant objects to this request for admission, as it misleadingly suggests that the burden is on Defendant to demonstrate that Plaintiff was not born in the United States, when in fact the burden is on Plaintiff to demonstrate that she was born in the United States. In addition to this objection, defendant is currently without sufficient information or belief to admit or deny this request for admission.

**REQUEST FOR ADMISSION NO. 4:**

Admit that Petitioner's parents have a son, who was determined by the U.S. Bureau of Citizenship and Immigration Services, on April 14, 2005, to have been born in the United States in 1992.

**RESPONSE:**

> Defendant objects to this request for admission on the ground of relevance.  In
> addition to this objection, Defendant is currently without sufficient information or
> belief to admit or deny this request for admission.

**REQUEST FOR ADMISSION NO. 5:**

Admit that on April 14, 2005, Petitioner's mother, Norma Anaya de Lopez, A99 244 831, was granted the status of lawful permanent resident of the United States, on the basis of the fact that her son, Petitioner's older brother, is a native born U.S. citizen.

**RESPONSE:**

> Defendant objects to this request for admission on the ground of relevance.  In
> addition to this objection, Defendant is currently without sufficient information or
> belief to admit or deny this request for admission.

**REQUEST FOR ADMISSION NO. 6:**

Admit that the Government has no evidence tending to show that it is not uncommon for Mexican nationals with documents enabling them to legally enter the United States, who already have at least one child who was born in the United States, to falsely register another child as having been born in the United States.

**RESPONSE:**

> Defendant objects to this request for admission, as it is irrelevant and ambiguous and
> misleadingly suggests that the burden is on Defendant to demonstrate that Plaintiff
> was not born in the United States, when in fact the burden is on Plaintiff to
> demonstrate that she was born in the United States.

**REQUEST FOR ADMISSION NO. 7:**

Admit that the Government has no evidence tending to show that it is not very uncommon for Mexican nationals with a relatively high social and economic status, such as college graduates and

medical students, who have documents enabling them to legally enter the United States, and who already have at least one child who was born in the United States, to falsely register another child as having been born in the United States.

**RESPONSE:**

> Defendant objects to this request for admission, as it is irrelevant and ambiguous and misleadingly suggests that the burden is on Defendant to demonstrate that Plaintiff was not born in the United States, when in fact the burden is on Plaintiff to demonstrate that she was born in the United States.

## REQUEST FOR ADMISSION NO. 8:

Admit that the Government has no evidence tending to show that there are any cases in the Southern District of Texas in the past twenty-five years where a Mexican national couple, both of whom were at least high school graduates, who had documents enabling them to legally enter the United States, and who already had at least one child who was born in the United States, falsely registered another child as having been born in the United States.

**RESPONSE:**

> Defendant objects to this request for admission, as it is irrelevant and ambiguous and misleadingly suggests that the burden is on Defendant to demonstrate that Plaintiff was not born in the United States, when in fact the burden is on Plaintiff to demonstrate that she was born in the United States.

## REQUEST FOR ADMISSION NO. 9:

Admit that the Government has no evidence tending to show that it is uncommon for Mexican national parents residing in Mexico, who have children born in the United States, but whom they plan to raise in Mexico, to register the children's births in Mexico.

**RESPONSE:**

> Defendant objects to this request for admission, as it is irrelevant and ambiguous and misleadingly suggests that the burden is on Defendant to demonstrate that Plaintiff was not born in the United States, when in fact the burden is on Plaintiff to demonstrate that she was born in the United States.

## REQUEST FOR ADMISSION NO. 10:

Admit that as of December 10, 1990, the only information INS had which tended to show that Petitioner had not been born in the United States was the history of the midwife, Sylvia Barrera, and the fact that her birth had subsequently been registered in Mexico.

**RESPONSE:**

> Defendant objects to this request for admission, as it is irrelevant and misleadingly suggests that the burden is on Defendant to demonstrate that Plaintiff was not born in the United States, when in fact the burden is on Plaintiff to demonstrate that she was born in the United States.

**REQUEST FOR ADMISSION NO. 11:**

Admit that on December 6, 1991, Agents of the Immigration and Naturalization Service ("INS"), now the Department of Homeland Security, ("DHS"), who were then based in the Rio Grande Valley, prepared a report captioned "Documented False Claim to Citizenship," asserting that Petitioner was not born in the United States.

**RESPONSE:**

> Admit, except that the document was a "form," not a "report," and indicated that the registration of Plaintiff's birth by Sylvia Barrera-Sanchez was a false registration.

**REQUEST FOR ADMISSION NO. 12:**

Admit that on December 6, 1991, INS had no evidence to support the assertion that Petitioner was not born in the United States other than the fact that Ms. Barrera was known to have falsely register the births of other children in the United States, and that Petitioner's birth had been registered in Mexico, after having been registered in the United States.

**RESPONSE:**

> Defendant objects to this request for admission, as it misleadingly suggests that the burden is on Defendant to demonstrate that Plaintiff was not born in the United States, when in fact the burden is on Plaintiff to demonstrate that she was born in the United States.

