UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NORMA ALEJANDRA LOPEZ )
   PETITIONER, a minor, by and through )
   Her Mother, )
NORMA ALICIA ANAYA DE LOPEZ, )
    )
v. )   C.A. B-04-089
    )
CONDOLEZZA RICE, )
   United States Secretary of State. )
      and )
UNITED STATES OF AMERICA, )
   RESPONDENTS. )
_____)

EXHIBIT "F" IN SUPPORT OF
PETITIONER'S MOTION TO COMPEL AND/OR DEEM ADMITTED

Norma Lopez, through counsel, herewith submits Exhibit "F," to wit, "Defendants' Responses to Plaintiff's Second Set of Requests for Production of Documents."

Respectfully Submitted,

/s/ Lisa S. Brodyaga

| | |
|---|---|
| Lisa S. Brodyaga | (956) 421-3226 |
| Attorney at Law | (956) 421-3423 (fax) |
| 17891 Landrum Park Road | Federal Id: 1178 |
| San Benito, TX 78586 | Texas State Bar: 03052800 |

CERTIFICATE OF SERVICE

I certify that the foregoing was mailed, first-class postage prepaid, Rene Benavides, AUSA, 1701 W.Bus 83, #600, McAllen, Texas 78501, on October 3, 2005.

/s/

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA ALEJANDRA LOPEZ, | § § | |
| VS. | § § § | Civil Action No. B-04-89 |
| HON. COLIN POWELL, ET AL | § | |

**DEFENDANT'S RESPONSES TO PLAINTIFF'S
SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

To:   Lisa Brodyaga
      Attorney at Law
      17891 Landrum Park Road
      San Benito, Texas 78586

COMES NOW, the **HON. COLIN POWELL, et al**, by and through Chuck Rosenberg, United States Attorney for the Southern District of Texas, and pursuant to the Federal Rules of Civil Procedure, answers as follows to Plaintiff's Second Set of Requests for Production of Documents.

Respectfully submitted,

CHUCK ROSENBERG
United States Attorney

By: _____
RENE BENAVIDES
Assistant United States Attorney
Southern District of Texas
Bentsen Tower
1701 W. Highway 83 #600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24025248
Federal I.D. No. 26215

## DEFENDANT'S RESPONSES TO PLAINTIFF'S
## SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

Copies of any and all records which would show the license plate or other identifying features of all vehicles which crossed the Hidalgo International Bridge from Reynosa, Mexico, into the United States, between 5:30 a.m. and 8:30 a.m. on May 18, 1989.

**RESPONSE:**

>Defendant objects to this request for production as overly broad and burdensome. Defendant is unaware whether any such records exist; if they do, they are not records maintained by the U.S. Department of State.

Case 1:04-cv-00089    Document 23    Filed in TXSD on 10/03/2005    Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing *DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION* was sent by United States Certified Mail Return Receipt Requested to the following:

Lisa Brodyaga
Attorney at Law
17891 Landrum Park Road
San Benito, Texas 78586

on this the 28 day of ~~October~~ September, 2005.

_____
RENE BENAVIDES
Assistant United States Attorney