UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA ALEJANDRA LOPEZ | * | |
|    Petitioner, a minor, by and | * | |
|    through her mother, | * | |
| NORMA ALICIA ANAYA DE LOPEZ | * | |
| | * | |
| V. | * | C.A.  B-04-089 |
| | * | |
| HON. COLIN POWELL, | * | |
|    United States Secretary of State | * | |
|    and | * | |
| UNITED STATES OF AMERICA, | * | |
|    Respondents. | * | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S OPPOSED MOTION TO SUSPEND DISCOVERY AND MOTIONS DEADLINE PENDING RESOLUTION OF THE DISPUTE CREATED BY DEFENDANTS' UNRESPONSIVE DISCOVERY**

Defendants file this response to Plaintiff's motion regarding discovery dispute and request to suspend all deadlines, including discovery deadlines and deadlines to file motions until 30 days after the discovery dispute has been resolved, and in support of its response, the Defendant shows the Court the following:

Defendant is attempting to work out the discovery dispute with the Plaintiff and wishes to do so without the need for Court intervention.  Defendant is not opposed to suspending all deadlines, including discovery deadlines and deadlines to file motions until 30 days after the discovery dispute has been resolved.

Wherefore premises considered, Defendant request this court consider the suspension of the aforementioned deadlines but request delay in Court intervention regarding the discovery dispute.

Respectfully submitted,

Chuck Rosenberg
United States Attorney


/s/Rene Carlo Benavides
Rene Carlo Benavides
Assistant United States Attorney
Southern District of Texas
1701 W. Hwy. 83, Suite 600
McAllen, Texas 78501
(956) 618 - 8010 (956) 618 - 8016 fax
Texas Bar No. 24025248
Southern Dist. No. 26215


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing DEFENDANTS' RESPONSE TO PLAINTIFF'S OPPOSED MOTION TO SUSPEND DISCOVERY AND MOTIONS DEADLINE PENDING RESOLUTION OF THE DISPUTE CREATED BY DEFENDANTS' UNRESPONSIVE DISCOVERY was mailed via first class mail, postage prepaid, e-mail or fax to:

Lisa S. Brodyaga, Esquire
REFUGIO DEL RIO GRANDE
17891 Landrum Park Rd.
San Benito, TX  78586


on this 3 day of November, 2005.

/s/ Rene Carlo Benavides
RENE BENAVIDES
Assistant United States Attorney

2