UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NORMA ALEJANDRA LOPEZ * | |
|    Petitioner, a minor, by and * | |
|    through her mother, * | |
| NORMA ALICIA ANAYA DE LOPEZ * | |
| * | |
| V. * | C.A. B-04-089 |
| * | |
| HON. COLIN POWELL, * | |
|    United States Secretary of State * | |
|    and * | |
| UNITED STATES OF AMERICA, * | |
|    Respondents. * | |

### DEFENDANTS' FIRST SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURE

A.    Individuals likely to have discoverable information relevant to disputed facts.

    Norma Alejandra Lopez
    Plaintiff

    Norma Alicia Anaya de Lopez
    Plaintiff's Mother

    Juan Noe Lopez Soto
    Plaintiff's Father

    Sylvia Barrera Sanchez
    midwife of Plaintiff who signed Plaintiff's U.S. birth certificate

    Jacqueline Harley-Bell
    Regional Director of the United States Passport Agency
    of the U.S. Department of State, located in Houston
    Houston Passport Agency
    denied Plaintiff's passport application

    William Crawthord,
    Acting Chief, Records Services Division, Office of Information Management and Liason
    Passport Services Directorate, United States Department of State
    He is custodian of passport files and certified as to the copy of the application by Plaintiff

    Bureau of Citizenship and Immigration (B.C.I.S. the former Immigration and

Naturalization Service I.N.S.) has information regarding the midwife Sylvia Barrera and her falsely filed Texas birth certificates, including information on Plaintiff's filed Texas birth certificate.

Debra F. Owens
The Texas Bureau of Vital Statistics
has information regarding Plaintiff's Texas birth registration

B.  Documents relating to the facts in dispute (a copy is produce to Plaintiff's attorney with this filing.

  1. The INS records relating to the midwife, Sylvia Barrera-Sanchez.

  2. Affidavit of Debra Owens State Registrar of the Bureau of Vital Statistics, Texas Department of health, certifying the birth certificate of Norma Alejandra Lopez and that Plaintiff's birth certificate was flagged for non issuance based on a copy of her Mexican birth certificate, and a copy of the Texas Birth Certificate of Norma Alejandra Lopez attached to the affidavit.

  3. A certificate by the Department of State certifying the Acting Chief, Records Service division, passport services, certifying a package attached to the certificate which includes the following:

   a. Affidavit of William Cawthord, Acting Chief, Records Service division, passport services Directorate, certifying the passport record.

   b. The passport record consisting of seven pages

  4. Record of conviction of the midwife, Sylvia Barrera, on January 16, 1991, at McAllen, Texas

  5. Newspaper Article from the Houston Chronicle of February 28, 1991 on the conviction of the midwife, Sylvia Barrera.

  6. A certified copy of the Mexican birth certificate for Plaintiff

  7. Declaration fo Jacqueline Harley-Bell, the Regional Director of the United States Passport Agency of the U.S. Department of State, located in Houston, Texas, executed on August 16, 2004.

**SUPPLEMENTED ON 11/2/05**

  8. Certified INS records pertaining to Norma Alejandra Lopez Anaya, File No. A70 430 843

9. Certified INS records pertaining to Juan Noe Lopez Soto, File No. A99 244 830

10. Certified INS records pertaining to Norma Alicia Anaya de Lopez, File No. A99 244 831

Respectfully submitted,

Chuck Rosenberg
United States Attorney

/s/Rene Carlo Benavides
Rene Carlo Benavides
Assistant United States Attorney
Southern District of Texas
1701 W. Hwy. 83, Suite 600
McAllen, Texas 78501
(956) 618 - 8010 (956) 618 - 8016 fax
Texas Bar No. 24025248
Southern Dist. No. 26215

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing DEFENDANTS' FIRST

SUPPLEMENTAL INITIAL DISCLOSURES was mailed via first class mail, postage prepaid,

e-mail or fax to:

Lisa S. Brodyaga, Esquire
REFUGIO DEL RIO GRANDE
17891 Landrum Park Rd.
San Benito, TX  78586

on this 3 day of November, 2005.

/s/Rene Carlo Benavides
RENE BENAVIDES
Assistant United States Attorney

4

Case 1:04-cv-00089   Document 27   Filed in TXSD on 11/02/2005   Page 5 of 5