# SEALED RECORD

DESCRIPTION OF CONTENTS: Plaintiff's Notice of Filing Sealed Exhibit

CASE NO. B-04-089

INSTRUMENT NO. _____

United States District Court
Southern District of Texas
FILED

MAR 2 8 2006

Michael N. Milby
Clerk of Court