UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **NORMA ALEJANDRA LOPEZ, Petitioner** ) | |
| ) | |
| v. ) | C.A. No. B-04-089 |
| ) | |
| **HON. COLIN POWELL, et al, Respondents.** ) | |
| ) | |

EXHIBIT "H" IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Exhibit "H" consists of the birth certificates of Plaintiff's brother, Noe Alejandro Lopez, born in Brownsville, Texas on September 26, 1982. Attached are his Texas birth certificate, filed October 1, 1982, and his Mexican birth certificate, with translation, filed November 17, 1982.

Respectfully Submitted,
s/
Lisa S. Brodyaga
Attorney at Law
17891 Landrum Park Road           Federal Id: 1178
San Benito, TX 78586              Texas State Bar: 03052800
(956) 421-3226
(956) 421-3423 (fax)

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with attachments, were electronically served on Rene Benavides, AUSA, on March 30, 2006.


s/ Lisa S. Brodyaga
_____

THIS IS TO CERTIFY THAT THIS IS A TRUE COPY OF A COPY
THE ORIGINAL BIRTH CERTIFICATE OF
**Noe Alejandro Lopez**
AS IT APPEARS IN THE RECORDS OF THE CITY OF BROWNS-
VILLE, TEXAS VOLUME __87__ , PAGE __519__
**Mary Roussett** CITY SECRETARY, BY _____

25-474,319,977

**AMERICAN EXPRESS COMPANY**
181 INVERNESS DRIVE, WEST
ENGLEWOOD, COLORADO 80112
PURCHASER'S RECEIPT—FILL IN—KEEP FOR YOUR RECORD
AMOUNT 500   DATE 10/28/82
SENT TO W. D. Carmel
FOR 1-B/card
SEE AGREEMENT ON OTHER SIDE
FORM NO. 5205

---

# RECORD OF BIRTHS

**TEXAS DEPARTMENT OF HEALTH**
**BUREAU OF VITAL STATISTICS**
**CERTIFICATE OF BIRTH**
STATE OF TEXAS

BIRTH NO. 519

**CHILD**
1. NAME: (a) First: Noe  (b) Middle: Alejandro  (c) Last: Lopez
2. DATE OF BIRTH: 9-26-82
3. SEX: Male
4a. PLACE OF BIRTH — COUNTY: Cameron
4b. CITY OR TOWN: Brownsville
4c. NAME OF HOSPITAL: 1140 E. Jackson
4d. INSIDE CITY LIMITS?: yes
5a. THIS BIRTH-SINGLE, TWIN, TRIPLET: single
5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st, 2nd, 3rd:

**FATHER**
6. NAME: (a) First: Juan  (b) Middle: Noe  (c) Last: Lopez
7. RACE: White
8a. IS FATHER OF SPANISH ORIGIN?: yes
8b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC.: Mexican
9. AGE: 26
11a. USUAL OCCUPATION: Student
11b. KIND OF BUSINESS OR INDUSTRY:

**MOTHER**
12. MAIDEN NAME: (a) First: Norma  (b) Middle: Alicia  (c) Last: Anaya
13. RACE: White
14a. IS MOTHER OF SPANISH ORIGIN?: yes
14b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC.: Mexican
15. AGE: 23
16. BIRTHPLACE: Mexico
17a. USUAL OCCUPATION: Housewife
17b. KIND OF BUSINESS OR INDUSTRY:

18a. RESIDENCE — STATE: Tamps.
18b. COUNTY: Mexico
18c. CITY OR TOWN: Reynosa
18d. STREET ADDRESS: P. Longoria No 560
18e. INSIDE CITY LIMITS?: yes

19. Children previously born to this mother:
 a. How many other children are now living?: 0
 b. How many other children were born alive but are now dead?: 0
 c. How many children were born dead after 20 weeks pregnancy?: 0

20. INFORMANT: Juan Noe Lopez

21. I hereby certify that this child was born alive on the date stated above at 4:00 A.M.

22a. ATTENDANT'S SIGNATURE: Trinidad A. Saldivar
22b. ATTENDANT AT BIRTH — MD, DO, CNM, MIDWIFE, OTHER: Midwife
22c. ATTENDANT'S ADDRESS: 1140 E. Jackson
22d. DATE SIGNED: 9-30-82

23a. REGISTRAR'S FILE NO: 82-1532
23b. DATE REC'D BY LOCAL REGISTRAR: 10-1-82
23c. SIGNATURE OF LOCAL REGISTRAR: Mary Roussett

24. BIRTH WEIGHT:
FOR MEDICAL AND HEALTH USE ONLY (This Section MUST be filled out)
25. WAS EYE PROPHYLAXIS USED?
26. WAS SEROLOGIC TEST MADE?

