**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

**NORMA ALEJANDRA LOPEZ, Petitioner**    )
                                          )
**v.**                                    )    **C.A. No. B-04-089**
                                          )
**HON. COLIN POWELL, et al, Respondents.**    )
_____)

**EXHIBIT "I" IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Exhibit "I" consists of the deposition of Norma Alicia Anaya de Lopez, the mother of Plaintiff, taken March 2, 2006.


Respectfully Submitted,
s/
Lisa S. Brodyaga
Attorney at Law
17891 Landrum Park Road            Federal Id:  1178
San Benito, TX 78586               Texas State Bar: 03052800
(956) 421-3226
(956) 421-3423 (fax)

                        CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with attachment, were electronically served on Rene Benavides, AUSA, on March 30, 2006.


s/ Lisa S. Brodyaga
_____

**Condensed Transcript of Depo of Norma A. Anaya-Caballero - 03/02/06**

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division

Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NORMA ALEJANDRA LOPEZ,          *
                    Petitioner  *
                                *
VS.                             *      CIVIL ACTION B-04-089
                                *
HON. COLIN POWELL, ET AL        *
                    Respondents *


ORAL DEPOSITION OF

NORMA ALICIA ANAYA-CABALLERO (DE LOPEZ)

MARCH 2, 2006


          ORAL DEPOSITION of NORMA ALICIA ANAYA-CABALLERO (DE

LOPEZ), produced as a witness at the instance of the

Respondent by Notice, and duly sworn, was taken in the

above-styled and numbered cause on the 2nd day of March,

A.D., 2006 from 11:49 a.m. to 12:59 p.m. before Sandra

K. Dearmin, a Certified Shorthand Reporter and Notary

Public in and for the State of Texas, reported by voice

realtime stenography, at the offices of the U.S.

Attorney, 1701 W. Business 83, Suite 600, McAllen,

Hidalgo County, Texas 78501, pursuant to the Federal

Rules of Civil Procedure and the provisions stated on

the record or attached hereto.

**Condensed Transcript of Depo of Norma A. Anaya-Caballero - 03/02/06**

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division

Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

---

PAGE 2

2

**A P P E A R A N C E S**

FOR THE PETITIONER:

    MS. ELISABETH LISA S. BRODYAGA
    ATTORNEY AT LAW
    17891 LANDRUM PARK ROAD
    SAN BENITO, TEXAS 78586
    PH. (956) 421-2226

FOR THE RESPONDENT:

    MR. RENE BENAVIDES
    ASSISTANT UNITED STATES ATTORNEY
    1701 W. HIGHWAY 83, STE. 600
    McALLEN, TEXAS 78501
    PH. (956) 618-8010

ALSO APPEARING:    DR. JUAN NOE LOPEZ-SOTO
                        NORMA ALEJANDRA LOPEZ

VIDEOGRAPHER:    N/A

INTERPRETER:    ROBERT SANTOS, LIC. #951
                DAVILA & ASSOCIATES, INC.

COURT REPORTER:    SANDRA K. DEARMIN, C.S.R.

---

PAGE 3

3

  1    T A B L E   O F   C O N T E N T S
  2            PAGE(S)

  3  APPEARANCES . . . . . . . . . . . . . . . . . . . . .  2
  4  EXHIBIT INDEX . . . . . . . . . . . . . . . .  3
  5  STIPULATIONS . . . . . . . . . . . . . . . .  4
  6  INTERPRETER SWORN . . . . . . . . . . . . . . . .  6
  7  WITNESS NORMA ALICIA ANAYA-CABALLERO SWORN . . . . .  6
  8      EXAMINATION BY MR. BENAVIDES . . . . . . . . .  6
  9      OBJECTIONS (by Mr. Benavides) . . (none made)
10      OBJECTIONS (by Ms. Brodyaga) . . (none made)
11      EXAMINATION BY MS. BRODYAGA . . . . . (none made)
12  BREAKS/PAUSES OFF RECORD:
13    12:04 p.m. to 12:06 p.m. . . . . . . . . . .  13
14  ADDITIONAL INFORMATION REQUESTED . . . (none requested)
15  REPORTER'S CERTIFICATE . . . . . . . . . . . . . .  37
16  REPORTER'S RETURN CERTIFICATE . . . . . . . . . . .  39
17  ERRATA SHEET . . . . . . . . . . . . . . . . . . .  40
18  DEPONENT SIGNATURE AND NOTARY PAGE . . . . . . . .  41
19            * * *
20
21      E X H I B I T   I N D E X
22  NO. MK'D REF'D   DESCRIPTION
23  9  29  27   Photocopy of City of San Juan,
24               Texas Birth Certificate of Norma
25               Alejandra Lopez

---

PAGE 4

4

  1      S T I P U L A T I O N S

  2    IT WAS AGREED that no objections need be made by

  3  any Party at the time of taking of said deposition,

  4  except objections as to leading, form of the question,

  5  or the responsiveness of the answer, which if not made

  6  during the deposition are waived; but if and when said

  7  deposition, or any portion thereof, is offered in

  8  evidence at the trial of this cause by any party

  9  thereto, it shall be subject to any and all other legal

10  objections, such objections to be made at the time of

11  the tender, the same as though the witness were on the

12  stand personally testifying.

13    IT WAS FURTHER AGREED by and between the parties

14  that ROBERT SANTOS shall act as Interpreter for the

15  taking of said deposition, and that the Interpreter be

16  duly sworn.

