**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **NORMA ALEJANDRA LOPEZ, Petitioner** | ) | |
| | ) | |
| **v.** | ) | **C.A. No. B-04-089** |
| | ) | |
| **HON. COLIN POWELL, et al, Respondents.** | ) | |
| ———————————————————— | ) | |

**EXHIBIT "J" IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Exhibit "J" consists of the deposition of Plaintiff's father, Dr. Juan Noe Lopez-Soto, taken March 2, 2006.


Respectfully Submitted,
s/
Lisa S. Brodyaga
Attorney at Law
17891 Landrum Park Road                  Federal Id:  1178
San Benito, TX 78586                     Texas State Bar: 03052800
(956) 421-3226
(956) 421-3423 (fax)

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with attachment, were electronically served on Rene Benavides, AUSA, on March 30, 2006.


s/ Lisa S. Brodyaga
————————————————————

**Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06**

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NORMA ALEJANDRA LOPEZ,                *
                         Petitioner   *
                                      *
VS.                                   *     CIVIL ACTION B-04-089
                                      *
HON. COLIN POWELL, ET AL              *
                         Respondents  *

ORAL DEPOSITION OF DR. JUAN NOE LOPEZ-SOTO

MARCH 2, 2006

        ORAL DEPOSITION of DR. JUAN NOE LOPEZ-SOTO,

produced as a witness at the instance of the Respondent

by Notice, and duly sworn, was taken in the above-styled

and numbered cause on the 2nd day of March, A.D., 2006

from 9:08 a.m. to 11:39 a.m. before Sandra K. Dearmin, a

Certified Shorthand Reporter and Notary Public in and

for the State of Texas, reported by voice realtime

stenography, at the offices of the U.S. Attorney, 1701

W. Business 83, Suite 600, McAllen, Hidalgo County,

Texas 78501, pursuant to the Federal Rules of Civil

Procedure and the provisions stated on the record or

attached hereto.

# Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

---

**PAGE 2**
2

### A P P E A R A N C E S

FOR THE PETITIONER:

    MS. ELISABETH LISA S. BRODYAGA
    ATTORNEY AT LAW
    17891 LANDRUM PARK ROAD
    SAN BENITO, TEXAS 78586
    PH. (956) 421-3226

FOR THE RESPONDENT:

    MR. RENE BENAVIDES
    ASSISTANT UNITED STATES ATTORNEY
    1701 W. HIGHWAY 83, STE. 600
    McALLEN, TEXAS 78501
    PH. (956) 618-8010

ALSO APPEARING:   NORMA ALICIA ANAYA-CABALLERO
                  NORMA ALEJANDRA LOPEZ

VIDEOGRAPHER:   N/A

INTERPRETER:   ROBERT SANTOS, LIC. #951
             DAVILA & ASSOCIATES

COURT REPORTER:   SANDRA K. DEARMIN, C.S.R.

---

**PAGE 4**
4

### E X H I B I T   I N D E X

| NO. | MK'D | REF'D | DESCRIPTION |
|---|---|---|---|
| 1 | 32 | 31 | Photocopy of crossing cards/local visas |
| 2 | 54 | 54 | Photocopy of Mexican birth certificate of Norma Alejandra Lopez Anaya |
| 3 | 58 | 58 | Photocopy of Mexican birth certificate of Norma Alicia Anaya Caballero |
| 4 | 58 | 58 | Photocopy of Mexican birth certificate of Juan Noe Lopez Soto |
| 5 | 59 | 59 | Photocopy of Mexican birth certificate of Norma Alejandra Lopez Anaya |
| 6 | 59 | 60 | Photocopy of Medical Degree of Juan Noe Lopez Soto |
| 7 | 60 | 60 | Photocopy of certificate of assistance re deliveries in Mexico |
| 8 | 61 | 61 | Photocopy of Mexican property title for house and lot in Reynosa |

                * * *

---

**PAGE 3**
3

### T A B L E   O F   C O N T E N T S

               PAGE(S)

APPEARANCES . . . . . . . . . . . . . . . . . .  2

EXHIBIT INDEX . . . . . . . . . . . . . . . . .  4

STIPULATIONS . . . . . . . . . . . . . . . . .  5

INTERPRETER SWORN . . . . . . . . . . . . . .  7

WITNESS DR. JUAN NOE LOPEZ-SOTO SWORN . . . . . . .  7

   EXAMINATION BY MR. BENAVIDES . . . . . . . . .  7

      OBJECTIONS (by Mr. Benavides) . . (none made)

      OBJECTIONS (by Ms. Brodyaga) . . . . . . . 21

   EXAMINATION BY MS. BRODYAGA . . . . . . . . . 63

      OBJECTIONS (by Ms. Brodyaga) . . (none made)

      OBJECTIONS (by Mr. Benavides) . . (none made)

BREAKS/PAUSES OFF RECORD:

   09:17 momentary pause . . . . . . . . . . . . 10

   09:43 a.m. to 09:44 a.m. . . . . . . . . . . 21

   09:50 a.m. to 09:59 a.m. . . . . . . . . . . 25

   10:55 a.m. to 11:07 a.m. . . . . . . . . . . 50

ADDITIONAL INFORMATION REQUESTED . . . (none requested)

REPORTER'S CERTIFICATE . . . . . . . . . . . . . . 67

REPORTER'S RETURN CERTIFICATE . . . . . . . . . . . 69

ERRATA SHEET . . . . . . . . . . . . . . . . . 70

DEPONENT SIGNATURE AND NOTARY PAGE . . . . . . . . 71

         * * *

---

**PAGE 5**
5

### S T I P U L A T I O N S

   IT WAS AGREED that no objections need be made by any Party at the time of taking of said deposition, except objections as to leading, form of the question, or the responsiveness of the answer, which if not made during the deposition are waived; but if and when said deposition, or any portion thereof, is offered in evidence at the trial of this cause by any party thereto, it shall be subject to any and all other legal objections, such objections to be made at the time of the tender, the same as though the witness were on the stand personally testifying.

   IT WAS FURTHER AGREED by and between the parties that ROBERT SANTOS shall act as Interpreter for the taking of said deposition, and that the Interpreter be duly sworn.

   IT WAS FURTHER AGREED that the witness must appear before any Notary Public or official authorized to administer oaths, and at such time the witness, through expressed request, has the privilege of reading over said deposition and making any corrections to his answers he finds to be necessary, such corrections to be made in accordance with the Federal Rules of Civil Procedure.

   IT WAS FURTHER AGREED by and between Counsel that

---

**Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06**
Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

---

**PAGE 6**      6

1  following delivery of the original deposition herein by
2  an officer for the attorney for the deponent, MS. LISA
3  S. BRODYAGA, for the purpose of signature by deponent,
4  said original deposition shall be returned directly to
5  the court reporter, SANDRA K. DEARMIN, c/o DIANA WEIBEL,
6  P.O. Box 608, Mission, TX 78573, within thirty (30) days
7  following receipt of same, together with any
8  corrections, additions or changes thereto, at which time
9  the reporter will file a Return Certificate with the
10  Clerk and deliver the signed original deposition to the
11  custodial attorney, A.U.S.A. RENE BENAVIDES.
12       IT WAS AGREED that should the original deposition
13  herein fail to be returned, signed and notarized, ten
14  (10) days prior to the date of trial in this cause, or
15  prior to any appropriate hearing herein, a certified
16  copy of same may be used herein for all purposes, as
17  though it were the signed original, upon proper notice
18  to opposing Counsel.
19       IT WAS FURTHER AGREED that after said deposition
20  has been returned, in accordance with these stipulations
21  and agreements, it will be treated by the parties hereto
22  as may be used herein with the same force and effect as
23  though all statutes and rules relating to the taking and
24  returning of depositions had been fully complied with.
25       * * *

**PAGE 7**      7

1       ROBERT SANTOS,
2  was duly sworn to truly and accurately interpret these
3  proceedings to the best of his ability and skill.
4       * * *
5       JUAN NOE LOPEZ-SOTO,
6  having been first duly sworn, testified (through the
7  duly sworn interpreter) as follows:
8       E X A M I N A T I O N
9  BY MR. BENAVIDES: (9:09 a.m.)
10  Q  Good morning.
11  A  **Good morning.**
12  Q  Dr. Lopez, my name is Rene Benavides. I'm an
13  attorney with the U.S. Attorney's office. I'm here in
14  response to the Petition for Habeas that was filed by
15  your attorney on behalf of your daughter, representing
16  the United States of America.
17       Do you understand the capacity of how I
18  am here or who I represent?
19  A  **That's right.**
20  Q  Okay. Have you ever had your deposition
21  taken, Dr. Lopez?
22  A  **I don't understand.**
23  Q  Have you ever been in a room like this where
24  you were asked questions under oath by a court reporter
25  or someone?

