```
              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION

NORMA ALEJANDRA LOPEZ                    )
    PETITIONER, a minor, by and through  )
    Her Mother,                          )
NORMA ALICIA ANAYA DE LOPEZ,             )
                                         )
v.                                       )   C.A. B-04-089
                                         )
CONDOLEZZA RICE,                         )
    United States Secretary of State.    )
            and                          )
UNITED STATES OF AMERICA,                )
    RESPONDENTS.                         )
                                         )
```

                   EXHIBIT "K" IN SUPPORT OF
            PETITIONER'S MOTION FOR SUMMARY JUDGMENT

Norma Lopez, through counsel, herewith submits Exhibit "K," to wit, copies of the Border Crossing Cards of Plaintiff's parents, issued in the 1970's.  The year is unclear because the corners of the cards were cut, to show they were no longer valid, when her parents obtained laser visas, a few years ago.

Respectfully Submitted,


Lisa S. Brodyaga                        (956) 421-3226
Attorney at Law                         (956) 421-3423 (fax)
17891 Landrum Park Road                  Federal Id:  1178
San Benito, TX 78586                     Texas State Bar: 03052800

                     CERTIFICATE OF SERVICE

I certify that the foregoing was electronically served on Rene Benavides, AUSA, on March 30, 2006.

_____









FORM I-186
(Rev. 6-1-72)

NONRESIDENT ALIEN MEXICAN BORDER CROSSING CARD

THIS CARD WHEN USED AS THE SOLE ENTRY DOCUMENT IS VALID ONLY FOR VISITS TO THE U.S. WITHIN 25 MILES OF THE MEXICAN BORDER FOR PERIODS OF 72 HOURS OR LESS IF THE BEARER IS FOUND OTHERWISE ADMISSIBLE BY U.S. IMMIGRATION OFFICER. TO REMAIN FOR A LONGER PERIOD OR PROCEED TO OTHER AREAS IN THE U.S. THE BEARER MUST BE IN POSSESSION OF A FORM SW-434 OR FORM I-94 ISSUED BY AN OFFICER OF THE U.S. IMMIGRATION AND NATURALIZATION SERVICE.

AVISO

PRESENTE ESTA TARJETA CADA VEZ QUE ENTRA A LOS ESTADOS UNIDOS. SI USTED DESEA PERMANECER EN LOS ESTADOS UNIDOS DURANTE UN PERIODO DE MAS DE 72 HORAS O TRASLADARSE A MAS DE 25 MILLAS DE LA FRONTERA MEXICANA USTED DEBE POSEER UNA FORMA SW-434 O FORMA I-94 EXPEDIDA POR UN OFICIAL DEL SERVICIO DE INMIGRACION Y NATURALIZACION DE LOS ESTADOS UNIDOS.

[illegible]ED NO [illegible]

FORM I-186
(Rev. 3-1-69)

NONRESIDENT ALIEN MEXICAN BORDER CROSSING CARD

THIS CARD WHEN USED AS THE SOLE ENTRY DOCUMENT IS VALID ONLY FOR VISITS TO THE U.S. WITHIN 25 MILES OF THE MEXICAN BORDER FOR PERIODS OF 72 HOURS OR LESS IF THE BEARER IS FOUND OTHERWISE ADMISSIBLE BY U.S. IMMIGRATION OFFICER. TO REMAIN FOR A LONGER PERIOD OR PROCEED TO OTHER AREAS IN THE U.S. THE BEARER MUST BE IN POSSESSION OF A FORM SW-434 OR FORM I-94 ISSUED BY AN OFFICER OF THE U.S. IMMIGRATION AND NATURALIZATION SERVICE.

AVISO

PRESENTE ESTA TARJETA CADA VEZ QUE ENTRA A LOS ESTADOS UNIDOS. SI USTED DESEA PERMANECER EN LOS ESTADOS UNIDOS DURANTE UN PERIODO DE MAS DE 72 HORAS O TRASLADARSE A MAS DE 25 MILLAS DE LA FRONTERA MEXICANA USTED DEBE POSEER UNA FORMA SW-434 O FORMA I-94 EXPEDIDA POR UN OFICIAL DEL SERVICIO DE INMIGRACION Y NATURALIZACION DE LOS ESTADOS UNIDOS.

'D NO PUEDE ACEPTAR EMPLEO EN LOS ESTADOS UNIDOS.

