UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NORMA ALEJANDRA LOPEZ            )
    PETITIONER, a minor, by and through )
    Her Mother,                  )
NORMA ALICIA ANAYA DE LOPEZ,     )
                                 )
v.                               )   C.A. B-04-089
                                 )
CONDOLEZZA RICE,                 )
    United States Secretary of State.  )
        and                      )
UNITED STATES OF AMERICA,        )
    RESPONDENTS.                 )
_____)

EXHIBIT "M" IN SUPPORT OF
PETITIONER'S MOTION FOR SUMMARY JUDGMENT

Norma Lopez, through counsel, herewith submits Exhibit "M," to wit, a copy of the I-94, temporary proof of lawful admission for permanent residence, issued to Norma Anaya de Lopez on April 14, 2005, as an IR-0 (parent of adult United States Citizen).

Respectfully Submitted,


s/
Lisa S. Brodyaga                    (956) 421-3226
Attorney at Law                     (956) 421-3423 (fax)
17891 Landrum Park Road              Federal Id:  1178
San Benito, TX 78586                 Texas State Bar: 03052800

CERTIFICATE OF SERVICE

I certify that the foregoing was electronically served on Rene Benavides, AUSA, on March 30, 2006.


s/
_____

Admission Number

sec 53-10
Used for I-551
ary Evidence of
Law....dmission for
Perm...ent Residence
Valid ...til 4-13-06
Emp..yment Authorized

Adj. of Status
IR∅ Granted
Sec. 245, ∅ Hlg.
Date: 4-14-05

1. Family Name
ANAYA DE LOPEZ

2. First (Given) Name
NORMA

3. Birth Date (Day/Mo/Yr)
07 02 59

4. Country of Citizenship
MEXICO

5. Sex (Male or Female)
FEMALE

6. Passport Number

7. Airline and Flight Number

8. Country Where You Live
USA

9. City Where You Boarded

10. City Where Visa Was Issued

11. Date Issued (Day/Mo/Yr)

12. Address While in the United States (Number and Street)
608 KENNEDY

13. City and State
MC ALLEN, TX 78502

| 18. Occupation | 19. Waivers |
|---|---|
| 20. INS File<br>A-97 244 831 | 21. INS FCO |
| 22. Petition Number | 23. Program Number |
| 24. ☐ Bond | 25. ☐ Prospective Student |

26. Itinerary/Comments

27. TWOV Ticket Number