UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**NORMA ALEJANDRA LOPEZ, Petitioner** )
)
v. ) C.A. No. B-04-089
)
**HON. CONDOLEZZA RICE, et al, Respondents.** )
)

ORDER GRANTING PLAINTIFF/PETITIONER'S
MOTION FOR SUMMARY JUDGMENT

Before the Court is the motion of Petitioner/Plaintiff for summary judgment.  Upon consideration of same, the response of the Government, if any, and the record as a whole, the Court concludes that said motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that summary judgment be entered for the Petitioner/Plaintiff herein.  It is further Ordered that the Respondents/Defendants herein issue the requested passport.

DONE at Brownsville, Texas
this _____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. HILDA TAGLE,
　　　　　　　　　　　　　　　　　　　JUDGE PRESIDING