UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
NORMA ALEJANDRA LOPEZ                  )
     PETITIONER, a minor, by and through )
     Her Mother,                        )
NORMA ALICIA ANAYA DE LOPEZ,            )
                                        )
v.                                      )   C.A. B-04-089
                                        )
CONDOLEZZA RICE,                        )
     United States Secretary of State.  )
          and                           )
UNITED STATES OF AMERICA,               )
     RESPONDENTS.                       )
                                        )
```

EXHIBIT "P" IN SUPPORT OF
PETITIONER'S MOTION FOR SUMMARY JUDGMENT

Norma Lopez, through counsel, herewith submits Exhibit "P," to wit, the Declaration Under Penalty of Perjury of Nelda Alicia Anaya.

Respectfully Submitted,

Lisa S. Brodyaga                          (956) 421-3226
Attorney at Law                           (956) 421-3423 (fax)
17891 Landrum Park Road                    Federal Id:  1178
San Benito, TX 78586                       Texas State Bar: 03052800

CERTIFICATE OF SERVICE

I certify that the foregoing was electronically served on Rene Benavides, AUSA, on March 30, 2006.

_____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NORMA ALEJANDRA LOPEZ )
v. )
CONDOLEZZA RICE, et al. )
_____)

### DECLARATION UNDER PENALTY OF PERJURY

I, Nelda Alicia Anaya, hereby declare under penalty of perjury as follows:

I am the sister-in-law of Norma Alicia Anaya de Lopez. ("Mrs. Lopez"). Specifically, I am married to the brother of Mrs. Lopez, who is the mother of Norma Alejandra Lopez). I have resided at 608 Kennedy, in McAllen, Texas since some time prior to the birth of Norma Alejandra Lopez. I am a naturalized U.S. citizen.

On the day Norma Alejandra Lopez was born, her parents came to my house, in McAllen, Texas, very early in the morning. They came because Mrs. Lopez was in labor, and they were on their way to the midwife. They came to my house first in order to leave their son, Noe Lopez, with me, while the new baby was being born. Mrs. Lopez had previously told me that she had made arrangements for the baby to be delivered by a midwife here in Texas. Later that afternoon, they returned to pick up their son, and showed me their brand-new daughter. She was only a few hours old, at most. From my house, they were headed back to Mexico with their family.

Later, when the passport application of Norma Alejandra Lopez was denied, I went with Mrs. Lopez to the home of the midwife to confront her. We had to drive around San Juan a while, asking people where she lived, but eventually found her. The midwife told us that she had gotten into trouble in connection with the sale of a baby who was to be taken to Spain and that as a result, she had spent time in prison, and had lost her license to act as a midwife. When Mrs. Lopez asked her for proof that she had delivered her daughter, the midwife told her that her records had been stolen, but acknowledged that she had, in fact, delivered her.

Shortly thereafter, I came with Mrs. Lopez when she first went to meet with the attorney, Ms. Brodyaga, and told her about the recent encounter with the midwife at that time.

The foregoing is true and correct to the best of my knowledge and belief.

_____
Nelda Alicia Anaya
March 30, 2006

