UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NORMA ALEJANDRA LOPEZ )<br>    PETITIONER, a minor, by and through )<br>    Her Mother, )<br>NORMA ALICIA ANAYA DE LOPEZ, )<br>)<br>v. )<br>)<br>CONDOLEZZA RICE, )<br>    United States Secretary of State. )<br>        and )<br>UNITED STATES OF AMERICA, )<br>    RESPONDENTS. )<br>                                                   ) | C.A. B-04-089 |

**EXHIBIT "L" IN SUPPORT OF
PETITIONER'S MOTION FOR SUMMARY JUDGMENT**

Norma Lopez, through counsel, herewith submits Exhibit "L," to wit, copies of the documents produced by her in response to the request for production of documents filed by Respondents herein.

Respectfully Submitted,


s/
Lisa S. Brodyaga                             (956) 421-3226
Attorney at Law                              (956) 421-3423 (fax)
17891 Landrum Park Road                       Federal Id:  1178
San Benito, TX 78586                          Texas State Bar: 03052800

CERTIFICATE OF SERVICE

I certify that the foregoing was electronically served on Rene Benavides, AUSA, on March 30, 2006.


s/
_____