**REQUEST FOR ADMISSION NO. 13:**

Admit that, apart from her Mexican birth certificate, the Government still has no documentary,

testimonial, or other direct evidence that Petitioner was born in Mexico.

**RESPONSE:**

> Defendant objects to this request for admission, as it misleadingly suggests that the burden is on Defendant to demonstrate that Plaintiff was not born in the United States, when in fact the burden is on Plaintiff to demonstrate that she was born in the United States.

**REQUEST FOR ADMISSION NO. 14:**

Admit that the Sylvia Barrera was arrested on October 19, 1987, in Cr. B-87-437, in connection with the false procurement of a Texas birth certificate for one Rolando Gregorio Lopez.

**RESPONSE:**

> Admit.

**REQUEST FOR ADMISSION NO. 15:**

Admit that the Government has no evidence tending to show that after her arrest on October 19, 1987, Sylvia Barrera registered more than ten babies of Hispanic origin whose births she claimed to have attended in the State of Texas.

**RESPONSE:**

> Defendant objects to this request for admission, as it is irrelevant and misleadingly suggests that the burden is on Defendant to demonstrate that Plaintiff was not born in the United States, when in fact the burden is on Plaintiff to demonstrate that she was born in the United States. In addition to those objections, Defendant is currently without knowledge or belief sufficient to admit or deny this request for admission.

**REQUEST FOR ADMISSION NO. 16:**

Admit that the Government has no evidence indicating that the reference to "hundreds of people" for whom Sylvia Barrera allegedly helped create false identities, to which the February 26, 1991 article in the Houston Chronicle by Deborah Tedford referred, was derived from any source other than information provided by INS, and referred to the approximately 700 registrations which INS believed to have been registered by Sylvia Barrera between 1983 and 1987, as indicated in the "work sheet for oral report" by "employee Yanez" dated April 25, 1991, and found in the file of Sylvia

Barrera.

**RESPONSE:**

> Defendant objects to this request for admission, as it is ambiguous and misleadingly
> suggests that the burden is on Defendant to demonstrate that Plaintiff was not born
> in the United States, when in fact the burden is on Plaintiff to demonstrate that she
> was born in the United States. In addition to those objections, Defendant is without
> knowledge or belief sufficient to admit or deny this request for admission.

**REQUEST FOR ADMISSION NO. 17:**

Admit that the Sylvia Barrera has informed agents of the U.S. Government that her records relating
to the babies she has delivered were stolen, and that she is unable to recall which ones were falsely
registered as having been born in Texas.

**RESPONSE:**

> Deny. Admit that Sylvia Barrera, after indicating a desire to make a deal to escape
> prosecution for false birth registrations made before October 30, 1990 in exchange
> for disclosing them, claimed to INS that her records relating to the babies she
> delivered were stolen in 1992 and then in 1996, claimed that her memory was not
> good and she could not identify any record as fraudulent without reference to her
> records.

**REQUEST FOR ADMISSION NO. 18:**

Admit that of the babies whose births were registered by Sylvia Barrera in the State of Texas after
October 19, 1987, only one, registered as Lisa Marie Cavanna, with a date of birth of February 22,
1989, has been shown not to have been born in Texas.

**RESPONSE:**

> Defendant objects to this request for admission because it is ambiguous.

**REQUEST FOR ADMISSION NO. 19:**

Admit that the child known as Lisa Marie Cavanna had first been falsely registered in Mexico as the
child of two U.S. citizens who were not, in fact, her parents.

**RESPONSE:**

Defendant objects to this request for admission on the ground of relevance.

**REQUEST FOR ADMISSION NO. 20:**

Admit that the Government has no evidence indicating that, apart from the one registered as Lisa Marie Cavanna, of the babies whose births were registered by Sylvia Barrera in Texas after October 19, 1987, more than two, Javier Alejandro Salas Alvarez and the Petitioner, were also registered as having been born in Mexico.

**RESPONSE:**

Defendant objects to this request for admission, as it is ambiguous and misleadingly suggests that the burden is on Defendant to demonstrate that Plaintiff was not born in the United States, when in fact the burden is on Plaintiff to demonstrate that she was born in the United States. Subject to these objections, deny.

**REQUEST FOR ADMISSION NO. 21:**

Admit that an investigation was conducted in the case of Javier Alejandro Salas Alvarez, and that his mother informed the investigators that he had been very ill after his birth and that she registered him in Mexico a few days after his birth so that she could receive medical help from the Mexican Social Security system.

**RESPONSE:**

Defendant is currently without sufficient information or belief to admit or deny this request for admission.

**REQUEST FOR ADMISSION NO. 22:**

Admit that as a result of this investigation, no action was taken to place Javier Alejandro Salas Alvarez on a "watch list," or otherwise challenge his claim to birth in the United States.

**RESPONSE:**

Defendant is currently without sufficient information or belief to admit or deny this request for admission.

**REQUEST FOR ADMISSION NO. 23:**

Admit that the investigation into the birth of Petitioner consisted solely of determining that her birth had been registered in Mexico, and that the address Sylvia Barrera had given as her mother's mailing address on her birth certificate was incorrect.