6-0408—(Fits BOVS Form 111 Rev. 1980)   Hart Graphics, Austin, Texas

ABSTRACT OF BIRTH FACTS

United States of Mexico
State of Tamaulipas, City of Reynosa

The Second Official of the Civil Registry, certifies that in Book 16, Act 3100, of the file of the Civil Registry of Reynosa, Tamaulipas, is found the following:

Date of registration: November 17, 1982

BIRTH CERTIFICATE

NAME: NOE ALEJANDRO LOPEZ ANAYA
DATE OF BIRTH: September 26, 1982
PLACE OF BIRTH: Reynosa, Tampaulipas
A male child, presented alive by both parents.

PARENTS:
DR. JUAN NOE LOPEZ SOTO, 26 years, Mexican,
NORMA ALICIA ANAYA DE LOPEZ, 23 years, Mexican,

GRANDPARENTS:
Paternal Grandfather: ANTONIO LOPEZ ARZOLA, MEXICAN
Paternal Grandmother: NOHEMI SOTO DE LOPEZ, MEXICAN
Maternal Grandfather: MARIO ANAYA ANAYA, MEXICAN
Maternal Grandmother: ORALIA CABALLERO DE ANAYA, MEXICAN

WITNESSES:
HUGO JAIME ALANIS GUERRERO, 24 years, Mexican
OLGA GARCIA DE CHAPA, 45 years, Mexican

Issued at Reynosa, Tamaulipas, on November 3, 2003.

---

I certify that I am competent in English and Spanish, and that the foregoing is a true and correct abstract of the Spanish original to the best of my knowledge and belief.

*Lisa S. Brodyaga*
Lisa S. Brodyaga
March 27, 2006



EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS Y COMO OFICIAL DEL REGISTRO CIVIL CERTIFICO QUE EN EL ARCHIVO DEL REGISTRO CIVIL EN REYNOSA SE ENCUENTRA ASENTADA UN ACTA LEVANTADA POR EL C. OFICIAL ALFREDO DE LA ROSA ESTRADA QUE CONTIENE LOS SIGUIENTES DATOS :

# ACTA DE NACIMIENTO

OFICIALIA : 2   LIBRO No. 16   ACTA No. 3100   CURP : 280320282034535   CRIP : =====
FECHA DE REGISTRO : 17/11/1982   LUGAR DEL REGISTRO : REYNOSA, TAMAULIPAS

NOMBRE : NOE ALEJANDRO LOPEZ ANAYA   SEXO : MASCULINO
FECHA DE NACIMIENTO : 26/09/1982   HORA DE NACIMIENTO : 10:00
LUGAR DE NACIMIENTO : REYNOSA, . TAMAULIPAS.
CERTIFICADO NACIMIENTO : =====   COMPARECIO : AMBOS   PRESENTADO : VIVO

NOMBRE DEL PADRE : DR. JUAN NOE LOPEZ SOTO   NACIONALIDAD : MEXICANA
DOMICILIO HABITUAL : =========   EDAD : 26 AÑOS

NOMBRE DE LA MADRE : NORMA ALICIA ANAYA DE LOPEZ   NACIONALIDAD : MEXICANA
DOMICILIO HABITUAL : =========   EDAD : 23 AÑOS

ABUELO PATERNO : ANTONIO LOPEZ ARZOLA   NACIONALIDAD : MEXICANA
ABUELA PATERNA : NOHEMI SOTO DE LOPEZ   NACIONALIDAD : MEXICANA
ABUELO MATERNO : MARIO ANAYA ANAYA   NACIONALIDAD : MEXICANA
ABUELA MATERNA : ORALIA CABALLERO DE ANAYA   NACIONALIDAD : MEXICANA

TESTIGO : HUGO JAIME ALANIS GUERRERO   EDAD : 24 AÑOS   NACIONALIDAD : MEXICANA
TESTIGO : OLGA GARCIA DE CHAPA   EDAD : 45 AÑOS   NACIONALIDAD : MEXICANA

PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO :
NOMBRE : ==========   EDAD : ==   NACIONALIDAD : =====
DOMICILIO : ==========   PARENTESCO : =====

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 31 DEL CODIGO CIVIL VIGENTE DEL ESTADO DE TAMAULIPAS, EN REYNOSA A LOS 3 DIAS DEL MES DE NOVIEMBRE DEL 2003. DOY FE.

POR ACUERDO ADMINISTRATIVO DE LA DIRECCION DEL REGISTRO CIVIL DEL ESTADO, DE FECHA 15 DE JULIO DE 1999, Y DE LA C OFICIAL SEGUNDO DEL REGISTRO CIVIL EN ESTA CIUDAD, FIRMA ESTA ACTA EL C. LIC. CARLOS TREVIÑO ALEJO, SECRETARIO DE ESTA OFICIALIA.

SELLO DEL REGISTRO CIVIL

LITHA DEL CARMEN GARZA PEÑA
OFICIAL 2o. DEL REGISTRO CIVIL

Gobierno del Estado de Tamaulipas
Secretaria General de Gobierno
OFICIALIA 2a DE REYNOSA

0130130

3/11-29 L - ASG 1 - YGB
VILSA

COSTO $40.00