17    IT WAS FURTHER AGREED that the witness must appear

18  before any Notary Public or official authorized to

19  administer oaths, and at such time the witness, through

20  expressed request, has the privilege of reading over

21  said deposition and making any corrections to her

22  answers she finds to be necessary, such corrections to

23  be made in accordance with the Federal Rules of Civil

24  Procedure.

25    IT WAS FURTHER AGREED by and between Counsel that

---

PAGE 5

5

  1  following delivery of the original deposition herein by

  2  the officer to the attorney for the deponent, MS. LISA

  3  S. BRODYAGA, for the purpose of signature by deponent,

  4  said original deposition shall be returned directly to

  5  court reporter herein, Sandra K. Dearmin, c/o DIANA

  6  WEIBEL, P.O. Box 608, Mission, TX 78573, within thirty

  7  (30) days following receipt of same, together with any

  8  corrections, additions or changes thereto, at which time

  9  the reporter will file a Return Certificate with the

10  Clerk and deliver the signed original deposition to the

11  custodial attorney, A.U.S.A. RENE BENAVIDES.

12    IT WAS AGREED that should the original deposition

13  herein fail to be returned, signed and notarized, ten

14  (10) days prior to the date of trial in this cause, or

15  prior to any appropriate hearing herein, a certified

16  copy of same may be used herein for all purposes, as

17  though it were the signed original, upon proper notice

18  to opposing Counsel.

19    IT WAS FURTHER AGREED that after said deposition

20  has been returned, in accordance with these stipulations

21  and agreements, it will be treated by the parties hereto

22  and may be used herein with the same force and effect as

23  though all statutes and rules relating to the taking and

24  returning of depositions had been fully complied with.

25            * * *

---

**REPORTER: SANDRA K. DEARMIN**
**DIANA LEAL WEIBEL, C.S.R., P.O. Box 608, Mission, TX 78573**
PH: 956/580-2778   Cell: 330-9180   Fax: 580-3148

**Condensed Transcript of Depo of Norma A. Anaya-Caballero - 03/02/06**
Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 6

6

1          ROBERT SANTOS,
2    was duly sworn to truly and accurately interpret these
3    proceedings to the best of his ability and skill.
4          * * *
5          NORMA ALICIA ANAYA-CABALLERO (DE LOPEZ)
6    having been first duly sworn, testified (through the
7    duly sworn interpreter) as follows:
8          E X A M I N A T I O N
9    BY A.U.S.A. BENAVIDES: (11:49 a.m.)
10   Q   Good afternoon.  Again, my name is Rene
11   Benavides.  You were here earlier when I asked your
12   husband some questions.  I'm going to ask you the same
13   -- some questions regarding the same issue.
14          Will you please state your complete name
15   for the record?
16   A   Norma Alicia Anaya-Caballero.
17   Q   And would you like for me to address you as
18   Mrs. Anaya?
19   A   Yes.
20   Q   Do you have any questions regarding the
21   process here?
22   A   No.
23   Q   Same -- same thing as your husband.  Please
24   wait for the interpreter to finish interpreting before
25   you respond.  Do you speak English?

PAGE 7

7

1    A   No.
2    Q   Okay.  Do you understand it?
3    A   A little.
4    Q   Okay.  And that's when it comes to play, if
5    you understand my question, please wait for the
6    interpreter to finish interpreting it, even though you
7    understand it, before you respond.
8    A   Okay.
9    Q   Are you a legal permanent resident, Ms. Anaya?
10   A   Yes.
11   Q   Where and when were you born?
12   A   I was born in Ciudad Victoria, Tamaulipas.
13   I was born on December 18, 1958; but I was registered
14   on February 7th of '59.  I was legally born on February
15   7, '59.
16   Q   Other than the times that you lived here --
17   other than now, have you ever lived in the United
18   States before?
19   A   Yes.
20   Q   Can you tell me when?
21   A   Let me see, the exact dates?  I am very bad
22   for dates, and I -- nothing -- can't remember anything.
23   But when my son needed to be here in McAllen because he
24   was going to be studying high school, we rented an --
25   we rented an apartment for four years.  My husband and

PAGE 8

8

1    I would go back and forth, and that way I was always
2    taking care of my children when it came to food or
3    whatever they needed.
4    Q   Where was the apartment?
5    A   608 -- well, Galveston Street -- I mean in
6    McAllen, but I don't remember the number.
7    Q   Before then, did you ever live in the United
8    States?
9    A   No.
10   Q   Have you lived in any other country?
11   A   No.
12   Q   Before then you've always lived in Mexico?
13   A   Yes.
14   Q   Where in Mexico have you lived?
15   A   In Reynosa, Tamaulipas.
16   Q   From birth until you moved here to the United
17   States?
18   A   To Reynosa, Tamaulipas, I arrived when I was
19   11 years of age from a town called Jimenez, Tamaulipas.
20   Q   Before Jimenez, did you live anywhere else?
21   A   No.
22   Q   When did you get married?
23   A   In August 30, '80.
24   Q   Where did you get married?
25   A   In Reynosa, Tamaulipas.

PAGE 9

9

1    Q   Before you got married, did you visit the
2    United States?
3    A   Yes.
4    Q   Would you visit frequently?
5    A   I don't remember.  I suppose every month.
6    Q   For what reason?
7    A   Shopping.
8    Q   Where would you visit?
9    A   McAllen.
10   Q   Anywhere else?
11   A   No.
12   Q   When you got married, you lived in Reynosa?
13   A   Yes.
14   Q   How old is your son?
15   A   23.
16   Q   Do you know what he does?
17   A   He's a student.
18   Q   Where?
19   A   At Pan American.
20   Q   In Edinburg?
21   A   Yes.
22   Q   What is he studying?
23   A   International Business.
24   Q   Does he live with you and your husband?
25   A   Not at this moment.

**REPORTER:  SANDRA K. DEARMIN**
**DIANA LEAL WEIBEL, C.S.R., P.O. Box 608, Mission, TX  78573**
PH:  956/580-2778   Cell:  330-9180   Fax:  580-3148

**Condensed Transcript of Depo of Norma A. Anaya-Caballero - 03/02/06**

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division

Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 10

10

1  Q  Where does he live?

2  A  In Edinburg in an apartment.

3  Q  Is he married?

4  A  No.

5  Q  And your son was born in the United States.

6  Is that correct?

7  A  Yes.

8  Q  He was born in Brownsville?

9  A  Yes.

10  Q  And he was born with the assistance of a

11  midwife. Is that correct?