**PAGE 8**      8

1  A  **No.**
2  Q  Let me then just briefly explain to you. You
3  may have spoken to your attorney, but what I'm going to
4  do today is just ask you some questions with regards to
5  the claim that's made here today. And that basically
6  is just the challenge of citizenship of Norma Lopez.
7  A  **Correct.**
8  Q  Okay. And we're going to have a court
9  reporter who is going to take everything down. She is
10  going to transcribe it. And we have an interpreter who
11  is going to interpret.
12  A  **Correct.**
13  Q  Just simple logic, but just a refresher
14  because of our human nature. I'd ask that you please
15  wait for me to finish my question and the translator to
16  translate it before you answer.
17  A  **Okay.**
18  Q  Do you speak any English, Doctor?
19  A  **No.**
20  Q  Do you understand that you're under oath here
21  today?
22  A  **Of course.**
23  Q  Do you understand the laws of perjury in this
24  country?
25  A  **Of course I do.**

**PAGE 9**      9

1  Q  I just wanted to ask just for the record.
2  A  **Very well.**
3  Q  Okay. Will you please, for the record, give
4  your complete legal name?
5  A  **Juan Noe Lopez Soto.**
6  Q  And you are a doctor, is that correct?
7  A  **That's right.**
8  Q  Are you a medical doctor?
9  A  **Yes.**
10  Q  Where were you born, Dr. Lopez?
11  A  **In the city of Rio Bravo, Tamaulipas, Mexico.**
12  Q  When were you born?
13  A  **February 27, 1956.**
14  Q  Are you a legal permanent resident in the
15  United States?
16  A  **Not right now. I am waiting for my residency.**
17  Q  What have you done to achieve residency?
18  A  **I filed an application with the department to
19  request to live here in the United States.**
20  Q  Where do you currently live?
21  A  **308 Rio Grande, Mission, Texas.**
22  Q  Do you intend to live here in the United
23  States permanently?
24  A  **That's right.**
25  Q  Do you know what the status of your

---

# Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 10

10

1 application for residency is?
2   A  I'm on a temporary residence permit.
3   Q  Does that permit expire?
4   A  Until next year -- 14 February, 2006 --
5 February 14th, 2007.
6   Q  Do you have a copy of the permit with you --
7 the temporary permit?
8   A  Yes. I have it in my truck.
9   Q  That's all right.
10     When did you file for an application to
11 become a legal permanent resident?
12   A  In January 2004 -- 2005, I'm sorry.
13   Q  Do you know the -- do you know the basis of
14 how you want to apply for legal permanent residency?
15   A  Yes.
16     A.U.S.A. BENAVIDES:  I'm sorry; can we go
17 off the record, please?
18     (OFF THE RECORD AT 9:17 A.M.)
19     (ON THE RECORD AT 9:17 A.M.)
20   Q  (BY A.U.S.A. BENAVIDES) Doctor, who
21 petitioned for your application to become a legal
22 permanent resident?
23   A  My son.
24   Q  Is your son a United States citizen?
25   A  That's right.

PAGE 11

11

1   Q  Where was he born?
2   A  In Brownsville, Texas.
3   Q  When was he born?
4   A  September 26, 1982.
5   Q  Do you know who gave birth -- the medical
6 doctor that give birth to him?
7   A  No, it was a midwife.
8   Q  Do you know the name of the midwife?
9   A  I don't remember very well right now.
10   Q  Was it a different midwife than the one that
11 assisted with the birth of Norma Lopez?
12   A  Yes.
13   Q  Does your son -- what's your son's name?
14   A  Noe Alejandro Lopez Anaya.
15   Q  Does your son also have a Mexican Birth
16 Certificate?
17   A  Yes.
18   Q  Where was that registered?
19   A  In Reynosa, Tamaulipas.
20   Q  Do you know when he registered his birth in
21 Texas?
22   A  On September 26 when he was born -- September
23 26, 1982.
24   Q  On that same day that he was born, he was --
25 the birth was registered?

PAGE 12

12

1   A  I really don't remember. I'm sorry?
2   Q  That's fine. If you don't know the answer to
3 the question or you don't remember, you can just tell
4 me. That's fine.
5   A  Okay.
6   Q  Do you know if it was the midwife who filed
7 the Texas birth registration?
8   A  Yes.
9   Q  Okay. Do you know when he was registered in
10 Mexico?
11   A  I don't remember.
12   Q  Do you know if it was after he was registered
13 here in the United States?
14   A  I don't remember.
15   Q  Do you know if it was soon after his birth or
16 a long time after his birth?
17   A  I don't remember.
18   Q  Do you know who registered him in Mexico?
19   A  The Civil Registry.
20   Q  Was it you or your wife who made that happen?
21   A  Yes.
22   Q  You went to the place where he was registered
23 and asked that he be registered as a Mexican citizen?
24   A  Yes.
25   Q  And why did you have his -- why did you have

PAGE 13

13

1 him registered as a Mexican citizen when he was born in
2 Brownsville, Texas?
3   A  Because of ignorance and maybe because we
4 wanted to give him another choice -- more guarantees in
5 Mexico.
6   Q  Can you explain or elaborate on that as to
7 what kind of choices or guarantees he would have?
8   A  Go to school, receive an education because we
9 live there.
10   Q  If you lived there, why did you have him
11 delivered here in Texas?
12   A  Because -- because I also wanted to give him
13 some guarantees in the United States. I think it's a
14 country with a lot of opportunities. Besides, because
15 it's a country I have lot of admiration for.
16   Q  But you go to Brownsville, Texas --
17     A.U.S.A. BENAVIDES: Strike that.
18   Q  But you had him delivered in --
19     A.U.S.A. BENAVIDES: Strike that question
20 as well.
21   Q  Was your wife pregnant with your son --
22     A.U.S.A. BENAVIDES: Strike that question
23 as well.
24   Q  Were you and your wife living in Mexico while
25 she was pregnant with your son Noe Alejandro Lopez --

# Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division

Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

---

PAGE 14

14

1  Lopez-Anaya?
2  A  Yes.
3  Q  And did you come to Brownsville, Texas for the
4  sole reason of having him delivered and born here in
5  the United States?
6  A  That's right.
7  Q  And those are for the reasons you mentioned
8  above -- for the opportunities that he would have as
9  the U.S. Citizen?
10  A  That's right.
11  Q  During the term of the pregnancy of your son
12  Noe Alejandro Lopez-Anaya, did you ever reside in the
13  United States?
14  A  No, in Reynosa.
15  Q  Do remember the address in Reynosa where you
16  lived?
17  A  Calle Tercera between Rio Alamo and
18  Purificacion, number -- I don't remember the number --
19  in the city of Reynosa, Tamaulipas.
20  Q  Do you have any other children?
21  A  My daughter.
22  Q  Only -- your only children are Norma Alejandra
23  Lopez and your son Noe Alejandro Lopez-Anaya?
24  A  That's right.
25  Q  Do you have any relatives in Brownsville,

---

PAGE 15

15

1  Texas?
2  A  No.
3  Q  Do you have any friends or acquaintances
4  there?
5  A  Yes.
6  Q  Why did you choose Brownsville, Texas for your
7  son's birth?
8  A  Because I studied in Matamoros, and there were
9  some acquaintances in Matamoros, Tamaulipas.
10  Q  Did those acquaintances assist with the
11  delivery or in getting you to Brownsville?
12  A  No.
13  Q  How did you learn of the midwife who assisted
14  with the delivery of your son?
15  A  Through doctors -- through friends who now are
16  doctors in Matamoros.
17  Q  Are any of those friends living in
18  Brownsville?
19  A  That's right.
20  Q  Can you give me some names?
21  A  Yes, Jaime Silva -- Dr. Jaime Silva.  I don't
22  remember the other ones.
23  Q  What kind of doctor is Dr. Silva?
24  A  Cardiologist.
25  Q  Does he practice in Texas?

---

PAGE 16

16

1  A  That's right.
2  Q  He has an office in Brownsville?
3  A  That's right.
4  Q  Do you have an address or phone number for
5  him?
6  A  No.
7  Q  And how do you know Dr. Silva?
8  A  We were companions in school.
9  Q  Was that medical school?
10  A  That's right.
11  Q  Do you know if Dr. Silva is a U.S. Citizen?
12  A  I don't know.
13  Q  Tell me the circumstances surrounding your
14  decision to use a midwife for the birth of your son.
15  A  At that time, me as a doctor, I wanted to be
16  present in the delivery to be able, in case it was
17  needed, to help.
18  Q  Did you have this discussion with Dr. Silva
19  when you were contemplating that decision?
20  A  No.
21  Q  Does Dr. Silva know of -- did he learn of your
22  decision subsequently?
23  A  No.
24  Q  Dr. Silva, then, doesn't know anything about
25  you using a midwife or your decision to use a midwife

---

PAGE 17

17

1  for any -- for both of your children?
2  A  No.
3  Q  When I asked you about how you learned of the
4  midwife that you used for your son, did you not mention
5  you had learned through friends?
6  A  Yes, through -- through companions in school
7  -- in medical school.
8  Q  Was Dr. Silva one of those companions?
9  A  He was a companion of mine at the school.
10  Q  And then you asked him about if he knew any
11  midwives?
12  A  At that time, yes, and he mentioned that there
13  was a midwife that could help us.
14  Q  Was your wife pregnant with your son at the
15  time you asked him?
16  A  He was -- in '82 -- no, at that time I found
17  out much later.  I got out of medical school and she
18  was not -- she was not pregnant when I found him --
19  when I asked him -- when I asked him about this
20  midwife.
21  Q  When you asked him, you were in medical
22  school, is that correct?
23  A  Yes.
24  Q  And your son was born sometime after medical
25  school?