**U.S. Department of Justice**
Immigration and Naturalization Service

AUTHORIZATION FOR PAROLE OF AN ALIEN INTO THE UNITED STATES        AJ34

| Name of Alien | (First) | (Middle) | (Last) | Date |
|---|---|---|---|---|
| | Juan | Noe | LOPEZ SOTO | 02/23/2005 |

File Number
A 99 244 830

| Date of Birth (Month) (Day) (Year) | Place of Birth (City or town) | (State or province) | (Country) |
|---|---|---|---|
| 02/27/56 | | | MEXICO |

| U.S. Address | (Apt. number and/ or in care of) | (Number and street) | (City or town) | (State) | (ZIP Code) |
|---|---|---|---|---|---|
| | 608 KENNENDY | MCALLEN, TX 78502 | | | |

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to _____February 22, 2006_____ will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

[X] as an alien paroled pursuant to section 212(d)(5) of the Immigration and Nationality Act.

[ ]

IBIS DATABASE QUERIES PERFORMED
[X] CIS    [ ] TECS    [X] NCIC
[X] IDENT  [ ] NAILS   [ ] PALS
BY: _Runa_  DATE: 02/28/05

Remarks:    MULTIPLE ENTRIES - VALID UNTIL February 22, 2006.

AUTHORIZATION: The holder of this authorization is an applicant for adjustment of status under the Immigration and Nationality Act. The holder departed the United States temporarily and intends to return to the United States to resume processing of the adjustment of status application. Contingent upon his or her prima facie eligibility, the holder of this document shall be paroled into the United States pursuant to the authority of Alfonso R. De Leon, District Director. VALID FOR MULTIPLE APPLICATIONS FOR PAROLE INTO THE UNITED STATES. See Attached.

ALFONSO R. DELEON, DISTRICT DIRECTOR          HARLINGEN, TX
(Signature of Immigration Officer)              (Authorizing Office)

ARRIVAL STAMP

PAROLED until: Feb. 27 2006
Purpose: Resume Adjustment of Status
(Port) HID  (Date) 02/28/05  (Officer) 2003

Form I-512 (Rev. 10-1-82) Y                     TO ALIEN

819333 79011


**USA B1/B2 VISA/BCC**
NAME ANAYA CABALLERO, NORMA ALICIA
Birthdate: 02/07/59
Sex: F
Nationality: MEX
VISA/BCC EXPIRES 02/13/11
VISA/BCC ISSUED 02/15/01
U.S. Employment NOT Authorized

```
VBUSA6790001<<9<MTM000208108<<
5902073F1102130MEXMTM2001045<1
ANAYA<CABALLERO<<NORMA<ALICIA<
```



**U.S. Department of Justice**
Immigration and Naturalization Service

AUTHORIZAT... FOR PAROLE OF AN ALIEN INTO THE UNITED STATES

| Name of Alien | (First) | (Middle) | (Last) | Date |
|---|---|---|---|---|
| | Norma | Alicia | ANAYA | 02/23/2005 |

File Number: A 99 244 831

| Date of Birth (Month)(Day)(Year) | Place of Birth (City or town) | (State or province) | (Country) |
|---|---|---|---|
| 02/07/59 | | | MEXICO |

| U.S. Address | (Apt. number and/ or in care of) | (Number and street) | (City or town) | (State) | (ZIP Code) |
|---|---|---|---|---|---|
| | 608 KENNEDY | MCALLEN, TX | 78502 | | |

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to ___February 22, 2006___ will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

[X] as an alien paroled pursuant to section 212(d)(5) of the Immigration and Nationality Act.

[ ]

Remarks: MULTIPLE ENTRIES - VALID UNTIL February 22, 2006.

AUTHORIZATION: The holder of this authorization is an applicant for adjustment of status under the Immigration and Nationality Act. The holder departed the United States temporarily and intends to return to the United States to resume processing of the adjustment of status application. Contingent upon his or her prima facie eligibility, the holder of this document shall be paroled into the United States pursuant to the authority of Alfonso R. De Leon, District Director. VALID FOR MULTIPLE APPLICATIONS FOR PAROLE INTO THE UNITED STATES. See Attached.

ALFONSO R. DELEON, DISTRICT DIRECTOR          HARLINGEN, TX
(Signature of Immigration Officer)              (Authorizing Office)





ARRIVAL STAMP
PAROLED until: Feb 27 2006
Purpose: Resume Adjustment of Status
(Port) HID  (Date) 2/28/2005  (Officer) 2109

Form I-512 (Rev. 10-1-82) Y                                TO ALIEN