**RESPONSE:**

> Defendant objects to this request for admission because it misleadingly suggests that Defendant had an obligation to investigate the circumstances of Plaintiff's birth and that the burden is on Defendant to demonstrate that Plaintiff was not born in the United States, when in fact the burden is on Plaintiff to demonstrate that she was born in the United States. Subject to that objection, Defendant denies that there was an "investigation into the birth of Petitioner," but admits that INS, with the help of the U.S. Consulate in Monterrey, did determine that Plaintiff's birth had been registered in Mexico and that the address given for her mother on the Texas birth registration was incorrect, when INS apparently tried to contact her parents to see if they might cooperate in bringing a prosecution against Ms. Barrera..

**REQUEST FOR ADMISSION NO. 24:**

Admit that during the investigation into Petitioner's birth, or thereafter, no attempt was made to locate her parents in Mexico, even though her Texas birth certificate gave the street address where they allegedly resided in Reynosa, Mexico, and showed that her father was a college graduate, and "Student Dr." and the Officer in Charge of the USINS at the US Consulate in Monterrey, NL, Mexico, requested that the INS officials in Harlingen, Texas contact him if they would like for his office to attempt to locate the parents on the Mexican side and obtain statements from them.

**RESPONSE:**

> Deny.

**REQUEST FOR ADMISSION NO. 25:**

Admit that no attempt was ever made to inform Petitioner's parents that INS suspected that her birth was falsely registered in Texas, or that her name had been placed on a "watch list."

**RESPONSE:**

> Defendant objects to this request for admission, as it is irrelevant and misleadingly suggests that Defendant was under an obligation to inform Petitioner's parents.

**REQUEST FOR ADMISSION NO. 26:**

Admit that Defendants have no evidence that Petitioner has ever been stopped, detained, or questioned at a port of entry as a result of the fact that her name is allegedly on a "watch list."

**RESPONSE:**

> Defendant objects to this request for admission as overly broad and burdensome. In addition to those objections, Defendant is without sufficient information or belief to admit or deny this request for admission.

**REQUEST FOR ADMISSION NO. 27:**

Admit that the Government has no evidence tending to show that Petitioner's parents were on notice that the Government challenged their claim that she was born in the U.S. before they received the denial of her application for a United States passport.

**RESPONSE:**

> Defendant objects to this request for admission, as it irrelevant and misleadingly suggests that Defendant was under an obligation to put Petitioner's parents "on notice."

## VERIFICATION

PURSUANT TO 28 U.S.C. §1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS THE 27th DAY OF SEPTEMBER, 2005.


Mary E. McLeod
Attorney Advisor
U. S. Department of State

## DOCUMENTED FALSE CLAIM TO CITIZENSHIP

OFFICE: HLG/INV
DATE: 12-06-91

TRUE NAME OF SUBJECT LOPEZ-Anava, Norma Alejandra     FILE NO. A70 430 843
FATHER'S NAME  LOPEZ, Juan Noe
MOTHER'S NAME  ANAYA, Norma Alicia
DATE & PLACE OF BIRTH  May 18, 1989, Reynosa, Tamps., Mexico
DISTINCTIVE MARKS OR SCARS

TYPE OF DOCUMENT     Texas Birth Certificate
                    (birth certificate, baptismal certificate; other - specify)

☐ VALID          ☐ COUNTERFEIT          ☐ DELAYED REGISTRATION          ☐ ALTERED
Falsely Registered
LOCATION OF ORIGINAL RECORD  San Juan, Texas, (Hidalgo County)
                            (city-county-state-church-draft board, etc.)
RECORDED DATA  Texas Dept. of Health Birth No. 142-89-090089
              (date) (book-vol.-page, etc.) (certificate number of State issues)

NAME APPEARING ON DOCUMENT USED     Norma Alejandra LOPEZ

FATHER'S NAME (from Document)  Juan Noe LOPEZ
MOTHER'S NAME (from Document)  Norma Alicia ANAYA
DATE & PLACE OF BIRTH  May 18, 1989, San Juan, Texas

MANNER IN WHICH USER OBTAINED DOCUMENT:  FOUND ☐     LOANED ☐     GIVEN ☐

OTHER: _____  PURCHASED ☐     FRAUDULENTLY FILED ☒

DOCUMENT SUPPLIER  Sylvia BARRERA-Sanchez, A27 948 041
                  (name)                              (address)

PLACE OF APPREHENSION _____ LOCATION CODE _____
                      (city-town-state, etc.)

APPREHENDED ON _____ BY _____ AGENCY _____ PED ( )     VEH ( )

ITEM FURNISHED DOCUMENT CENTER:          Actual Document ( )     Copy of Document ( )

I-213 ( )     I-215 ( )     G-166 ( )     FD-249 ( )     OTHER DOC Copies/Origs in Fi
                                                              (explain)

DISPOSITION OF SUBJECT: (if available)     OSC & W/A APPLIED FOR ( )          VR'd ( )

PROSECUTION ( )     Date _____ Location of Court _____ Sentence _____

DEPORTATION ( )     Date _____ Port _____ Paroled _____

REMARKS  Midwife Sylvia BARRERA-Sanchez falsely registered hundreds of foreign born
children as U.S. born.  She has now been convicted.  In this particular case
the Mexican birth occurred on the same date as the U.S.birth. Both parents ar
from Mexico.  BARRERA has refused to cooperate and disclose which of her
filings are false.  It is suspected that most were.