12  A  Yes.

13  Q  Do you remember that midwife's name?

14  A  No.

15      MS. BRODYAGA:  She must not be on the

16  list.

17  Q  (BY A.U.S.A. BENAVIDES)  Where did you live

18  when your son was born?

19  A  In Reynosa.

20  Q  And when your daughter was born, you lived in

21  Reynosa as well?

22  A  Yes.

23  Q  Do you recall whose idea it was to use a

24  midwife to assist with the birth of your son?

25  A  My husband's.

PAGE 11

11

1  Q  Were you in agreement with that?

2  A  Yes.

3  Q  Do you recall how you chose the particular

4  midwife to assist you with the birth of your son?

5  A  My husband had barely graduated. We had no

6  money. We wanted to give him -- well, I didn't know

7  what was -- what we were thinking at that time, but --

8  but I don't know; I don't remember why we decided that

9  he was to be born here in the United States. I suppose

10  we as parents, and we love our children, so we want to

11  give them the best.

12  Q  Do you know of anyone else who lived in Mexico

13  and decided to have children in the United States?

14  A  Maybe. I don't know; I don't remember.

15  Q  At the time that you decided to have your son

16  born in the United States, do you recall if you knew

17  anyone then who had done the same thing?

18  A  No.

19  Q  Do you recall how you and your husband chose a

20  particular midwife who assisted with the delivery of

21  your son?

22  A  When my husband was studying in Matamoros, he

23  would get together with his group of friends in

24  Brownsville to study. And I suppose from there the

25  idea must have come -- come out. I don't know what

PAGE 12

12

1  communications that my husband might have had with the

2  -- with the midwife or something that they had

3  commented to him.

4  Q  Your son is a -- sorry -- your husband is the

5  one who found the midwife?

6  A  Yes.

7  Q  Do you recall when you first met the midwife

8  who helped with your son's delivery?

9  A  No.

10  Q  Do you remember anything about the midwife?

11  A  Nothing.

12  Q  Do you remember how many times you met with

13  her?

14  A  No.

15  Q  Do you know whether you met her before the

16  date of delivery?

17  A  No. Really, for me, it wasn't the midwife.

18  For me, my faith was on my husband who was going to be

19  there.

20  Q  Do you recall if the midwife had conversations

21  with you?

22  A  No.

23  Q  Do you recall her checking you or examining

24  you?

25  A  No.

PAGE 13

13

1  Q  You don't remember what the midwife looks

2  like?

3  A  No.

4  Q  What about the location where the midwife

5  practiced? -- her home?

6  A  I don't remember, no.

7      A.U.S.A. BENAVIDES:  Excuse me one

8  second. Off the record.

9      (OFF THE RECORD AT 12:04 P.M.)

10      (ON THE RECORD AT 12:06 P.M.)

11      A.U.S.A. BENAVIDES:  We're back on the

12  record, Mrs. Anaya.

13  Q  I was asking you about the midwife when your

14  son was born, and then you testified you didn't have

15  any recollection of her or the place. Is that correct?

16  A  Correct.

17  Q  Do you know if there's a reason why you don't

18  have any recollection? Is it because it was a long

19  time ago, or for some other reason, if you know?

20  A  It was because it's a long time ago, but

21  mainly because I forget everything because of age.

22      MS. BRODYAGA:  I might also note she gave

23  you another reason already, and that is the focus for

24  her was on the presence of her husband and not on the

25  midwife.

**REPORTER: SANDRA K. DEARMIN**

**DIANA LEAL WEIBEL, C.S.R., P.O. Box 608, Mission, TX 78573**

PH: 956/580-2778  Cell: 330-9180  Fax: 580-3148

**Condensed Transcript of Depo of Norma A. Anaya-Caballero - 03/02/06**

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division

Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 14
14

1  Q  (BY A.U.S.A. BENAVIDES)  Mrs. Anaya, is the
2  fact that you were focusing on your husband and not the
3  midwife another reason that you may not have
4  recollection of the midwife and the location?
5  A  Could be.
6  Q  Do you remember the day that your son was
7  born?
8  A  Yes.  Sometimes all of a sudden I forget the
9  dates, but it's September 26 of '82.
10  Q  Can you tell me about that day? -- the day you
11  began to experience pain and what happened thereafter?
12  A  I don't remember.  My pains are light, but
13  that's what tells that it's time for delivery.
14  Q  Were you in Reynosa?
15  A  Yes.
16  Q  Did you tell your husband about the pains you
17  were having?
18  A  Yes.
19  Q  Okay.  And what did you do next?
20  A  We went to Brownsville.
21  Q  Where did you cross the border?
22  A  We -- through Hidalgo, and then we took, I
23  suppose, the -- through Hidalgo and we went from there
24  to Brownsville.
25  Q  We previously introduced a copy of your border

PAGE 15
15

1  crossing card that you had at one point.  That is
2  Exhibit NO. 1.
3      Do you also recognize the border crossing
4  card there?
5  A  Yes.
6  Q  And then there's a copy of your husband's
7  border crossing card and one of yours.  Is that
8  correct?
9  A  Yes, correct.  That's correct.  We -- those
10  were the cards that we had at that time, and they were
11  changed about four years ago when they changed them to
12  a laser visa.
13      MS. BRODYAGA:  She also said that we
14  continued with them until --
15      THE INTERPRETER:  And we kept them four
16  years ago when we had the laser visa.
17  Q  (BY A.U.S.A. BENAVIDES)  Do you know if you
18  presented the border crossing card when you crossed
19  Hidalgo to go to Brownsville to deliver your son?
20  A  Yes, we had to.
21  Q  Was it that one in particular?  Do you recall?
22  A  Yes.
23  Q  What about when you had your daughter?  Did
24  you present that particular border crossing card?
25  A  That one too, exactly.