---

**REPORTER: SANDRA K. DEARMIN**

**DIANA LEAL WEIBEL, C.S.R., P.O. Box 608, Mission, TX 78573**

PH: 956/580-2778  Cell: 330-9180  Fax: 580-3148

## Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06
Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 18

18

1  A  Afterwards -- yes, afterwards.
2  Q  When did you finish medical school?
3  A  In '78 I finished. In '79 I did my internship
4  in Reynosa and my son was born in '82.
5  Q  What was the purpose of you asking your
6  friends about midwives while you were in medical
7  school?
8  A  Because it was mentioned that some doctors and
9  some medical students wanted to study to be midwives.
10  Q  And when you decided to use a midwife for the
11  birth of your son, how did you specifically learn of
12  the midwife who you used?
13  A  I found out through them, practically through
14  people who lived there in Brownsville who mentioned
15  that there were midwives there; and we got -- we got in
16  touch with each other.
17  Q  Did you know specifically what people you
18  might have asked for information about midwives?
19  A  No, I don't remember.
20  Q  Were they friends?
21  A  Yes, friends, but I don't remember exactly.
22  Q  But it wasn't Dr. Silva at the time?
23  A  No.
24  Q  So someone that you asked had recommended a
25  particular midwife, and then you contacted that

PAGE 19

19

1  midwife?
2  A  I don't remember.
3  Q  Tell me about the circumstances when you met
4  the midwife that helped deliver your son.
5  A  Circumstances like what?
6  Q  Tell me whether you went to go visit the
7  midwife at her place of business, if you know where the
8  place of business is, and what occurred during the
9  meeting.
10  A  23 years ago -- 23 and a half, more or less.
11  I talked to her regarding the care that she could give
12  to my wife, and she said yes.
13  Q  Was it at her place of business?
14  A  Where she lived.
15  Q  Is that where she assisted with deliveries?
16  A  Yes.
17  Q  Okay. Do you know where she lived?
18  A  Not right now.
19  Q  It was in Brownsville?
20  A  Outside of Brownsville, but I don't remember.
21  Q  What were your arrangements with her?
22  A  Just to take care for my son's delivery. In
23  fact, it was just an interview or two, and that's all.
24  Q  Do you remember what she looks like?
25  A  No.

PAGE 20

20

1  Q  Did you pay her in advance?
2  A  No, we made a -- we paid her half and then
3  after delivery the rest.
4  Q  Do you know how much you paid her?
5  A  I don't remember.
6  Q  Did you go visit -- did she have any prenatal
7  visits with the midwife? -- your wife, rather?
8  A  No.
9  Q  Tell me the circumstances surrounding the day
10  your son was born, and if I can, what I mean by that is
11  tell me where you were, where your wife was, and how
12  you got to the midwife, and so forth.
13  A  It was so many years ago, I don't remember
14  very well, but --
15  Q  Just as best as you can remember.
16  A  Not at this moment.
17  Q  Let me ask you this:
18      Do you know if you were in Mexico?
19  A  No, I was with her.
20  Q  Let me rephrase the question and ask again.
21      Do you know if you were in Mexico when
22  your wife went into labor?
23  A  I was with her.
24  Q  And where was your wife?
25  A  In Brownsville.

PAGE 21

21

1  Q  Where in Brownsville?
2  A  I don't remember exactly. I don't remember
3  the address exactly.
4  Q  Were you already at the midwife's?
5  A  Yes.
6  Q  Why were you with the midwife when she went
7  into labor?
8  A  In case something was needed, I was there
9  attending. I was a doctor.
10  Q  How long were you there?
11  A  About five hours, more or less -- five or six
12  hours.
13  Q  And then the baby was born?
14  A  That's right.
15  Q  How long were you there before she began
16  delivery?
17      MS. BRODYAGA: And that's a little bit
18  vague --
19  A  I don't remember.
20      MS. BRODYAGA: -- and I don't think --
21      A.U.S.A. BENAVIDES: Okay. Can we go off
22  the record for a second?
23      MS. BRODYAGA: Yeah.
24      (OFF THE RECORD AT 9:43 A.M.)
25      (ON THE RECORD AT 9:44 A.M.)

# Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division

Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

## PAGE 22
22

1  Q  (BY A.U.S.A. BENAVIDES)  We're back on the
2  record, Doctor.  Let me start asking you the questions
3  that I was asking before, but I'm going to rephrase
4  them.
5          What I'm trying to determine here is
6  where you were when your wife started to realize that
7  she was going to deliver the baby when she had pain.
8  A  I was nearby where she delivered.
9  Q  When is it that you and your wife realized, "I
10  need to go see the midwife; we're going to have the
11  baby"?
12  A  I don't remember.
13  Q  Do you recall where you were when you realized
14  that that's what you needed to do -- go see the
15  midwife?
16  A  I don't remember.
17  Q  Did you go see the midwife from your home in
18  Mexico?  Do you understand the question?
19  A  I don't understand.
20  Q  Were you in Mexico -- were you coming from
21  Mexico when you went to the midwife's for delivery?
22  A  Yes.
23  Q  Okay.  And was that on the same day?  You
24  traveled on the same day that the baby was born? --
25  your son?

## PAGE 23
23

1  A  I don't remember.
2  Q  Do you recall if you spent some nights in
3  Brownsville or in Texas just prior to your son's birth?
4  A  No, I don't remember.
5  Q  Do you recall if you made any plans in advance
6  to be in Texas, knowing that your wife was going to
7  deliver on an approximate date?
8  A  No, I don't remember; I don't know.
9  Q  You were present when your son was born?
10  A  Yes.
11  Q  Did you assist in the delivery?
12  A  No.
13  Q  Were there any complications?
14  A  Well because I wanted to help.  No.
15  Q  The same day that your son was born is the
16  same day that you left the midwife?
17  A  I don't remember.
18  Q  Do you recall spending the night at the
19  midwife or your wife spending the night at the
20  midwife's?
21  A  I don't remember.
22  Q  Okay.  And when you left the midwife, did she
23  give you any documents or any kind of paperwork?
24  A  I don't remember.
25  Q  And then you went -- after your son was born

## PAGE 24
24

1  you eventually went back to your home in Mexico.  Is
2  that correct?
3  A  Yes.
4  Q  You were not living in the United States?
5  A  No.
6  Q  You, again, you went to Brownsville just for
7  the purpose of having your son born there.  Is that
8  correct?
9  A  Yes.
10  Q  Did you ever meet -- did you ever see the
11  midwife who helped deliver your son after the delivery?
12  A  No, not anymore.
13  Q  She did not assist with any postnatal care?
14  A  No.
15  Q  Did your son see any medical doctors for
16  postnatal care in the United States, if you remember?
17  A  I don't remember.  I took care of him.
18          MS. BRODYAGA:  I would ask whether he was
19  vaccinated.
20  Q  (BY A.U.S.A. BENAVIDES)  Did your son get any
21  vaccinations in the United States?
22  A  I think so.
23  Q  You don't remember?
24  A  Not me, because I work and my wife is the one
25  that takes him to get vaccinated.

## PAGE 25
25

1  Q  And that's okay.  If you don't remember, I'm
2  going to get a chance to ask your wife questions just
3  after you, so if you don't remember, you can just say,
4  "I don't remember."
5  A  Okay.
6  Q  Sometimes I might probe and see if you
7  remember a little bit or vaguely, but ultimately if you
8  don't remember, you don't remember.
9  A  Okay.
10          A.U.S.A. BENAVIDES:  Thank you.  I think
11  I'm going to take a little break right now.
12          MS. BRODYAGA:  No problem.
13          A.U.S.A. BENAVIDES:  Off the record.
14          (OFF THE RECORD AT 9:50 A.M.)
15          (ON THE RECORD AT 9:59 A.M.)
16  Q  (BY A.U.S.A. BENAVIDES)  Okay.  We're back on
17  the record, Doctor.
18          Between the time that your son was born
19  and your daughter was born, were you residing in
20  Mexico?
21  A  Yes.
22  Q  Were you living in the same place?
23  A  No.
24  Q  Tell me where you lived during that time.
25  A  Calle Novena, No. 240, Colonia Las Fuentes.

REPORTER: SANDRA K. DEARMIN
DIANA LEAL WEIBEL, C.S.R., P.O. Box 608, Mission, TX  78573
PH: 956/580-2778  Cell: 330-9180  Fax: 580-3148

# Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 26

26

1  Q  Where were you before then?
2  A  I don't remember the previous address.
3  Q  Can you -- can you repeat that address again?
4  A  Calle Tercera between Rio Alamo and
5  Purificacion in the city of Reynosa, Tamaulipas.
6  Q  Can you tell me where you lived between your
7  birth and the time your daughter Norma Alejandra was
8  born?
9      MS. BRODYAGA:  Wait.  We've already
10  gotten from '80, 1980.  Why don't you just ask him --
11  because otherwise -- why don't you say "Where did you
12  live when you were...?  I mean, do it in steps rather
13  than all at once if that's okay.
14      A.U.S.A. BENAVIDES:  Okay.
15      MS. BRODYAGA:  Find out where you --
16  where you were living when you were born and how long
17  did he live there instead of rather than go through all
18  at once.
19      A.U.S.A. BENAVIDES:  Okay.  Your attorney
20  is recommending that I rephrase it, and I gladly would
21  do so just to facilitate the question and the answer
22  process.
23  Q  (BY A.U.S.A. BENAVIDES)  What I'm going to try
24  to find out is where you lived between the day you were
25  born and the time that your daughter was born and some

PAGE 27

27

1  of those places you've already testified to.
2      But let me ask it first:  Where were you
3  living when you were born?
4  A  Me?
5  Q  Yes, sir.
6  A  In the city of Rio Bravo, Tamaulipas.
7  Q  And how long did you live there?
8  A  In Rio Bravo?
9  Q  Yes.
10  A  I don't know.
11  Q  Do you know where else you lived?
12  A  In Colonial Benito Flores in the city of
13  Reynosa, Tamaulipas.
14  Q  Growing up --
15  A  Before it was a Colonial El Banco.
16  Q  Is that where you grew up?
17  A  Yes.
18  Q  Where did you attend school?  Do you remember?
19  A  Lauro Aguirre -- Escuela Lauro Aguirre.
20  Q  Is that an elementary school or secondary
21  school?
22  A  Elementary.
23  Q  Where did you attend secondary?
24  A  at Jose De Escondon.
25  Q  And are those in the same city?