James W. Knight          Orig: EPIC
Supv. Special Agent      CC: File A70 430 843
Harlingen, Texas         CC: State of Texas

Form G-329
(Rev.10-15-79)N          UNITED STATES DEPARTMENT OF JUSTICE - Immigration and Naturalization Service

**U.S. Department of Justice**
Immigration and Naturalization Service

**Request for Record Check in Latin America**

| To: | Date |
| --- | --- |
| Officer in Charge<br>American Consulate General<br>Monterrey, N.L. Mexico | 7-28-89 |
| | Office<br>HLG |
| | File |

| Type of document requested | ☒ Authenticated copy | ☐ Informational copy for Service records |
| --- | --- | --- |

Birth Certificate

Name of subject *(Complete name with all given names)* — Date of birth

Norma Alejandra LOPEZ-Anaya — 5/18/89

Place of birth — Name of large city near place of birth

Reynosa, TAmaulipas

Place of employment

Name of spouse — Date and place of birth — Place of baptism *(Marginal notes)*

Date and place of marriage *(Marriage records have marginal notes)*

| Mother's name | Place of residence |
| --- | --- |
| Norma Alicia Anaya   (31 years old) | 3A #560, Reynosa, TAmaulipas |
| Father's name | Place of residence |
| Juan Noe Lopez   (34 years old) | 3A #560, Reynosa, Tamaulipas |

Names of paternal grandparents — Place of residence

Names of maternal grandparents — Place of residence

| Name(s) of children | Date(s) of birth | Date(s) of baptism | Place(s) of birth | Place(s) of baptism |
| --- | --- | --- | --- | --- |
| | | | | |

Dates and places, subject, and parents and/or spouse resided together

Place of employment of parents

Where did subject serve/register for military? Number of castilla. Where was it issued?

When and where did subject register to vote?

If subject has had cedula cuarta or quinta, furnish number, municipio and state

Telephone number which may relate to subject or any family member of close relationship

R E C E I V E D  U.S.
IMMIGRATION & NATZ SERVICE

0 4 AUG 1989

MONTERREY, N. L. MEXICO

Attach photograph of subject

Remarks:

PLEASE CHECK FOR BIRTH RECORDS IN   REYNOSA, TAMAULIPAS

*(Continue on reverse)*

Forwarded: Name and title — Submitting officer

LeRoy Cranfill, Jr., Special Agent     7/31/8

Results of record check: If negative state period checked. If record located ☑ Copy attached     Date 9-14-90

*(Continue on reverse)*

Form G-302 (Rev. 6-15-84)N



# ESTADOS UNIDOS MEXICANOS
## GOBIERNO DEL ESTADO DE TAMAULIPAS
### REGISTRO CIVIL

No. DE CONTROL

FOLIO **513775**

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE ___TAMAULIPAS.___
Y COMO DIRECTOR DEL REGISTRO CIVIL DEL ESTADO CERTIFICO QUE EN EL LIBRO No. ___08___
DEL ARCHIVO GENERAL DEL REGISTRO CIVIL EN LA FOJA ___3693.___ SE ENCUENTRA ASENTADA
EL ACTA No. ___1555___ LEVANTADA POR EL C. OFICIAL ___1o.___ DEL REGISTRO CIVIL.
___PROFRA. ROSALBA TERAN DE ROBINSON.___
RESIDENTE EN ___CD. REYNOSA, TAMAULIPAS.___
EN LA CUAL CONTIENEN LOS SIGUIENTES DATOS:

FECHA DE REGISTRO
**26 DE JUNIO DE 1989**

## ACTA DE NACIMIENTO

NOMBRE ___NORMA ALEJANDRA LOPEZ ANAYA.___
FECHA DE NACIMIENTO ___18 DE MAYO DE 1989.___
PRESENTADO:    VIVO [X]    MUERTO [ ]    MASCULINO [ ]    FEMENINO [X]
LUGAR DE NACIMIENTO ___CD. REYNOSA, TAMAULIPAS.___

COMPARECIO:    EL PADRE [ ]    LA MADRE [X]    AMBOS [ ]    PERSONA DISTINTA [ ]    REGISTRADO [ ]

### PADRES

NOMBRE ___JUAN NOE LOPEZ SOTO.___
NACIONALIDAD ___MEXICANA.___                    EDAD ___33___ AÑOS
NOMBRE ___NORMA ALICIA ANAYA CABALLERO.___
NACIONALIDAD ___MEXICANA.___                    EDAD ___30___ AÑOS