PAGE 16
16

1  Q  And where did you cross the border when you
2  came to have your daughter?
3  A  Through Hidalgo, Texas.
4  Q  The same border crossing?
5  A  Yes.
6  Q  Is there more than one border crossing in
7  Hidalgo, Texas that you know of?
8  A  No.  No.
9  Q  I'm fairly new to the area, so forgive me that
10  I don't know.  Going back to on the day that your son
11  was born, do you remember the events as they
12  transpired?  You crossed the border and then you
13  traveled to Brownsville?
14  A  No.
15  Q  Were you in -- do you recall if you were
16  having increasing labor pains while you were traveling
17  to Brownsville?
18  A  No.
19  Q  Do you recall when you arrived to Brownsville
20  and what you did then?
21  A  I really don't remember.
22  Q  Do you recall when you actually began
23  delivering your son?
24  A  Yes.
25  Q  Tell me about that.

PAGE 17
17

1  A  Birth was fast.  My two children have been
2  fast to born.
3  Q  Do you recall who was present?
4  A  The midwife and my husband.
5  Q  Do you recall if anybody else was present?
6  A  No, I remember the midwife saying something
7  about -- and I don't remember; it's not clear --
8  something about somebody going to see that Juan was
9  there, and the birth happened.
10      But that was during my daughter's, and
11  now that I think about it, that lady, if she had
12  already problems -- if she already had problems, that's
13  probably why they were checking us; but we are
14  innocent.
15  Q  Do you know if anyone that you know knew about
16  you having your son born in Brownsville with the
17  assistance of a midwife?
18  A  Maybe my mother and my mother-in-law.  I don't
19  know.  It's always been my husband and I.
20  Q  Okay.  No friends or other relatives?
21  A  No.
22  Q  What about someone in the United States that
23  you may have advised that you were going to be in
24  Brownsville to deliver your son?
25  A  No.

**Condensed Transcript of Depo of Norma A. Anaya-Caballero - 03/02/06**
Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 18
18

1   Q   Were you under any kind of medication during
2   the delivery of your son?
3   A   No.
4   Q   What about during the delivery of your
5   daughter?
6   A   Not -- not even then.
7   Q   Did you receive any kind of pain medication?
8   A   No.
9   Q   Were there any complications during the
10  delivery of your son?
11  A   No.
12  Q   Did you require any kind of medical attention
13  after the delivery of your son as a result of that?
14  A   No.
15  Q   What about of your daughter?
16  A   The same.
17  Q   Everything went fine?
18  A   Yes, thank God.
19  Q   Do you know how long you were at the midwife's
20  before you left when your son was born?
21  A   When my son was born, how long was I at that
22  place?
23  Q   Yes, ma'am.
24  A   I suppose just one day -- just the day of
25  birth.

PAGE 19
19

1   Q   What about when your daughter was born?  How
2   long were you at the midwife's?
3   A   I was there until the afternoon.
4   Q   You left the same day?
5   A   Yes, already late.
6   Q   Okay.  Do you remember anything about the
7   certification of birth or the record of birth of your
8   son?
9   A   No, I never knew anything.  I never knew
10  anything, and I never checked anything.
11  Q   And no one asked you about it?
12  A   No.
13  Q   After your son was born, you continued to live
14  in Reynosa.  Is that correct?
15  A   Yes.
16  Q   And then your daughter was born in what year?
17  A   In '89.
18  Q   May 18th of 1999, is that correct?
19  A   '89, correct.
20  Q   1989 correct?
21  A   '89.
22  Q   Yes.  And you were living in Reynosa at the
23  time, correct?
24  A   Yes.
25  Q   And on the day that she was born, you were in

PAGE 20
20

1   Reynosa the morning of the day she was born.  Is that
2   correct?
3   A   No, I mean the day when she was born I came to
4   -- in the morning I came to San Juan, so the day when
5   she was born in the morning, I was in San Juan.
6   Q   Yes, ma'am.  You came from -- you went to San
7   Juan from Reynosa, correct?
8   A   Yes.
9   Q   The same day, correct?
10  A   Yes.
11  Q   You had -- you began to have pain and you knew
12  you were going to have the baby, and that's why you
13  came to San Juan, correct?
14  A   Yes.
15  Q   Had you met the midwife, Sylvia Barrera, who
16  assisted with your daughter's birth prior to that day?
17  A   I think so.  I think my husband and I had come
18  over.
19  Q   Do you remember her?
20  A   I remember her because I saw her when the
21  problem arose.
22  Q   Tell me about your visit with her when the
23  problem arose.
24  A   When we received the letter denying the
25  passport, the passport for the girl, that was

PAGE 21
21

1   approximately about three years ago.  Then we were
2   worried, and we didn't know everything that they were
3   telling us in that letter.  Then I went.  I looked for
4   the address.  I didn't remember the address any more.
5   And I talked to her.
6   Q   Where did you have her address?
7   THE INTERPRETER:  Excuse me?
8   Q   Where did you have her address?
9   A   Where did I have it?  No, I was just looking.
10  Q   And how did you find it?
11  A   Asking, because I didn't remember.
12  Q   Who did you ask?
13  A   People -- people who were on the street --
14  ladies who were sweeping.
15  Q   Was that in San Juan?
16  A   Yes.
17  Q   Were you in the vicinity of the area you
18  thought she lived?
19  A   Yes.
20  Q   And what did she do when you talked to her?
21  A   She told me that she had problems, that the
22  government had made her sign, and that I -- that I
23  should look for an attorney because the girl had been
24  born there and they were saying no.
25  Q   What else happened with -- with her visit?