PAGE 28

28

1  A  In the same city, yes; but this is our colonia
2  in Reynosa.
3  Q  Okay.  After you graduated from secondary
4  school, what did you do?
5  A  I studied in high school.
6  Q  And was that in the same city?
7  A  Yes.
8  Q  Do you know what school?
9  A  The same one, Jose De Escondon.
10  Q  Do you know what year you graduated?
11  A  '74.
12  Q  What did you do after that?
13  A  I studied medicine at the School of Medicine
14  in Matamoros, Tamaulipas.
15  Q  How many years?
16  A  Four.
17  Q  What did you do after that?
18  A  My year of internship in '79 at the Reynosa
19  Isste.
20  Q  And you were still living in Reynosa?
21  A  Yes.
22  Q  When did you complete your internship?
23  A  In '79 -- the whole year of '79 -- the last
24  day in '79, and that's when I finish the internship and
25  then I started my social service.

PAGE 29

29

1  Q  What is your social service?
2  A  It's a service that one does for the
3  community.
4  Q  Were you doing that in Reynosa?
5  A  Yes.
6  Q  How long did you do that?
7  A  A year.
8  Q  From '79 to '80 or from '80 to '81?
9  A  From '80 -- the whole year of 1980.
10  Q  What did you do after that?
11  A  I worked as a doctor.
12  Q  Where?
13  A  At the Sagrado Corazon Pharmacy in Reynosa.
14  It's a private practice.
15  Q  How long did you do that?
16  A  About two and a half years, more or less.
17  Q  When your daughter was born, were you working
18  there?
19  A  My daughter?
20  Q  Yes.
21  A  No.
22  Q  Your son?
23  A  I don't remember.
24  Q  What did you do after that?
25  A  I worked at the Social Security.

REPORTER: SANDRA K. DEARMIN
DIANA LEAL WEIBEL, C.S.R., P.O. Box 608, Mission, TX  78573
PH:  956/580-2778   Cell:  330-9180   Fax:  580-3148

**Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06**
Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 30
30
1  Q  What kind of work is that?
2  A  Family doctor.
3  Q  Is that for the government?
4  A  It's a government institution, yes.
5  Q  And how long did you do that?
6  A  I don't remember.
7  Q  That's in Reynosa?
8  A  Reynosa.
9  Q  Do you know what you did after that?
10  A  My own private practice.
11  Q  Do you know what year that was?
12  A  Up to -- up to now.
13  Q  Do you know when you began?
14  A  '80... no, I don't remember.
15  Q  Was it before or after your daughter was born?
16  A  Where I am right now?
17  Q  Yes.
18  A  It was before.
19  Q  Is that a practice in Reynosa?
20  A  Yes.
21  Q  And you are currently working there now?
22  A  That's right.
23  Q  Do you go back and forth from Reynosa to your
24  home here?
25  A  Yes.

PAGE 31
31
1  Q  Do you have a practice in Texas?
2  A  No.
3  Q  Do you have a license in Texas?
4  A  No.
5  Q  When you were living in Reynosa growing up,
6  did you visit the United States?
7  A  Yes.
8  Q  Would you come frequently?
9  A  No.
10  Q  Do you remember when you first came to the
11  United States?
12  A  Well, no, I don't remember very well.  It was
13  before -- I don't remember.
14      MS. BRODYAGA:  (Sotto voce)
15      THE REPORTER:  I'm sorry, Ms. Brodyaga, I
16  didn't hear you.
17      MS. BRODYAGA:  No, this was just between
18  me -- off the record.
19  Q  (BY A.U.S.A. BENAVIDES)  Dr. Lopez, I'm going
20  to show you what are copies of crossing cards that were
21  provided by your attorney.  Do you recognize those?
22  A  Yes.
23  Q  Can you explain for the record what this is?
24  A  It's a card to cross between Mexico and the
25  United States.  It's a visa -- a local card as we call

PAGE 32
32
1  it.
2  Q  And the copy here has one for you and one for
3  your wife.  Is that correct?
4  A  Yes.
5  Q  Do you know whether these were at any point
6  revoked?
7  A  No.
8  Q  Do you still use these cards?
9  A  No.
10  Q  Do you know why?
11  A  Because we got the visa -- what do you call
12  it?  We got the visa, and they took this away from us.
13  Q  Okay.
14      A.U.S.A. BENAVIDES:  I'm going to
15  introduce this --
16  A  They gave us a new one.
17      A.U.S.A. BENAVIDES:  I'm going to
18  introduce this as Government Exhibit NO. 1.
19      (GOVERNMENT DEPOSITION EXHIBIT NO.
20      1 MARKED FOR IDENTIFICATION HEREIN)
21  Q  (BY A.U.S.A. BENAVIDES)  Where were you living
22  when your wife became pregnant with your daughter?
23  A  Calle Novena, No. 240, Colonia Las Fuentes.
24  Q  Is that in Reynosa?
25  A  Yes.

PAGE 33
33
1  Q  Do you have any family members in Texas?
2  A  Yes.
3  Q  Who?
4  A  My brother-in-law.
5  Q  What's his name?
6  A  Mario Anaya.  My sister.
7  Q  What's her name?
8  A  Nora Noemi Lopez.
9  Q  Where do they live?
10  A  My sister lives in Pharr.  She is married to
11  Jaime Ochoa.  I don't know the address, and I don't
12  remember.
13  Q  Is she a U.S. citizen?
14  A  Resident.
15  Q  Do you know whether your brother-in-law is a
16  U.S. citizen?
17  A  Resident also.
18  Q  When your wife was pregnant with your
19  daughter, how did you learn of the midwife who helped
20  assist with the delivery?
21  A  In my practice.
22  Q  Your private practice?
23  A  Yes.
24  Q  How so?
25  A  I don't remember.  I was in my office when

**Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06**
Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 34
34

1  there was a midwife in the colonia. I think it was a
2  midwife.
3    Q   You met a midwife there in -- in your office?
4    A   A relative of a midwife.
5    Q   And -- and that's the person that recommended
6  the midwife who helped deliver your daughter?
7    A   Yes, I think so.
8    Q   Do you remember the midwife's name?
9    A   She passed away already.
10   A   I don't remember.
11   Q   The records reflect that her name was Sylvia
12  Barrera. Does that ring a bell?
13   A   Yes.
14   Q   Do you know the name of the relative of Sylvia
15  Barrera that recommended her to you?
16   A   No. No, Sylvia Barrera does live. She lives,
17  and she was the one that was recommended to me.
18   Q   Who passed away?
19   A   The midwife who recommended me this other one
20  in Mexico.
21   Q   Okay. So there was a midwife in Mexico?
22   A   In Mexico, yes.
23   Q   That recommended you to Sylvia Barrera?
24   A   This other one, yes.
25   Q   Do you remember the name of the lady who

PAGE 35
35

1  recommended you to Sylvia Barrera?
2    A   I don't remember, but they called her Dona
3  Chole.
4    Q   Did you talk to anybody else regarding a
5  search for a midwife?
6    A   No.
7    Q   Okay. When did you first meet Sylvia Barrera?
8    A   I don't remember. I don't remember.
9    Q   Do you know where you met her?
10   A   We went to see her.
11   Q   Do you know where she worked or lived?
12   A   In San Juan. My wife and I went.
13   Q   And it was at her house?
14   A   Yes.
15   Q   And that's where your daughter was born?
16   A   Yes.
17   Q   Do you remember the address?
18   A   No.
19   Q   What happened in the first meeting you had
20  with her?
21   A   We just agreed about the care.
22   Q   What was the agreement you had?
23   A   Regarding the care for the delivery.
24   Q   Can you describe the specifics of the
25  agreement; for instance, how much she charged you, how

PAGE 36
36

1  many visits you were going to have, and so forth?
2    A   No, I don't remember.
3    Q   What was your impression of her when you met
4  her?
5    A   Good.
6    Q   You were satisfied?
7    A   Yes.
8    Q   What about the midwife that helped deliver
9  your son? Were you satisfied with the services that
10  midwife provided?
11   A   Yes.
12   Q   Were you satisfied with the care that Sylvia
13  Barrera provided with the delivery of your daughter?
14   A   Yes.
15   Q   After your first visit, when did you see the
16  midwife, Sylvia Barrera again?
17   A   Until the delivery, I believe.
18   Q   Do you know whether your wife had any visits
19  with her in the interim between the first visit and the
20  delivery?
21   A   No.
22   Q   No, you don't know; or no, she did not?
23   A   She did not have any visits.
24   Q   Do you remember where you and your wife were
25  on the day that your daughter was born prior to her

PAGE 37
37

1  delivery?
2    A   In Reynosa.
3    Q   At your home?
4    A   Yes.
5    Q   Did your wife, again, have any pains at that
6  time?
7    A   At dusk.
8    Q   Did you go at that point to go see the midwife
9  here in Texas?
10   A   We crossed to see her.
11   Q   Okay. And you had crossing cards at the time?
12   A   Yes.
13   Q   Were they these here, or were they others?
14   A   I don't remember, but it was -- I don't
15  remember.
16   Q   Okay. Tell me about that day that your
17  daughter was born when you realized she was going to
18  have the baby and how you got to the midwife.
19   A   We crossed and I checked her in Mexico. She
20  started with the pains, and we crossed. We got to her.
21  And she was there with the pains until she delivered.
22   Q   Did you contact the midwife that you were
23  heading over there before you went there?
24   A   No, we came.
25   Q   And when you got there, she was there?

**Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06**

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division

Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

---

PAGE 38

38

```
1    A   Yes.
2    Q   Okay.  Who was present during the delivery?
3    A   She and I.
4    Q   Anybody else?
5    A   No.  I don't remember, I mean.
6    Q   You didn't have any friends or relatives that
7    were present?
8    A   No.
9    Q   Do you know of any of your relatives or
10   friends who knew about Sylvia Barrera, the midwife?
11   A   No.
12   Q   And what I mean --
13   A   No.
14   Q   The question is:  Did any of relatives or
15   friends know that you were going to -- that you and
16   your wife were going to use a midwife so that your
17   daughter could be born here in Texas?
18   A   No, I don't remember.
19   Q   What about the relatives you mentioned?  Do
20   you know if your brother-in-law Mario Anaya --
21   A   His wife knew.
22   Q   What's his wife's name?
23   A   Nelda Anaya.
24   Q   She knew that your wife was going to have
25   Sylvia Barrera assist her?
```

PAGE 39

39

```
1    A   I don't know.  I don't remember.
2    Q   Okay.
3        MS. BRODYAGA:  You used a name there, so
4    you might make that more general... (sotto voce)
5    Q   (BY A.U.S.A. BENAVIDES)  Do you know if
6    whether Nelda Anaya or her husband knew that your wife
7    was going to use a midwife to assist her in the
8    delivery?
9    A   I don't remember.
10   Q   Okay.  Did you have any kind of conversations
11   that you remember with any of your other relatives,
12   maybe your sister, letting them know that your wife was
13   going to have a midwife help her so that your daughter
14   could be born here in the United States?
15   A   No, I don't remember.
16   Q   On the day that your daughter was born, do you
17   remember if you contacted any of your relatives or
18   friends to advise them that she was born?
19   A   I don't remember.
20       MS. BRODYAGA:  The way that was
21   translated, it was translated as "called" rather than
22   contacted; so just -- just so you know that that --
23   there's a difference.  You might ask what happened with
24   the son -- you might get --
25       A.U.S.A. BENAVIDES:  Okay.
```

PAGE 40

40

```
1    Q   (BY A.U.S.A. BENAVIDES)  Was your son present
2    there when your daughter was born?
3    A   No.
4    Q   Where was he?
5    A   We left him with my brother-in-law.
6    Q   Mario Anaya?
7    A   Maria Anaya and Nelda.
8    Q   Where?
9    A   Here in McAllen.
10   Q   And when did you do that?
11   A   In the morning.
12   Q   Before the delivery?
13   A   Yes.
14   Q   Okay.  Did you talk to your brother-in-law
15   when you dropped off your son to let him know where you
16   were going and what was happening?
17   A   No, not with him.
18   Q   With anyone?
19   A   It must have been with my sister-in-law, but I
20   don't remember.
21   Q   Okay.  That's fine.  When you arrived there
22   with the midwife, were there any other women who were
23   going to deliver that day?
24   A   I don't remember, but no.  At least not where
25   we were.
```

PAGE 41

41

```
1    Q   Do you know if the midwife, Sylvia Barrera,
2    had an assistant or anyone helping her?
3    A   No, I don't know.
4    Q   Do you know if she was married?
5    A   I don't know.
6    Q   You never saw anyone there?
7    A   No.
8    Q   Okay.  How long was your wife there at the
9    midwife's in labor and during delivery?
10   A   We arrived.  She gave birth around 10:00 or
11   11:00 -- around four hours.
12   Q   Did you leave the same day?
13   A   Yes.
14   Q   Did you return to Reynosa?
15   A   We went back to Reynosa.
16   Q   On the same day?
17   A   Yes.
18   Q   Did your -- did you discuss with the midwife
19   after the delivery about her birth certificate?
20   A   I don't remember.
21   Q   When did you obtain a copy of her birth
22   certificate?
23   A   I came afterwards.
24   Q   Do you know when?
25   A   I don't remember.
```

---

**REPORTER:  SANDRA K. DEARMIN**

**DIANA LEAL WEIBEL, C.S.R., P.O. Box 608, Mission, TX  78573**

PH: 956/580-2778   Cell:  330-9180   Fax:  580-3148

## Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division

Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

---

PAGE 42

42

1  Q  Where did you go?
2  A  To the City Hall.
3  Q  And you requested a copy, and it was there?
4  A  Yes, they gave -- gave it to me.
5  Q  Okay. Can you tell me, just for the record,
6  the reason why you decided to have your daughter born
7  in the United States with a midwife?
8  A  Because I was going through a midwife, my wife
9  too, my son too.
10  Q  Why did you choose to have her born in Texas?
11  A  To give her more guarantees for her to live in
12  a country that I admire.
13  Q  The same reason why you had your son delivered
14  in the United States?
15  A  That's right.
16  Q  Okay. When your daughter was born, you were
17  already a licensed medical doctor. Is that correct?
18  A  In Mexico, yes.
19  Q  Why didn't you deliver your daughter in the
20  United States? Why didn't you deliver your daughter?
21  A  Because I don't have a license.
22  Q  You couldn't deliver your daughter in the
23  United States as a father or a husband?
24  A  No. I don't know, but I don't think so.
25  Q  Was it your understanding that you could not?

---

PAGE 43

43

1  A  Exactly, I couldn't.
2  Q  Where you able to? Did you have the knowledge
3  and ability to deliver babies?
4  A  Yes, of course; I'm a medical doctor, a
5  surgeon, a midwife. And the idea was that in case
6  there was a complication, there was the hospital.
7  Q  Okay.
8      MS. BRODYAGA: And I think he added, then
9  I could take her to the hospital."
10     THE INTERPRETER: Then I could take her
11  to the hospital, yes.
12  Q  (BY A.U.S.A. BENAVIDES) Why didn't you go to
13  the hospital in the first place?
14  A  Because of ignorances and sometimes -- at that
15  time -- if -- if I had had the opportunity -- if -- if
16  that same situation presented today, I would take her
17  to the hospital. But as I said -- I was -- my son was
18  born through a midwife. I'm going to be present in
19  case there's any problems. There should be no
20  problems.
21  Q  Okay. Did your daughter grow up in Reynosa?
22  A  The first years, yes.
23  Q  When did -- how old was she when you first
24  moved to the United States to live?
25  A  We have been living here for a year.

---

PAGE 44

44

1  Q  How old is your daughter?
2  A  Presently?
3  Q  Yes, sir.
4  A  16.
5  Q  Would you say she was 15 when you moved to the
6  United States?
7  A  Yes.
8      MS. BRODYAGA: You're talking about when
9  he and his wife moved to the United States, right?
10     A.U.S.A. BENAVIDES: Yes.
11  A  A year ago, January of last year. She turned
12  16 -- she turned 16 on May 18.
13  Q  (BY A.U.S.A. BENAVIDES) How long has your
14  daughter been living in the United States?
15  A  The last questions, we have legally been here
16  since for a year, but before that we would not cross
17  back and forth. Four years, more or less.
18  Q  Four years?
19  A  Yes, more or less.
20  Q  She was maybe 12?
21  A  But legally we have been here for about a
22  year since we applied for residence.
23  Q  Would you say your daughter was about 12 when
24  you decided to come back and forth from Mexico to the
25  United States?

---

PAGE 45

45

1  A  More or less, yes.
2  Q  About four years ago?
3  A  More or less, yes. No? I don't remember
4  exactly.
5  Q  Okay. Why did you decide to come back and
6  forth between Reynosa and Mexico? I'm sorry -- between
7  Reynosa and Texas?
8  A  Because my work is over there.
9  Q  And what was over there?
10  A  I would come to see them.
11  Q  And why were they here?
12  A  My son, to study; and my daughter, to study.
13  Q  Okay. So you had them living here so that
14  they could go to school?
15  A  That's right.
16  Q  When did your daughter first start attending
17  schools in the United States?
18  A  In St. John's she was -- she was to -- I don't
19  remember exactly. It was elementary. Then it was her
20  junior high -- secondary.
21  Q  Do you recall how old she was?
22      MS. BRODYAGA: In what year? When she
23  started school here?
24      A.U.S.A. BENAVIDES: (Moving head up and
25  down)

---

**REPORTER: SANDRA K. DEARMIN**
**DIANA LEAL WEIBEL, C.S.R., P.O. Box 608, Mission, TX 78573**
PH: 956/580-2778  Cell: 330-9180  Fax: 580-3148

**Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06**
Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 46
46

1    A  When she went to elementary? I don't
2  remember.
3    Q  (BY A.U.S.A. BENAVIDES) But your daughter did
4  attend school in Reynosa for a little while -- for a
5  few years?
6    A  Yes, I think so.
7    Q  Okay. And during the time that your daughter
8  was attending school in the United States, was she
9  living in the United States? -- up until now?
10    A  Not in elementary. We went back and forth.
11  we would bring her and take her back.
12    Q  Okay. Did you have a place, a home or
13  residence or apartment, here in the United States?
14    A  Yes.
15    Q  When?
16    A  Plantation -- I don't remember exactly.
17        MS. BRODYAGA: (Speaking Spanish -
18  untranslated)
19    A  I don't remember exactly -- not the address.
20    Q  (BY A.U.S.A. BENAVIDES) But when your
21  daughter was attending school here in the United States
22  and before you moved here a year ago, you had a place
23  that you would rent?
24    A  Yes.
25    Q  Where do you currently live?