### ABUELOS

ABUELO PATERNO ___ANTONIO LOPEZ ARZOLA.___         NACIONALIDAD ___MEXICANA___
ABUELA PATERNA ___NOHEMI SOTO RAMOS.___            NACIONALIDAD ___MEXICANA___
ABUELO MATERNO ___MARIO ANAYA ANAYA.___            NACIONALIDAD ___MEXICANA___
ABUELA MATERNA ___ORALIA CABALLERO CABALLERO.___   NACIONALIDAD ___MEXICANA___

### TESTIGOS

NOMBRE ___HERMINIO URBINA CASTRO.___               EDAD ___40___ AÑOS
NACIONALIDAD ___MEXICANA.___
NOMBRE ___NORMA ALICIA SILVA NAJERA.___            EDAD ___26___ AÑOS
NACIONALIDAD ___MEXICANA.___
No. DE CERTIFICADO DE NACIMIENTO ___-    -    -___ C.U.R.P. 23-032-01-89-01555-5

### TESTIGOS PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO

NOMBRE _____
PARENTESCO _____                    EDAD ___ AÑOS

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO ___42___ DEL
CODIGO CIVIL VIGENTE EN EL ESTADO, EN LA CIUDAD DE ___REYNOSA,___
CAPITAL DEL ESTADO DE ___TAMAULIPAS___ A LOS ___29___ DIAS DEL MES DE
___SEPTIEMBRE___ DE ___1989___ DOY FE.

LA C. OFICIAL PRIMERA DEL REGISTRO CIVIL.

PROFRA. ROSALBA TERAN DE ROBINSON.
                NOMBRE                    FIRMA

OFICIALIA PRIMERA
REGISTRO CIVIL
Cd Reynosa, Tam

UNITED MEXICAN STATES }
STATE OF TAMAULIPAS  )
CITY OF MATAMOROS    }   SS
CONSULATE OF THE UNITED )
STATES OF AMERICA    }

   Ian G. Brownlee , (Vice) Consul of the United States of America at Matamoros, Mexico, duly commissioned and qualified, do hereby certify that Rosalba Teran De Robinson

whose true signature and official seal are, respectively, subscribed and affixed to the attached instrument, was on the 29th day of September 19 89, the date thereof, first official of the Civil Registry at the city of Reynosa , Tamaulipas, Mexico, that his official acts are entitled to full faith and credit. (Vice) Consul at

IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of this Consulate at Matamoros, Tamaulipas, Mexico, this 10th day of May , 19 90 .

FOR THE ACCURACY OF THE CONTENTS OF THE ATTACHED DOCUMENT

Ian G. Brownlee
Vice Consul

Tariff of Fees: #351
NO FEE




# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

### TEXAS DEPARTMENT OF HEALTH
### BUREAU OF VITAL STATISTICS

TEXAS DEPARTMENT OF HEALTH

REC'D **MAY 22 1989**

BUREAU OF VITAL STATISTICS
STATE OF TEXAS

**CERTIFICATE OF BIRTH** BIRTH NO. 142-89-090089

| 1. NAME (Type or print) (a) First | (b) Middle | (c) Last | 2. DATE OF BIRTH | 3. SEX |
|---|---|---|---|---|
| NORMA | SALEJANDRA | LOPEZ | MAY 18, 1989 | FEMALE |

| 4a. PLACE OF BIRTH—COUNTY | 4b. CITY OR TOWN (If outside city limits, give precinct no.) | 4c. PLACE OF BIRTH ☐ Clinic / Doctor's Office ☒ Licensed Birthing Center ☐ Hospital ☐ Residence ☐ Other (Specify) |
|---|---|---|
| HIDALGO | SAN JUAN, TX | |

| 4d. NAME OF HOSPITAL (If not in hospital, give street address) | 4e. INSIDE CITY LIMITS? (Specify) ☒ YES ☐ NO | 5a. THIS BIRTH SINGLE, TWIN, TRIPLET, ETC. SINGLE | 5b. IF NOT SINGLE BIRTH—BORN 1st, 2nd, 3rd, etc. (Specify) |
|---|---|---|---|
| 2303 N. LINCOLN | | | |

**FATHER**

| 6. NAME (a) First | (b) Middle | (c) Last | 7. DATE OF BIRTH | 8. BIRTHPLACE (State or foreign country) |
|---|---|---|---|---|
| JUAN | NOE | LOPEZ | 2-27-56 | MEXICO |

| 9. RACE (American Indian, Black, White, etc.) | 10a. IS FATHER OF HISPANIC ORIGIN? ☒ YES ☐ NO | 10b. IF YES, SPECIFY (Mexican, Cuban, Puerto Rican, etc.) |
|---|---|---|
| WHITE | | MEXICAN |