REPORTER: SANDRA K. DEARMIN
DIANA LEAL WEIBEL, C.S.R., P.O. Box 608, Mission, TX  78573
PH: 956/580-2778   Cell: 330-9180   Fax: 580-3148

**Condensed Transcript of Depo of Norma A. Anaya-Caballero - 03/02/06**

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division

Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 22
22

1    A   That was all.  That she couldn't do anything.
2    Q   Do you recall the day that your daughter was
3   born and what happened?
4    A   Yes.
5    Q   When you arrived at the midwife, Sylvia
6   Barrera, was anyone there?
7    A   Not that I remember.
8    Q   But she was there, correct?
9    A   Yes.
10    Q   Were you satisfied with the services that she
11   provided?
12    A   Yes.
13    Q   What about the midwife who assisted you with
14   your son's birth?
15    A   The same.  I don't remember her.
16    Q   Do you recall any particular conversations you
17   may have had with Sylvia Barrera on the day your
18   daughter was born?
19    A   No.
20    Q   Did you advise anyone that you were going to
21   be in San Juan giving birth to your daughter with the
22   assistance of a midwife?
23    A   My sister-in-law -- my sister-in-law, Nelda
24   Anaya.
25    Q   When did you let her know?

PAGE 23
23

1    A   No, we went to drop off the boy to take care
2   of -- for her to take care of him while the girl was
3   being born.
4    Q   Did you tell her that you were going to San
5   Juan?
6    A   I suppose, yes.
7    Q   Do you know if she knew you were going to use
8   the assistance of a midwife?
9    A   I think so.
10    Q   Anybody else other than her?
11    A   No.
12    Q   Do you know whether your sister-in-law, Nelda,
13   recalls that incident?
14    A   She should.  She should remember.
15    Q   After your daughter was born, you went back to
16   Reynosa the same day, correct?
17    A   Yes, in the afternoon.
18    Q   And then your daughter continued to live there
19   with you and your husband a few years after that,
20   correct?
21    A   Yes.
22    Q   Did you know how old she was when you had your
23   son in school here in the United States and you had an
24   apartment?
25    A   She was seven.

PAGE 24
24

1    Q   What school was she attending?
2    A   Here --
3    Q   Yes.
4    A   -- here or over there?  She was going to St.
5   John's Episcopal School.
6    Q   And she was there in McAllen?
7    A   Yes.
8    Q   Do you currently -- do you work outside the
9   home?
10    A   No.
11    Q   Have you ever worked outside the home?
12    A   Yes.
13    Q   When?
14    A   When I had barely first gotten married, I
15   worked.
16    Q   Where did you work?
17    A   At an insurance company.
18    Q   In Reynosa?
19    A   Yes.
20    Q   Were you working when your son was born?
21    A   When my son was born, yes.
22    Q   Were you working when your daughter was born?
23    A   No.
24    Q   Where were you working when your son was born?
25    A   At an insurance company.  I sold insurance.

PAGE 25
25

1    Q   What was the name of the company?
2    A   It was called Bancomer.  The company doesn't
3   exist anymore.
4    Q   What's it called again?
5    A   Bancomer.
6    Q   How do you spell that?
7        THE INTERPRETER:  (Indicating)?
8        THE WITNESS:  Correct.
9    Q   That's B-A-N-C-O-M-E-R?
10    A   Yes.
11    Q   The company doesn't exist anymore?
12    A   No.
13    Q   What happened to the company?
14    A   I don't know.  I really don't know.  It
15   merged, and I don't know.
16    Q   Who was your immediate supervisor?
17    A   I don't remember.
18    Q   Do you remember any names of anyone who worked
19   there?
20    A   No.
21    Q   Did you take any time off to give birth to
22   your son?
23    A   Yes.
24    Q   How much time?
25    A   I don't remember.

REPORTER:  SANDRA K. DEARMIN
DIANA LEAL WEIBEL, C.S.R., P.O. Box 608, Mission, TX  78573
PH: 956/580-2778   Cell: 330-9180   Fax: 580-3148

**Condensed Transcript of Depo of Norma A. Anaya-Caballero - 03/02/06**

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division

Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 26

26

1  Q  Did anyone where you worked know that you were
2  going to deliver your son in the United States?
3  A  No.
4  Q  After your son was born, did you take time off
5  to be with your son?
6  A  Yes.
7  Q  You don't recall how long?
8  A  No.
9  Q  Did you return to work eventually?
10  A  I think so.
11  Q  Okay. When you were pregnant with your son,
12  did you ever come to the United States to visit
13  anybody?
14  A  When I was pregnant with my son?
15  Q  Yes.
16  A  To visit somebody? I don't think so.
17  Q  What about when you were pregnant with your
18  daughter?
19  A  Maybe -- maybe, but just to visit must be just
20  my sister-in-law, but she's an American -- an American
21  citizen, and she at times has been in Reynosa and at
22  times has been here.
23  Q  Do you know how you chose the midwife Sylvia
24  Barrera?
25  A  I don't remember.

PAGE 27

27

1  Q  Do you know if it was you or your husband who
2  decided?
3  A  It was my husband.
4  Q  Did you know about the problems she had with
5  the falsifying of birth records?
6  A  No.
7  Q  What does Ms. Sylvia Barrera look like?
8  A  She is an older lady -- normal. I don't know
9  how to describe her.
10  Q  Okay. Do you know when your daughter received
11  a Social Security card?
12  A  I don't know how old she was when we filed for
13  the Social Security card. I don't remember.
14  Q  Do you know how you received it? Did you get
15  it by mail, or did you come here to request it?
16  A  I came to request it.
17  Q  Does your son have one?
18  A  Yes.
19  Q  And you received it the same way?
20  A  Yes.
21  Q  Do you know how you received a copy of the
22  birth certificate for your daughter?
23  A  I don't remember.
24  Q  Do you know when your husband may have signed
25  the birth certificate?