PAGE 47
47

1    A  308 Rio Grande, Mission.
2    Q  And you have been there for a year?
3    A  That's right. Well, it's been two months in
4  December. January or February -- two months.
5    Q  You got a -- was that a house?
6    A  Yes.
7    Q  Do you plan to permanently live in the United
8  States now?
9    A  Yes.
10    Q  Where does your daughter go to school now?
11    A  Sharyland.
12    Q  High School?
13    A  High School. She's going to be a doctor.
14    Q  Very good.
15    A  God willing.
16    Q  Do you know whether your daughter saw the
17  midwife after she was born for any postnatal care?
18    A  She didn't see her.
19    Q  Do you know if she saw any physician here in
20  the United States for postnatal care?
21    A  No.
22    Q  Were you treating her postnatally?
23    A  I did.
24    Q  Okay. She received vaccinations here, though,
25  in the United States. Is that correct?

PAGE 48
48

1    A  Yes.
2    Q  When you learned of the midwife, Sylvia
3  Barrera, did you know her reputation?
4    A  No.
5    Q  When you met her for the first time, did you
6  know that she had problems with filing false birth
7  certificates in the United States?
8    A  No.
9    Q  Have you heard of that being done in general
10  by midwives?
11    A  No.
12    Q  Do you know of any other midwives that -- that
13  may do that?
14    A  No.
15    Q  You've never heard by reputation from people
16  who know midwives that that is sometimes -- that that
17  may be done by midwives in order to have false birth
18  certificates here in the United States?
19    A  No.
20    Q  That's not something that's commonly known in
21  the medical profession in Reynosa about occurrences
22  like that?
23    A  No.
24    Q  When did you first learn that Sylvia Barrera
25  had been in some kind of trouble regarding false birth

PAGE 49
49

1  certificates?
2    A  When we went to get our daughter's passport.
3    Q  Do you know when that was?
4    A  I don't remember.
5    Q  Why did you want to get a passport?
6    A  We wanted to get out of the country.
7    Q  Anywhere specifically?
8    A  Europe.
9    Q  And how did you learn what happened?
10    A  They told us there. My wife was the one who
11  went to get it.
12    Q  After the midwife -- after your daughter was
13  born, did you ever see or contact the midwife, Sylvia
14  Barrera?
15    A  No.
16    Q  Did you ever go visit the midwife after you
17  learned that she had had some problems regarding false
18  birth certificates?
19    A  No.
20    Q  Do you know if your wife did?
21    A  Yes.
22    Q  She did go?
23    A  She did.
24    Q  When did she?
25    A  I mean, when we found out when she requested

**Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06**
Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 50

50

1   the passport, I think she did go, but I'm not sure.
2   Q   Okay.
3         A.U.S.A. BENAVIDES:  Could I just take a
4   brief moment off the record just to make sure I don't
5   have any other questions.
6         (OFF THE RECORD AT 10:55 A.M.)
7         (ON THE RECORD AT 11:07 A.M.)
8   Q   (BY A.U.S.A. BENAVIDES)  Doctor, we're back on
9   the record.  I just have a few more questions to ask
10  you and then we'll be done.
11        I'm going to show you this (indicating).
12  Do you recognize that?
13  **A   That's my daughter's birth certificate.**
14  Q   Okay.  Do you recall that you signed this?
15  **A   Yes.  There is my signature (indicating).**
16  Q   Do you remember when you signed this?
17  **A   I don't remember.**
18  Q   Do you remember if the midwife presented this
19  to you?
20  **A   No, I don't remember.**
21        MS. BRODYAGA:  May I see it too?
22        A.U.S.A. BENAVIDES:  Yes, of course.
23  Q   (BY A.U.S.A. BENAVIDES)  Underneath your
24  signature, I believe, it's an address.  Do you
25  recognize that?

PAGE 51

51

1   **A   No, I don't know.  I don't remember.**
2   Q   Do you recall if there was some kind of an
3   arrangement between you and your wife and the midwife
4   with regards to this birth certificate?
5   **A   No, I don't remember.**
6   Q   Do you know if she charged you separately for
7   filing her birth records?
8   **A   I don't remember, but I don't think so.**
9   Q   Do you remember when she signed her signature?
10  **A   I don't remember.**
11  Q   But you saw her signature here on the birth
12  certificate?
13  **A   No, I don't remember.**
14  Q   I'll show you there (indicating).  It says
15  Sylvia Barrera, and it's signed Sylvia Barrera?
16  **A   I saw it, yes.**
17  Q   And that's the midwife, correct?
18  **A   Yes, Sylvia Barrera.**
19  Q   You don't remember if you both signed it at
20  the same time?
21  **A   No, I don't remember.**
22  Q   Okay.  Do you remember how you paid the
23  midwife -- if you paid her in cash or by check?
24  **A   Cash.**
25  Q   Okay.  But you don't recall the amount.  Is

PAGE 52

52

1   that correct?
2   **A   No, I don't remember.**
3   Q   Do you know why she was the one who registered
4   the record of birth?
5   **A   No, I don't know.**
6   Q   When the -- when your daughter's birth was
7   registered or recorded, were you present?
8   **A   When the delivery or when we went to the**
9   **registry?**
10  Q   No, the registry.
11  **A   No, I don't think so.  I don't remember.**
12        A.U.S.A. BENAVIDES:  Let me pull that out
13  again.  I didn't make a copy of that.
14  Q   Here in the birth certificate area is a -- it
15  provides the mother's mailing address.
16        That is your wife's mailing address.  Do
17  you recognize it?
18  **A   No.**
19  Q   The mailing address is Route 1, Box 280 52 CP,
20  San Juan.  You don't recognize that?
21  **A   No.**
22  Q   Do you know where that address came from?
23  **A   No, I don't know.**
24  Q   Did you ever receive any kind of
25  correspondence from the State of Texas regarding your

PAGE 53

53

1   daughter's birth records?
2   **A   No, I don't remember.**
3   Q   Does your daughter have a Social Security
4   number?
5   **A   Yes.**
6   Q   How long has she had it?
7   **A   Her whole life -- always.**
8   Q   Do you know if she received a Social Security
9   card?
10  **A   A card?  I don't know.  A card -- the Social**
11  **Security number?**
12  Q   Yes, a card reflecting her Social Security
13  number?
14  **A   Yes.**
15  Q   Okay.  Where did she receive it, do you know?
16  **A   No, I don't know.**
17  Q   Okay.  Did you ever request that the State of
18  Texas re-issue your daughter's birth certificate?
19  **A   No, I didn't.**
20  Q   Do you know if your wife did?
21  **A   I don't know.**
22  Q   Do you know anyone other than you and your
23  wife who can verify that your daughter was born through
24  the assistance of a midwife in the United States?
25  **A   No, I don't remember.**

**Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06**
Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 54

54

1    GOVERNMENT DEPOSITION EXHIBIT NO.
2    2 MARKED FOR IDENTIFICATION HEREIN.
3    Q   I'm going to show you a document I've marked
4  as Government Exhibit NO. 2. Do you recognize that?
5    A   Yes.
6    Q   What is it?
7    A   It's a birth certificate.
8    Q   Your daughter's birth certificate?
9    A   Yes.
10   Q   And it's a birth certificate in Mexico?
11   A   Mexico.
12   Q   Does the information in there seem correct as
13  to the way you registered her in Mexico?
14   A   It's incorrect. To me, it's incorrect.
15   Q   How is it incorrect?
16   A   Because she wasn't born on this date. I mean,
17  she wasn't born at that time.
18   Q   What does it indicate there?
19   A   Date of birth, time of birth.
20   Q   And what does it reflect as the date of birth
21  and time of birth?
22   A   The date is correct. The time of birth, not.
23   Q   What does the time of birth reflect?
24   A   12 hours.
25   Q   And what time is that in the United States?

PAGE 55

55

1    A   12:00.
2    Q   12 o'clock, okay.
3        MS. BRODYAGA: Ask if it's midday or
4  midnight.
5    Q   (BY A.U.S.A. BENAVIDES) 12:00 midday?
6    A   Midday.
7    Q   Okay. Is there any other information in there
8  that is incorrect?
9    A   No.
10   Q   Why did you have this done for your daughter?
11   A   Because I want her to study the first years in
12  Mexico to give her the guarantees in Mexico and to
13  offer her whatever she would choose.
14   Q   If your daughter did not have a Mexican Birth
15  Certificate, would she be prohibited from attending
16  school in Mexico?
17   A   I don't think so, but she is given more
18  requirements.
19   Q   What sort of requirements?
20   A   It's more expensive, they charged her -- if
21  she had chosen to study in Mexico as an American
22  citizen, they charge her more.
23   Q   Is she still registered as a citizen of Mexico
24  in Mexico?
25   A   Yes.

PAGE 56

56

1    Q   You haven't changed that. Is that correct?
2    A   I want to change it.
3    Q   And why haven't you?
4    A   Well, because, really, we leave it up to God,
5  what ever He wills. If she were to choose to study at
6  the technologico in Monterrey or somewhere else, I want
7  to do it.
8    Q   But it is your testimony here today, Dr.
9  Lopez, that she was not born in Mexico. Is that
10  correct?
11   A   That's correct.
12   Q   And you agree with me that it would be
13  misleading to continue to mislead Mexico that she was
14  born in Mexico. Would you agree with that?
15   A   Up to now, yes; but I want to clarify it. I
16  want to go to the consulate to tell them that she was
17  not born in Mexico.
18   Q   Okay. And how would you go about doing that?
19  Do you know?
20   A   No, I don't know; but I'm going to get some
21  informations. In fact, I'm going to get some
22  information.
23       A.U.S.A. BENAVIDES: I'd like to
24  introduce this as Government Exhibit NO. 2.
25   Q   (BY A.U.S.A. BENAVIDES) When your daughter

PAGE 57

57

1  was born and you crossed the border, do you know if you
2  presented a border crossing card at the border?
3    A   Yes.
4    Q   Do you know if these were the ones?
5    A   I don't remember, but it must have been.
6    Q   And "these," I'm referring to what I've
7  introduced as a copy of Government Exhibit NO. 1.
8    A   Yes.
9    Q   You think that you might have had those
10  particular crossing cards?
11   A   Yes.
12   Q   Have you ever been denied a crossing card?
13   A   No.
14   Q   And you currently have a visa instead of a
15  crossing card. Is that correct?
16   A   That's right. I have a permit issued by the
17  government.
18   Q   You don't happen to remember what vehicle you
19  were driving the day that you crossed to have your
20  daughter delivered?
21   A   I don't remember.
22   Q   You wouldn't happen to have any records
23  anywhere of ownership of a vehicle that you might have
24  had at the time?
25   A   No.

**Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06**
Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 58

58

1    Q    You don't currently have that -- a vehicle
2    that you owned at that time, do you?
3    A    No.
4            GOVERNMENT DEPOSITION EXHIBIT NO.
5        3 MARKED FOR IDENTIFICATION HEREIN.
6    Q    Let me show you what I've marked as Government
7    Exhibit NO. 3. Do you recognize this?
8    A    Yes, it's a copy of my wife's birth
9    certificate.
10   Q    Does that seem to be an accurate and correct
11   copy of that?
12   A    Yes.
13   Q    And where does it indicate she was born?
14   A    Santander Jimenez, Tamaulipas.
15   Q    Okay. And that is correct?
16   A    I'm not 100 percent sure.
17   Q    That -- that's okay.
18           A.U.S.A. BENAVIDES: I would like to
19   introduce Exhibit NO. 3.
20           (GOVERNMENT DEPOSITION EXHIBIT NO.
21       4 MARKED FOR IDENTIFICATION HEREIN)
22   Q    (BY A.U.S.A. BENAVIDES) I'm going to show you
23   what I've marked as Government Exhibit NO. 4. Do you
24   recognize it?
25   A    Yes, it's a copy of my birth certificate.

PAGE 59

59

1    Q    And does that seem to be an accurate and
2    correct copy?
3    A    Exactly.
4    Q    The information there is correct?
5    A    Yes.
6    Q    Okay.
7            A.U.S.A. BENAVIDES: I'm going to
8    introduce that as Exhibit NO. 4.
9            (GOVERNMENT DEPOSITION EXHIBIT NO.
10       5 MARKED FOR IDENTIFICATION HEREIN)
11   Q    I'm going to show you what I've marked as
12   Government Exhibit NO. 5. Do you recognize that, Dr.
13   Lopez?
14   A    Yes, it's a copy of the original birth
15   certificate.
16   Q    Of who?
17   A    My daughter's.
18           MS. BRODYAGA: It's the same as this
19   except it's on a different form (indicating). They
20   used different forms at different times when they copy
21   the information on it.
22           A.U.S.A. BENAVIDES: Okay. I'll
23   introduce Government Exhibit NO. 5 as well.
24           (GOVERNMENT DEPOSITION EXHIBIT NO.
25       6 MARKED FOR IDENTIFICATION HEREIN)

PAGE 60

60

1    Q    (BY A.U.S.A. BENAVIDES) I'm going to show you
2    what I've marked as Exhibit NO. 6. Do you recognize
3    that?
4    A    That's right.
5    Q    What is it, sir?
6    A    The degree as a medical doctor.
7    Q    Is that your medical degree?
8    A    That's right.
9    Q    And the information contained in there just
10   says that you received a medical degree where and when?
11   A    On August 23, 1980 at the School of Medicine
12   in Matamoros, Tamaulipas.
13           A.U.S.A. BENAVIDES: Okay. I'll
14   introduce Government Exhibit NO. 6.
15           (GOVERNMENT DEPOSITION EXHIBIT NO.
16       7 MARKED FOR IDENTIFICATION HEREIN)
17   Q    (BY A.U.S.A. BENAVIDES) I'm going to show you
18   two pages that I have grouped together as Government
19   Exhibit NO. 7. Do you recognize that?
20   A    That's right.
21   Q    What do you recognize that to be?
22   A    It's a certificate as an assistant --
23   certificate that I assisted deliveries in Mexico.
24   Q    Both pages?
25   A    It's the same.

PAGE 61

61

1    Q    They're copies of the same?
2    A    Yes.
3            A.U.S.A. BENAVIDES: Okay. I'll
4    introduce Government Exhibit NO. 7.
5            MS. BRODYAGA: It's two copies of the
6    same thing.
7            A.U.S.A. BENAVIDES: Okay.
8            MS. BRODYAGA: I think there were two
9    different ones, and you probably got those two together
10   somehow.
11           A.U.S.A. BENAVIDES: Okay.
12           (GOVERNMENT DEPOSITION EXHIBIT NO.
13       8 MARKED FOR IDENTIFICATION HEREIN)
14   Q    (BY A.U.S.A. BENAVIDES) I'm going to show you
15   what I've marked as Government Exhibit NO. 8, Dr.
16   Lopez. Do you recognize that?
17   A    Yes.
18   Q    What do you recognize it to be?
19   A    It's a copy of the title.
20   Q    Title to what, sir?
21   A    Our property in Reynosa.
22   Q    What property do you have in Mexico?
23   A    Calle Novena, No. 240, Colonia Las Fuentes.
24   Q    Is that a house?
25   A    It's a house.

**Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06**

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division

Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

PAGE 62
                                                                          62

1    Q   And that's all that is?
2    A   Yes, the lot and the house.
3    Q   But the document, that's all it is, reflecting
4    ownership?
5    A   Yes, it's a copy of the lot where the house is
6    located.
7    Q   Thank you.
8          A.U.S.A. BENAVIDES:  I'll introduce that
9    as Government Exhibit NO. 8.
10   Q   Dr. Lopez, do you know whether if in Mexico
11   your children can attain Mexican citizenship by the
12   simple virtue of you being born and having citizenship
13   in Mexico?
14   A   Just because -- well, I know there's double
15   citizenship now.
16   Q   Well, for instance, if your daughter was born
17   in the United States, can she have citizenship in
18   Mexico as well because you have citizenship in Mexico?
19   A   I don't know.
20         A.U.S.A. BENAVIDES:  Okay.  I don't have
21   any further questions for you, Doctor.  Thank you for
22   your time.
23   A   Thank you.
24         MS. BRODYAGA:  I have a couple of
25   questions.

PAGE 63
                                                                          63

1          A.U.S.A. BENAVIDES:  Yes.
2          MS. BRODYAGA:  If you don't mind.
3          A.U.S.A. BENAVIDES:  Not at all --
4    please.
5          E X A M I N A T I O N
6    BY MS. BRODYAGA:  (11:33 AM)
7    Q   I have a couple of questions.  I'm showing you
8    now a copy of your local crossing card, and it has a
9    corner cut out, and part of what's cut out is the date,
10   or the end of the date.
11         Can you tell, either from looking at your
12   picture or from what you can see of that date, about
13   how old you were when you got this? -- approximately?
14   A   Approximately, about 12 years of age.  12
15   years of age.
16   Q   Okay and at some time, did you get a different
17   kind of visa?
18   A   Yes.
19   Q   Have you ever heard of a laser visa?
20   A   Yes.
21   Q   Is that the other kind of visa that you got?
22   A   That's right.
23   Q   And do you remember when this cut was made and
24   who cut it?
25   A   At the consulate in Matamoros.

PAGE 64
                                                                          64

1    Q   And when was that?  Do you remember?
2    A   The Immigration Department, but I don't
3    remember.
4    Q   Was that --
5    A   I don't remember the date.
6    Q   Was that related to your getting a laser visa?
7    A   That's right.
8    Q   And what -- do you still have your laser visa?
9    A   No.
10   Q   Where did that go?
11   A   They picked it up at immigration when they
12   gave me the present permit I have.
13   Q   And the present permit you have, do you have
14   that down in your truck?
15   A   That's right.
16   Q   So later on, you can bring that up and show it
17   to them?
18   A   Of course.
19   Q   And after you got this local crossing card,
20   was there ever a time between that and when your
21   daughter was born that you did not have a crossing
22   card, or did you have it all the time from when you
23   first got it to the birth of your daughter?
24   A   I always had it with me.
25   Q   Now, going back to what the government has

PAGE 65
                                                                          65

1    here as Exhibit 5, which is your daughter's birth
2    certificate, it says here -- does it say here where she
3    was born?
4    A   Yes, Reynosa, Tamaulipas, it -- it says it
5    there.
6    Q   Is that correct?
7    A   Incorrect.
8    Q   Now, you mentioned that when you came over for
9    the birth of your daughter, that you left your son
10   with someone.  Who was that again that you left your son
11   with?
12   A   With my sister-in-law and my brother-in-law.
13   Q   And at what time did you -- or when did you
14   get your son back?
15   A   In the afternoon.
16   Q   The same day?
17   A   The same day.
18   Q   Did they see your daughter at that time?
19   A   Yes.
20   Q   And when you left your son, do you remember if
21   they saw your wife?
22   A   I don't remember.
23         MS. BRODYAGA:  Nothing further.
24         A.U.S.A. BENAVIDES:  I don't have
25   anything further.  Thank you, Doctor, for your time.

**Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto – 03/02/06**
Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division
Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

---

PAGE 66

66

THE WITNESS: Okay. Thank you.

* * *

(PROCEEDINGS CONCLUDED AT 11:39 A.M.)