**MOTHER**

| 11. NAME (a) First | (b) Middle | (c) Last (maiden) | 12. DATE OF BIRTH | 13. BIRTHPLACE (State or foreign country) |
|---|---|---|---|---|
| NORMA | ALICIA | ANAYA | | |

| 14. RACE (American Indian, Black, White, etc.) | 15a. IS MOTHER OF HISPANIC ORIGIN? ☒ YES ☐ NO | 15b. IF YES, SPECIFY (Mexican, Cuban, Puerto Rican, etc.) |
|---|---|---|
| WHITE | | MEXICAN |

| 16a. RESIDENCE—STATE | 16b. COUNTY | 16c. CITY OR TOWN (If outside city limits, show rural) | 16d. STREET ADDRESS |
|---|---|---|---|
| MEXICO | TAMPS | REYNOSA | 32 A # 560 |

| 16e. INSIDE CITY LIMITS? ☒ YES ☐ NO | 17. MOTHER'S MAILING ADDRESS (If same as residence, enter Zip Code only) RT. 1 BOX 280 52 CP SAN JUAN | 18. SIGNATURE OF INFORMANT Juan Noe Lopez Sotl |
|---|---|---|

| 19a. I hereby certify that this child was born alive on the date stated above. at 11:00 A.M. | 19b. ATTENDANT'S SIGNATURE AND DATE SIGNED | 19c. ATTENDANT'S ADDRESS 2303 N. LINCOLN |
|---|---|---|
| | 19d. ATTENDANT'S NAME (Type or Print) SYLVIA BARRERA | 19e. ATTENDANT AT BIRTH ☐ M.D. ☐ D.O. ☐ C.N.M. ☒ Lay Midwife ☐ Other (Specify) |

| 20a. REGISTRAR'S FILE NO. 142 | 20b. DATE REC'D BY LOCAL REGISTRAR 5-19-89 | 20c. SIGNATURE OF LOCAL REGISTRAR |
|---|---|---|

WARNING: The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine of up to $5,000 (Article 4477c, Revised Civil Statutes of Texas).

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Sec. 191.051, Health and Safety Code.

ISSUED **OCT 15 1990**

RICHARD B. BAYS
STATE REGISTRAR



WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.

Copy

STATE OF TEXAS                    CERTIFICATE OF BIRTH           BIRTH NO.

| | 1. NAME (Type or print)    (a) First    (b) Middle    (c) Last | 2. DATE OF BIRTH | 3. SEX |
|---|---|---|---|
| **CHILD** | NORMA AleJANDRA Lopez | 5-18-89 | Female |
| | 4a. PLACE OF BIRTH—COUNTY    4b. CITY OR TOWN (If outside city limits, give precinct no.)    4c. PLACE OF BIRTH: ☐Clinic/Doctor's Office  ☐Licensed Birthing Center | | |
| | Hidalgo    San Juan    ☐Hospital  ☐Residence.  ☐Other (Specify) | | |
| | 4d. NAME OF HOSPITAL (If not in hospital, give street address)   4e. INSIDE CITY LIMITS?   5a. THIS BIRTH SINGLE, TWIN, TRIPLET, ETC. (Specify)    5b. IF NOT SINGLE BIRTH—BORN 1st, 2nd, 3rd, etc. (Specify) | | |
| | 3303 N. Lincoln    ☐YES ☐NO | | |

| | 6. NAME    (a) First    (b) Middle    (c) Last | 7. DATE OF BIRTH | 8. BIRTHPLACE (State or foreign country) |
|---|---|---|---|
| **FATHER** | JuAN NoE Lopez | 2-27-56 | Mexico |
| | 9. RACE (American Indian, Black, White, etc.)    10a. IS FATHER OF HISPANIC ORIGIN?    10b. IF YES, SPECIFY (Mexican, Cuban, Puerto Rican, etc.) | | |
| | White    ☐YES ☐NO    Mexican | | |

| | 11. NAME    (a) First    (b) Middle    (c) Last (maiden) | 12. DATE OF BIRTH | 13. BIRTHPLACE (State or foreign country) |
|---|---|---|---|
| **MOTHER** | NORMA AliciA ANAYA | 12-18-58 | Mexico |
| | 14. RACE (American-Indian, Black, White, etc.)    15a. IS MOTHER OF HISPANIC ORIGIN?    15b. IF YES, SPECIFY (Mexican, Cuban, Puerto Rican, etc.) | | |
| | White    ☐YES ☐NO    Mexican | | |
| | 16a. RESIDENCE — STATE    16b. COUNTY    16c. CITY OR TOWN (If outside city limits, show rural)    16d. STREET ADDRESS | | |
| | N.K.    Texas    Reynosa    3.4.360 | | |
| | 16e. INSIDE CITY LIMITS?   17. MOTHER'S MAILING ADDRESS (If same as residence, enter Zip Code only)    18. SIGNATURE OF INFORMANT | | |
| | ☐YES ☐NO    Rt 1 Box 280 52 CP  SAN JuAN    X | | |

| 19a. I hereby certify that this child was born alive on the date stated above | 19b. ATTENDANT'S SIGNATURE AND DATE SIGNED | 19c. ATTENDANT'S ADDRESS |
|---|---|---|
| at 11:11 A.M. | Mrs. Sylvia Barrera 5-18-89   78557 | |
| | 19d. ATTENDANT'S NAME (Type or Print)    19e. ATTENDANT AT BIRTH    ☐M.D.   ☐D.O.   ☐C.N.M. | |
| | SYLVIA BARRERA    ☑Lay Midwife    ☐Other (Specify) | |
| 20a. REGISTRAR'S FILE NO. | 20b. DATE REC'D BY LOCAL REGISTRAR | 20c. SIGNATURE OF LOCAL REGISTRAR |
| 142 | 5/19/89 | |