PAGE 28

28

1  A  No.
2  Q  Do you remember when Sylvia Barrera signed the
3  birth certificate?
4  A  No.
5  Q  Do you recognize the address Rt. 1, Box 28052
6  C.P., San Juan?
7  A  No.
8  Q  And do you have any reason to know why in the
9  birth record it indicates that that's the mailing
10  address for you?
11  A  No, I have no idea.
12  Q  Do you know what address is listed for you on
13  your son's birth certificate?
14  A  My son's? No. What address to receive
15  correspondence in the United States, or what?
16  Q  Well, the birth certificate has a place in
17  there that indicates the mother's mailing address. But
18  I don't have a copy of your son's birth certificate.
19  And I'm wondering if you know what address is indicated
20  on your son's birth certificate. And I wanted to know
21  if you know what address is listed for the mother's
22  mailing address in your son's birth certificate?
23  A  No.
24      MS. BRODYAGA: I might point out that
25  that form is of the City of San Juan, and Brownsville

PAGE 29

29

1  may have a different form. It may not have the
2  mother's mailing address on the Brownsville City Birth
3  Certificate. They are not standardized.
4      A.U.S.A. BENAVIDES: Okay.
5      MS. BRODYAGA: I haven't seen any, so I
6  don't know.
7  Q  (BY A.U.S.A. BENAVIDES) Do you know if Sylvia
8  Barrera asked you for your address?
9  A  No.
10  Q  Do you know whether she knew that you lived in
11  Reynosa?
12  A  Yes, I suppose so.
13  Q  You suppose that she did know?
14  A  We must have told her that we came from
15  Reynosa.
16  Q  Okay. Did you fill out any kind of paper work
17  with Sylvia Barrera to obtain her services?
18  A  I don't remember at this time.
19      (GOVERNMENT'S DEPOSITION EXHIBIT NO.
20      9 MARKED FOR IDENTIFICATION HEREIN.)
21      A.U.S.A. BENAVIDES: Okay. I'll
22  introduce this as Government Exhibit NO. 9.
23  Q  (BY A.U.S.A. BENAVIDES) Do you know how much
24  you paid Sylvia Barrera for services?
25  A  No.

**Condensed Transcript of Depo of Norma A. Anaya-Caballero - 03/02/06**
Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 30

30

1  Q  Did you decide with your husband to have your
2  daughter born in San Juan for the same reason that you
3  had your son born in San Juan -- I mean in Brownsville?
4  A  Yes.
5  Q  And you testified that that reason was
6  inspired, so to speak, by your husband for various
7  reasons. Is that correct?
8  A  Just maybe at the time of my daughter we could
9  have had enough for a hospital here in the United
10  States, I don't know; but then my son had already been
11  born through a midwife. And we decided to have two
12  children, so we thought to have them through a midwife
13  so there would be no differences.
14  Q  Did your daughter receive -- your -- your
15  husband testified that your daughter did not receive
16  postnatal care with any physician either here in the
17  United States or in Mexico. Is that correct?
18  A  Correct.
19      MS. BRODYAGA: Other than himself, who
20  was a licensed physician.
21  Q  (BY A.U.S.A. BENAVIDES) He was the only one
22  that would -- that would take care of them. Is that
23  correct?
24  A  Yes.
25  Q  Okay.

PAGE 31

31

1  A  Up to now.
2  Q  Up until now he's been their doctor?
3  A  Yes.
4  Q  So they don't have any medical records either
5  in Reynosa or in the United States?
6  A  My son, maybe he have some -- some here in the
7  United States because he had surgeries here in the
8  United States about four years ago.
9  Q  But you don't have any medical records when
10  they were kids either in Reynosa or in the United
11  States -- or rather when they were --
12      A.U.S.A. BENAVIDES: Strike the question.
13  Q  (BY A.U.S.A. BENAVIDES) You did not have --
14  they did not go to the doctor, other than your husband,
15  for the first, say, five years of their life?
16  A  No.
17  Q  Okay. Do you know of anyone who could be a
18  witness to testify that they saw you or knew that you
19  were delivering your daughter here in the United
20  States?
21  A  My sister-in-law.
22  Q  Anybody else?
23  A  No. My children have only received their
24  vaccinations here.
25  Q  Did they both receive them in the same place?

PAGE 32

32

1  A  Yes.
2  Q  Okay.
3  A  I think so. I don't remember about my son.
4  Q  Do you know why they've received the
5  vaccinations here?
6  A  I don't remember.
7  Q  Do you remember who you saw when your children
8  received vaccinations here?
9  A  It was at a government clinic.
10  Q  Yeah, it -- the records indicate that it was
11  in Hidalgo County Health Department in McAllen.
12      THE INTERPRETER: McAllen?
13      A.U.S.A. BENAVIDES: Hidalgo Health --
14  Hidalgo County Health Department.
15  A  Yes.
16  Q  But you don't know anyone there specifically
17  -- any names of any nurses or physicians?
18  A  No.
19  Q  And you don't know the reason why the
20  vaccinations were given here as opposed to in Mexico?
21  A  I don't remember.
22  Q  Have you ever requested that the State of
23  Texas re-issue your daughter's birth certificate?
24  A  Yes. When they denied the passport I went to
25  some offices located in Edinburg.

PAGE 33

33

1  Q  And what did you do there?
2  A  I requested the girl's birth certificate.
3  Q  Okay. And they -- and they denied it?
4  A  Yes.
5  Q  You're aware that your daughter also has a
6  Certificate of Birth in Mexico?
7  A  Yes.
8  Q  Do you know why she does?
9  A  We thought -- we also thought about it that
10  day we registered her in Mexico.
11  Q  Have you seen a copy of it?
12  A  Yes.
13  Q  I'm going to show you Exhibit 5. Is that a
14  copy of that birth certificate?
15  A  Yes.
16  Q  Do you remember when this was done?
17  A  No.
18  Q  Do you remember if it was you or your husband
19  who requested the birth certificate?
20  A  It must have been my husband.
21  Q  Okay. And it's your contention, then, that
22  the claim that she was born in Mexico is incorrect?
23  A  Yes.
24  Q  Did they request any kind of paperwork to
25  register her in Mexico?