* * *

---

PAGE 68

68

MS. LISA S. BRODYAGA
ATTORNEY AT LAW
17891 LANDRUM PARK ROAD
SAN BENITO, TEXAS 78586
Attorney for Petitioner;

MR. RENE BENAVIDES
ASSISTANT UNITED STATES ATTORNEY
1701 W. HIGHWAY 83, STE. 600
McALLEN, TX 78501
Attorney for Respondents.

That a certified copy of this deposition was sent for

delivery to the custodial attorney herein, Mr. Rene

Benavides, on the _____ day of March, 2006;

That a copy of my certificate was sent to all parties

on the _____ day of March, 2006.

That $____ ___ is the deposition officer's charges

to the Respondents for preparing the original deposition

transcript and any copies of exhibits;

CERTIFIED TO, this _____ day of March, 2006.


_____
SANDRA K. DEARMIN
Certified Shorthand Reporter
The State of Texas
License No. 6131 / 12-31-07

---

PAGE 67

67

THE STATE OF TEXAS    •    CIVIL ACTION NO. B-04-089
                      •    U.S. DISTRICT COURT
                      •    SOUTHERN DISTRICT OF TEXAS
COUNTY OF CAMERON     •    BROWNSVILLE DIVISION

COURT REPORTER'S CERTIFICATE
DEPOSITION OF DR. JUAN NOE LOPEZ-SOTO
MARCH 2, 2006

I, SANDRA K. DEARMIN, a Certified Shorthand Reporter

and Notary Public in and for the State of Texas, do hereby

certify that the foregoing deposition transcript is a true

record of the testimony given by the witness hereinbefore

named, reported by me by oral stenography, the said witness

having been first duly cautioned and sworn or affirmed by

me.

I further certify that I am neither attorney nor

counsel for, related to, nor employed by any of the parties

to the action in which this testimony was taken. Further, I

am not a relative or employee of any attorney of record in

this cause, nor do I have a financial interest in the

action;

That the original deposition herein was sent for

delivery to the Counsel for witness, MS. LISA S. BRODYAGA,

for signature, on the _____ day of March, 2006, to be

returned directly to the court reporter herein, SANDRA K.

DEARMIN, c/o DIANA WEIBEL, P. O. BOX 608, Mission, Tx.

78573, within thirty (30) days thereafter;

That pursuant to information given to the deposition

officer at the time said testimony was taken, the following

includes all parties of record:

---

PAGE 69

69

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NORMA ALEJANDRA LOPEZ    •
VS.                       •   CIVIL ACTION NO. B-04-089
HON. COLIN POWELL, ET AL.  •

COURT REPORTER'S RETURN CERTIFICATE
RE: MARCH 2, 2006 DEPOSITION OF DR. JUAN NOE LOPEZ-SOTO

I, DIANA LEAL WEIBEL, a Certified Shorthand

Reporter and Notary Public in and for the State of Texas, do

hereby certify that the original deposition _____

returned to the deposition officer on _____;

If returned, the attached Changes and Signature

page contains any changes and the reasons therefor;

If returned, the original deposition was delivered

to the custodial attorney, Mr. Rene Benavides, Assistant

United States Attorney, 1701 W. Highway 83, Ste. 600,

McAllen, TX 78501, together with original return

certificate;

That $_____ is the deposition officer's charges

to the Respondents for preparing the original deposition

transcript and any copies of exhibits;

That the deposition was taken in

accordance with the Federal Rules of Civil Procedure, and

that a copy of this certificate was served on all parties

shown herein.

Certified to by me this _____ day of _____,

2006.


_____
DIANA LEAL WEIBEL
Certified Shorthand Reporter
The State of Texas
License No. 4192 / 12-31-07
P. O. BOX 608, MISSION, TX 78573
PH. (956) 580-2778 / FAX 580-3148

---

**Condensed Transcript of Depo of Dr. Juan Noe Lopez-Soto - 03/02/06**

Civil Action No. B-04-089 / U.S. District Court / SD/TX-Brownsville Division

Norma Alejandra Lopez v. Hon. Colin Powell, Et Al

---

PAGE 70

70

I, DR. JUAN NOE LOPEZ-SOTO, HEREBY ACKNOWLEDGE THAT I HAVE
CAREFULLY READ THE FOREGOING TRANSCRIPT AND HEREBY SUBMIT ANY
CHANGES, CORRECTIONS OR ADDITIONS THERETO; AND THE ANSWERS SET
FORTH, TOGETHER WITH ANY CHANGES LISTED, AND THE REASON GIVEN
FOR SUCH CHANGES, ARE MY ANSWERS.

The reasons for changes are as follows:
(1) To clarify the record;
(2) To conform to the facts
(3) To correct a transcription error; or
(4) Other. (Please list explanation on back of page.)

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ:_____

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ:_____

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ:_____

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ:_____

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ:_____

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ:_____

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ:_____

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ:_____

PAGE NUMBER _____ LINE NUMBER _____ REASON FOR CHANGE _____

SHOULD READ:_____

---

PAGE 72

72

THE STATE OF TEXAS          •    CIVIL ACTION NO. B-04-089
                            •       U.S. DISTRICT COURT
COUNTY OF CAMERON           •       SOUTHERN DISTRICT OF TEXAS
                            •    BROWNSVILLE DIVISION


        I, SANDRA K. DEARMIN, a Certified Shorthand Reporter and

Notary Public in and for the State of Texas, do hereby certify

that the foregoing copy of the deposition of DR. JUAN NOE

LOPEZ-SOTO, reported in the foregoing numbered and styled

cause by me, is a true and correct copy of the original

deposition herein as duly certified and delivered.

        CERTIFIED TO, this the _____ day of March, A.D.,

2006.



                        _____
                        SANDRA K. DEARMIN
                        Certified Shorthand Reporter
                        The State of Texas
                        License No. 6131 / 12-31-07

---

PAGE 71

71

THE STATE OF TEXAS          •    CIVIL ACTION NO. B-04-089
                            •       U.S. DISTRICT COURT
COUNTY OF CAMERON           •       SOUTHERN DISTRICT OF TEXAS
                            •    BROWNSVILLE DIVISION



        I HEREBY ACKNOWLEDGE that I have read the foregoing

deposition, and that this deposition, together with any

corrections, changes or additions to my answers, is a true and

correct record of my testimony given at this deposition.




                        _____
                        DR. JUAN NOE LOPEZ-SOTO




        SUBSCRIBED AND SWORN to before me, the undersigned Notary

Public in and for the State of Texas, on this the _____

day of _____, A.D., 2006, to certify which,

witness my hand and seal of office.




                        _____
                        Notary Public in and for
                        The State of Texas

---

70

I, **DR. JUAN NOE LOPEZ-SOTO**, HEREBY ACKNOWLEDGE THAT I HAVE
CAREFULLY READ THE FOREGOING TRANSCRIPT AND HEREBY SUBMIT ANY
CHANGES, CORRECTIONS OR ADDITIONS THERETO; AND THE ANSWERS SET
FORTH, TOGETHER WITH ANY CHANGES LISTED, AND THE REASON GIVEN
FOR SUCH CHANGES, ARE MY ANSWERS.
================================================================
The reasons for changes are as follows:
(1)   To clarify the record;
(2)   To conform to the facts
(3)   To correct a transcription error; or
(4)   Other. (Please list explanation on back of page.)
================================================================

PAGE NUMBER _____   LINE NUMBER _____   REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _44_   LINE NUMBER _16_   REASON FOR CHANGE _3_

SHOULD READ: *before That we would cross back & forth*

PAGE NUMBER _46_   LINE NUMBER _10_   REASON FOR CHANGE _2_

SHOULD READ: *Not in secondary. We went back + forth.*

PAGE NUMBER _49_   LINE NUMBER _2_   REASON FOR CHANGE _2_

SHOULD READ: *When They denied The application for our daughter's passport*

PAGE NUMBER _49_   LINE NUMBER _10_   REASON FOR CHANGE _1_

SHOULD READ: *They told us in The letter denying The application for The passport*

PAGE NUMBER _____   LINE NUMBER _____   REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____   LINE NUMBER _____   REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____   LINE NUMBER _____   REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____   LINE NUMBER _____   REASON FOR CHANGE _____

SHOULD READ: _____

PAGE NUMBER _____   LINE NUMBER _____   REASON FOR CHANGE _____

SHOULD READ: _____

## ORIGINAL

**DIANA LEAL WEIBEL, C.S.R. #4192**
P.O. BOX 608 • MISSION, TX 78573
PH: (956) 580-2778 • CELL 330-9180 • FAX 580-3148

71

THE STATE OF TEXAS       *    CIVIL ACTION NO. B-04-089
                                  *    U.S. DISTRICT COURT
                                  *    SOUTHERN DISTRICT OF TEXAS
COUNTY OF CAMERON         *    BROWNSVILLE DIVISION

    I HEREBY ACKNOWLEDGE that I have read the foregoing deposition, and that this deposition, together with any corrections, changes or additions to my answers, is a true and correct record of my testimony given at this deposition.

_____
DR. JUAN NOE LOPEZ-SOTO

    SUBSCRIBED AND SWORN to before me, the undersigned Notary Public in and for the State of Texas, on this the 27th day of March , A.D., 2006, to certify which, witness my hand and seal of office.

_____
Notary Public in and for
The State of Texas
My commission Expires 10/06/07

**ORIGINAL**

**DIANA LEAL WEIBEL, C.S.R. #4192**
P.O. BOX 608 • MISSION, TX 78573
PH: (956) 580-2778 • CELL 330-9180 • FAX 580-3148