WARNING: The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine of up to $5,000 (Article 4477c, Revised Civil Statutes of Texas)

| DO YOU WANT A SOCIAL SECURITY NUMBER FOR YOUR NEW BABY? | SIGNATURE OF PARENT |
|---|---|
| ☐YES  ☐NO | X |

CONFIDENTIAL INFORMATION BELOW — FOR MEDICAL AND HEALTH USE ONLY — THIS SECTION MUST BE FILLED OUT

| PREGNANCY HISTORY | | EDUCATION (Specify Only Highest Grade Completed) 0-17+ | USUAL OCCUPATION | KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|---|
| LIVE BIRTHS (Do not include this child) | OTHER PREGNANCIES NOT RESULTING IN A LIVE BIRTH | 23a. Father | 24a. Father | 25a. Father |
| 21a. Now Living   21b. Now Dead   22a. | 22. | College    Student V.A. | | |
| Number 1   Number ____   Number ____ | | 23b. Mother | 24b. Mother | 25b. Mother |
| ☐None   ☐None   ☐None | | 12th    Housewife | | |
| 21c. DATE OF LAST LIVE BIRTH (Month, Year) | 22b. DATE LAST OTHER PREGNANCY ENDED (Month, Year) | 26. BIRTH WEIGHT    7 G, or  LB. 0 OZ. | | 27. CLINICAL ESTIMATE OF GESTATION (Weeks) 38 |
| 28. DATE LAST NORMAL MENSES BEGAN (Mo., Day, Yr.) 8-30-88 | 29. MONTH OF PREGNANCY PRENATAL CARE BEGAN 1st, 2nd, 3rd, etc. (Specify) 1st month | 30. PRENATAL VISITS — Total Number 17 | | 31. EYE PROPHYLAXIS USED? ☐YES  ☐NO |
| SEROLOGIC (SYPHILIS) TEST DONE? ☐None | 32a. DURING PREGNANCY ☐YES ☐NO | 32b. AT DELIVERY ☐YES ☐NO | 33a. Rh FACTOR OF MOTHER ☐Positive ☐Negative ☐Unknown | 33b. Rh FACTOR OF INFANT ☐Positive ☐Negative ☐Unknown    33c. Rho (D) GIVEN? ☐YES ☐NO |

Texas Department of Health—Bureau of Vital Statistics

VS-111 Rev. 4/89



# Texas Department of Health

Robert Bernstein, M.D., F.A.C.P.
Commissioner

1100 West 49th Street
Austin, Texas 78756-3191
(512) 458-7111

Robert A. MacLean, M.D.
Deputy Commissioner
Professional Services

Hermas L. Miller
Deputy Commissioner
Management and Administration

October 17, 1990

Immigration and Naturalization Service
805 N. "T"
Harlingen, TX 78550
    ATTENTION:  John Lopez

                       Re: Lopez, Norma Alejandra
                         Born: 5-18-1989
                       San Juan, Hidalgo County,
                       Cert. # 090089-89
                       F: Juan Noe Lopez
                       M: Norma Alicia Anaya

Dear Mr. Lopez:

    Enclosed is a certified copy of the birth record as
requested.

    The usual fee for the certified copy has been waived with
the understanding that the copy is required to carry out the
official business of your agency.

    If we may be of further assistance to you, please do not
hesitate to call (512) 458-7395.

                    Sincerely yours,

                    Josie Pardo
                    Josie Pardo
                    Fraud Coordinator
                    Vital Records

Enclosures

STATE OF TEXAS — CERTIFICATE OF BIRTH — BIRTH NO.

**CHILD**

| 1. NAME (Type or print) | (a) First NORMA | (b) Middle ALEJANDRA | (c) Last LOPEZ | 2. DATE OF BIRTH MAY 18, 1989 | 3. SEX FEMALE |

| 4a. PLACE OF BIRTH—COUNTY HIDALGO | 4b. CITY OR TOWN (If outside city limits, give precinct no.) SAN JUAN TX. | 4c. PLACE OF BIRTH: ☐Clinic/Doctor's Office ☒Licensed Birthing Center ☐Hospital ☐Residence ☐Other (Specify) |

| 4d. NAME OF HOSPITAL (If not in hospital, give street address) 2303 N. LINCOLN | 4e. INSIDE CITY LIMITS? ☒YES ☐NO | 5a. THIS BIRTH SINGLE, TWIN, TRIPLET, ETC. (Specify) SINGLE | 5b. IF NOT SINGLE BIRTH--BORN 1st, 2nd, 3rd, etc. (Specify) |

**FATHER**

| 6. NAME | (a) First JUAN | (b) Middle NOE | (c) Last LOPEZ | 7. DATE OF BIRTH 2-27-56 | 8. BIRTHPLACE (State or foreign country) MEXICO |

| 9. RACE (American Indian, Black, White, etc.) WHITE | 10a. IS FATHER OF HISPANIC ORIGIN? ☒YES ☐NO | 10b. IF YES, SPECIFY (Mexican, Cuban, Puerto Rican, etc.) MEXICAN |