**Condensed Transcript of Depo of Norma A. Anaya-Caballero – 03/02/06**
Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 34
34

1   A  I don't know.
2   Q  When was the first time you saw the
3  Certificate of Birth in Mexico?
4   A  I suppose that as a kid -- as a baby.
5   Q  Okay. Does the Mexican birth certificate
6  require any witnesses?
7   A  I don't know.
8   Q  This is a copy of Exhibit NO. 5. Do you know
9  if there are any witnesses that signed?
10   A  No.
11   Q  It does not contain any witnesses?
12   A  I don't see it.
13   Q  Do you know whether any witnesses were
14  required when you registered her birth in Mexico?
15   A  No.
16   Q  And you currently live in the United States,
17  correct?
18   A  Yes.
19   Q  You've been there for how long?
20   A  We have been there a year. We've been here
21  two years already.
22   Q  Okay. Do you still have family in Mexico?
23   A  Yes.
24   Q  Do you go there frequently?
25   A  Yes.

PAGE 35
35

1   Q  Have you ever been arrested or detained at the
2  border for not having any proper documentation?
3   A  No.
4   Q  Do you know if your husband has?
5   A  No.
6   Q  You don't know, or he has not?
7   A  No, that hasn't happened to him.
8   Q  Do you remember what kind of car you were
9  driving on the day that you crossed to deliver your
10  daughter?
11   A  No, I don't remember.
12   Q  You went to go see Sylvia Barrera about a
13  month before your due date with your daughter. Is that
14  correct?
15   A  Yes.
16   Q  Do you recall what the examination was about?
17       MS. BRODYAGA: Examination? I'm not sure
18  she said she was examined. She said she went to see
19  her.
20   Q  (BY A.U.S.A. BENAVIDES) Do you recall what
21  the visit was concerning?
22   A  To tell her I wanted to give birth there with
23  her.
24   Q  That was the first time you saw her?
25   A  Yes.

PAGE 36
36

1   Q  And then you didn't see her again until the
2  day you gave birth?
3   A  Until the day I gave birth and then two years
4  ago.
5   Q  Who petitioned for you to become a lawful
6  permanent resident?
7   A  My son.
8   Q  Okay.
9       A.U.S.A. BENAVIDES: Okay. I don't have
10  any further questions.
11       MS. BRODYAGA: I don't have any either.
12       A.U.S.A. BENAVIDES: Okay, thank you very
13  much for your time.
14
15               * * *
16
17       (PROCEEDINGS CONCLUDED AT 12:59 P.M.)
18
19               * * *
20
21
22
23
24
25

PAGE 37
37

THE STATE OF TEXAS    •    CIVIL ACTION NO. B-04-089
                      •    U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF TEXAS
COUNTY OF CAMERON     •    BROWNSVILLE DIVISION

COURT REPORTER'S CERTIFICATE
DEPOSITION OF NORMA ALICIA ANAYA-CABALLERO (DE LOPEZ)
MARCH 2, 2006

I, SANDRA K. DEARMIN, a Certified Shorthand Reporter
and Notary Public in and for the State of Texas, do hereby
certify that the foregoing deposition transcript is a true
record of the testimony given by the witness hereinbefore
named, reported by me by oral stenography, the said witness
having been first duly cautioned and sworn or affirmed by
me.

I further certify that I am neither attorney nor
counsel for, related to, nor employed by any of the parties
to the action in which this testimony was taken. Further, I
am not a relative or employee of any attorney of record in
this cause, nor do I have a financial interest in the
action;

That the deposition transcript herein was sent for
delivery to the Counsel for witness, MS. LISA S. BRODYAGA,
for signature, on the _____ day of _____, 2006, to
be returned directly to court reporter, DIANA WEIBEL,
C.S.R., P.O. Box 608, Mission, Tx. 78573, within thirty (30)
days thereafter.

That pursuant to information given to the deposition
officer at the time said testimony was taken, the following
includes all parties of record:

**REPORTER: SANDRA K. DEARMIN**
**DIANA LEAL WEIBEL, C.S.R., P.O. Box 608, Mission, TX  78573**
PH: 956/580-2778   Cell: 330-9180   Fax: 580-3148

**Condensed Transcript of Depo of Norma A. Anaya-Caballero - 03/02/06**

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division

Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

---

PAGE 38
38

MS. LISA S. BRODYAGA
ATTORNEY AT LAW
17891 LANDRUM PARK ROAD
SAN BENITO, TEXAS 78586
Attorney for Petitioner;

MR. RENE BENAVIDES
ASSISTANT UNITED STATES ATTORNEY
1701 W. HIGHWAY 83, STE. 600
McALLEN, TX 78501
Attorney for Respondents.

That a certified copy of this deposition was sent for

delivery to the custodial attorney, Mr. Rene

Benavides, on the _____ day of March, 2006;

That a copy of my certificate was sent to all parties

on the _____ day of March, 2006.

That $_____ is the deposition officer's charges

to the Respondents for preparing the original deposition

transcript and any copies of exhibits.

CERTIFIED TO, this _____ day of March, 2006.

_____
SANDRA K. DEARMIN
Certified Shorthand Reporter
The State of Texas
License No. 6131 / 12-31-07

---

PAGE 39
39

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NORMA ALEJANDRA LOPEZ        *
VS.                          *  CIVIL ACTION NO. B-04-089
HON. COLIN POWELL, ET AL.    *

COURT REPORTER'S RETURN CERTIFICATE RE MARCH 2, 2006
DEPOSITION OF NORMA ALICIA ANAYA-CABALLERO (DE LOPEZ)

I, DIANA WEIBEL, a Certified Shorthand
Reporter and Notary Public in and for the State of Texas, do
hereby certify that the original deposition _____;
returned to the deposition officer on _____

If returned, the attached Changes and Signature
page contains any changes and the reasons therefor;

That the original deposition was delivered
to the custodial attorney, Mr. Rene Benavides, Assistant
United States Attorney, 1701 W. Highway 83, Ste. 600,
McAllen, TX 78501, together with original return
certificate;

That $_____ is the deposition officer's charges
to the Respondents for preparing the original deposition
transcript and any copies of exhibits;

That the deposition was delivered in
accordance with the Federal Rules of Civil Procedure, and
that a copy of this certificate was served on all parties
shown herein.