**MOTHER**

| 11. NAME (a) First NORMA | (b) Middle ALICIA | (c) Last (maiden) ANAYA | 12. DATE OF BIRTH 12-18-58 | 13. BIRTHPLACE (State or foreign country) MEXICO |

| 14. RACE (American Indian, Black, White, etc.) WHITE | 15a. IS MOTHER OF HISPANIC ORIGIN? ☒YES ☐NO | 15b. IF YES, SPECIFY (Mexican, Cuban, Puerto Rican, etc.) MEXICAN |

| 16a. RESIDENCE — STATE MEXICO | 16b. COUNTY TAMPS | 16c. CITY OR TOWN (If outside city limits, show rural) REYNOSA | 16d. STREET ADDRESS 3 A # 560 |

| 16e. INSIDE CITY LIMITS? ☒YES ☐NO | 17. MOTHER'S MAILING ADDRESS (If same as residence, enter Zip Code only) RT. 1 BOX 280   52 CP SAN JUAN | 18. SIGNATURE OF INFORMANT JUAN Noé López Soto |

| 19a. I hereby certify that this child was born alive on the date stated above at 11:00 A.M. | 19b. ATTENDANT'S SIGNATURE AND DATE SIGNED Mrs. Sylvia Barrera | 19c. ATTENDANT'S ADDRESS 2303 N. LINCOLN |

| 19d. ATTENDANT'S NAME (Type or Print) SYLVIA BARRERA | 19e. ATTENDANT AT BIRTH ☐M.D. ☐D.O. ☐C.N.M. ☒Lay Midwife ☐Other (Specify) |

| 20a. REGISTRAR'S FILE NO. 142 | 20b. DATE REC'D BY LOCAL REGISTRAR 5-19-89 | 20c. SIGNATURE OF LOCAL REGISTRAR Maria De Jesus Hensley Victoria Lara |

WARNING: The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine of up to $5,000 (Article 4477c, Revised Civil Statutes of Texas)

---

| DO YOU WANT A SOCIAL SECURITY NUMBER FOR YOUR NEW BABY? ☒YES ☐NO | SIGNATURE OF PARENT JUAN NOÉ LÓPEZ SOTO |

CONFIDENTIAL INFORMATION BELOW — FOR MEDICAL AND HEALTH USE ONLY — THIS SECTION MUST BE FILLED OUT

| PREGNANCY HISTORY | | | EDUCATION (Specify Only Highest Grade Completed) 0-17 + | USUAL OCCUPATION | KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|---|---|
| LIVE BIRTHS (Do not include this child) | OTHER PREGNANCIES NOT RESULTING IN A LIVE BIRTH | | 23a. Father 12TH | 24a. Father COLLEGE | 25a. Father STUDENT DR. |
| 21a. Now Living Number 1 ☐None | 21b. Now Dead Number ☒None | 22a. Number ☒None | 23b. Mother 12TH | 24b. Mother HOUSEWIFE | 25b. Mother DOMESTIC |
| 21c. DATE OF LAST LIVE BIRTH (Month, Year) UNKNOWN | 22b. DATE LAST OTHER PREGNANCY ENDED (Month, Year) UNKNOWN | | 26. BIRTH WEIGHT G. or 7 Lb. 0 OZ. | | 27. CLINICAL ESTIMATE OF GESTATION (Weeks) 38 WEEKS |

| 28. DATE LAST NORMAL MENSES BEGAN (Mo., Day, Yr.) 8-30-88 | 29. MONTH OF PREGNANCY PRENATAL CARE BEGAN 1st, 2nd, 3rd, etc. (Specify) 1ST MONTH | 30. PRENATAL VISITS — Total Number (If none, so state) 9TH | 31. EYE PROPHYLAXIS USED? ☒YES ☐NO |

| SEROLOGIC (SYPHILIS) TEST DONE? UNKNOWN | 32a. DURING PREGNANCY ☐YES ☒NO | 32b. AT DELIVERY ☐YES ☒NO | 33a. Rh FACTOR OF MOTHER ☒Positive ☐Negative ☐Unknown | 33b. Rh FACTOR OF INFANT ☐Positive ☐Negative ☒Unknown | 33c. Rho (D) GIVEN? ☐YES ☒NO |

*(left margin, vertical)* Texas Department of Health—Bureau of Vital Statistics    VS-111 Rev. 4/89    00130244

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing *DEFENDANTS' ANSWERS TO PLAINTIFF'S WRITTEN DISCOVERY* was sent by United States Certified Mail Return Receipt Requested to the following:

Lisa Brodyaga
Attorney at Law
17891 Landrum Park Road
San Benito, Texas 78586

on this the ⅞ day of September, 2005.

RENE BENAVIDES
Assistant United States Attorney

cc:    Ms. Mary McLeod
L/CA, PPT/HI
Room 1-330
300 Ala Moana Blvd.
Honolulu, HI 96850