Certified to by me this _____ day of _____,
2006.

_____
DIANA LEAL WEIBEL
Certified Shorthand Reporter
The State of Texas
License No. 4192 / 12-31-07
P.O. Box 608, Mission, TX 78573
Ph. (956) 580-2778 / Fax 580-3148

---

PAGE 40
40

I, NORMA ALICIA ANAYA-CABALLERO (DE LOPEZ), HEREBY ACKNOWLEDGE
THAT I HAVE CAREFULLY READ THE FOREGOING TRANSCRIPT AND HEREBY
SUBMIT ANY CHANGES, CORRECTIONS OR ADDITIONS THERETO; AND THE
ANSWERS SET FORTH, TOGETHER WITH ANY CHANGES LISTED, ARE MY
REASON GIVEN FOR SUCH CHANGES, ARE MY ANSWERS.

The reasons for changes are as follows:
(1) To clarify the record;
(2) To conform to the facts
(3) To correct a transcription error; or
(4) Other. (Please list explanation on back of page.)

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ: _____

---

PAGE 41
41

THE STATE OF TEXAS        *  CIVIL ACTION NO. B-04-089
                          *  U.S. DISTRICT COURT
                          *  SOUTHERN DISTRICT OF TEXAS
COUNTY OF CAMERON         *  BROWNSVILLE DIVISION

I HEREBY ACKNOWLEDGE that I have read the foregoing

deposition, and that this deposition, together with any

corrections, changes or additions to my answers, is a true and

correct record of my testimony given at this deposition.

_____
NORMA ALICIA ANAYA-CABALLERO (DE LOPEZ)

SUBSCRIBED AND SWORN to before me, the undersigned Notary

Public in and for the State of Texas, on this the _____

day of _____, A.D., 2006, to certify which,

witness my hand and seal of office.

_____
Notary Public in and for
The State of Texas

---

**REPORTER: SANDRA K. DEARMIN**
**DIANA LEAL WEIBEL, C.S.R., P.O. Box 608, Mission, TX  78573**
PH:  956/580-2778   Cell:  330-9180   Fax:  580-3148

**Condensed Transcript of Depo of Norma A. Anaya-Caballero - 03/02/06**
Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 42

THE STATE OF TEXAS          •   CIVIL ACTION NO. B-04-089
                            •      U.S. DISTRICT COURT
                            •    SOUTHERN DISTRICT OF TEXAS
COUNTY OF CAMERON           •   BROWNSVILLE DIVISION


        I, SANDRA K. DEARMIN, a Certified Shorthand Reporter and

Notary Public in and for the State of Texas, do hereby certify

that the foregoing copy of the deposition of NORMA ALICIA

ANAYA-CABALLERO (DE LOPEZ), reported in the foregoing numbered

and styled cause by me, is a true and correct copy of the

original deposition herein as duly certified and delivered.

        CERTIFIED TO, this the _____ day of March, A.D.,

2006.



                    _____
                        SANDRA K. DEARMIN
                        Certified Shorthand Reporter
                        The State of Texas
                        License No. 6131 / 12-31-07

40

I, **NORMA ALICIA ANAYA-CABALLERO (DE LOPEZ)**, HEREBY ACKNOWLEDGE THAT I HAVE CAREFULLY READ THE FOREGOING TRANSCRIPT AND HEREBY SUBMIT ANY CHANGES, CORRECTIONS OR ADDITIONS THERETO; AND THE ANSWERS SET FORTH, TOGETHER WITH ANY CHANGES LISTED, AND THE REASON GIVEN FOR SUCH CHANGES, ARE MY ANSWERS.
=============================================================
The reasons for changes are as follows:
(1)   To clarify the record;
(2)   To conform to the facts
(3)   To correct a transcription error; or
(4)   Other. (Please list explanation on back of page.)
=============================================================

PAGE NUMBER _16_   LINE NUMBER _8_   REASON FOR CHANGE _2_

SHOULD READ: _Yes. (Probably a misunderstanding of question)._

PAGE NUMBER _21_   LINE NUMBER _1_   REASON FOR CHANGE _2_

SHOULD READ: _about two years ago_

PAGE NUMBER _17_   LINE NUMBER _8_   REASON FOR CHANGE _2, 3_

SHOULD READ: _The midwife said something about someone coming to check to see that the placenta was there_

PAGE NUMBER _34_   LINE NUMBER _4_   REASON FOR CHANGE _1_

SHOULD READ: _I suppose that it was when she was a kid - was a baby_

PAGE NUMBER _____   LINE NUMBER _____   REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____   LINE NUMBER _____   REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____   LINE NUMBER _____   REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____   LINE NUMBER _____   REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____   LINE NUMBER _____   REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____   LINE NUMBER _____   REASON FOR CHANGE _____

SHOULD READ: _____

## ORIGINAL

41

| | |
|---|---|
| THE STATE OF TEXAS | * CIVIL ACTION NO. B-04-089 |
| | * U.S. DISTRICT COURT |
| | * SOUTHERN DISTRICT OF TEXAS |
| COUNTY OF CAMERON | * BROWNSVILLE DIVISION |

I HEREBY ACKNOWLEDGE that I have read the foregoing deposition, and that this deposition, together with any corrections, changes or additions to my answers, is a true and correct record of my testimony given at this deposition.

_____

NORMA ALICIA ANAYA-CABALLERO (DE LOPEZ)

SUBSCRIBED AND SWORN to before me, the undersigned Notary Public in and for the State of Texas, on this the 27TH day of MARCH , A.D., 2006, to certify which, witness my hand and seal of office.

MA DOLORES REYNA
Notary Public, State of Texas
My Commission Expires
10-06-2007

Notary Public in and for
The State of Texas

My COMPLETION EXPIRES 10/06/07

**ORIGINAL**