## St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
210-686-0231

Student _Norma Lopez_     Promoted to: _____

Homeroom Teacher _Jenny Hollis_     Placed in: _____

School Year 19_98_ to 19_99_     Retained in: _____

Director _Karen Henderson_

Parent's Signature:    1st _____

                       2nd _____

                       3rd _____

                       4th _____


## St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
210-686-0231

Student _Norma Lopez_     Promoted to: _4th_

Homeroom Teacher _Jenny Hollis_     Placed in: _____

School Year 19_98_ to 19_99_     Retained in: _____

Director _Karen Henderson_

Parent's Signature:    1st _____

                       2nd _____

                       3rd _____

                       4th _____

Teacher _____    Subject: Reading

| | 1st | 2nd | Sem AV | 3rd | 4th | Sem AV | Yr. AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | | | | | | | |
| Conduct Grade | | | | | | | |
| Days Absent | | | | | | | |
| Days Tardy | | | | | | | |
| Conference Requested | | | | | | | |

Evaluation Key

| | | | |
|---|---|---|---|
| A+ | 100-97 | C+ | 79-77 |
| A | 96-93 | C | 76-73 |
| A- | 92-90 | C- | 72-70 |
| B+ | 89-87 | D | 69-65 (failing) |
| B | 86-83 | F | 64-60 (failing) |
| B | 82-80 | I | 59-below (failing) |
| NA | Not Applicable | S | Satisfactory |
| N | Needs Improvement | U | Unsatisfactory |

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1. Uses time wisely | | | | |
| 2. Completes class assignments | | | | |
| 3. Completes homework assignments | | | | |
| 4. Works independently | | | | |
| 5. Pays attention | | | | |
| 6. Works cooperatively in groups | | | | |
| 7. Contributes to class discussion | | | | |
| 8. Assumes responsibility | | | | |
| 9. Follows directions | | | | |
| 10. Successful test taking | | | | |

Teacher _Stephens_    Subject: Social Studies

| | 1st | 2nd | Sem AV | 3rd | 4th | Sem AV | Yr. AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | 95 | 97 | 96 | | 93 | 94 | 95 |
| Conduct Grade | S | S | S | S | S | S | S |
| Days Absent | | | | | | | |
| Days Tardy | | | | | | | |
| Conference Requested | | | | | | | |

Evaluation Key

| | | | |
|---|---|---|---|
| A+ | 100-97 | C+ | 79-77 |
| A | 96-93 | C | 76-73 |
| A- | 92-90 | C- | 72-70 |
| B+ | 89-87 | D | 69-65 (failing) |
| B | 86-83 | F | 64-60 (failing) |
| B | 82-80 | I | 59-below (failing) |
| NA | Not Applicable | S | Satisfactory |
| N | Needs Improvement | U | Unsatisfactory |

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1. Completes assignments | S | S | S | S |
| 2. Follows directions | S | S | S | S |
| 3. Uses time wisely | S | S | | S |
| 4. Works carefully | S | S | | S |
| 5. Works independently | S | S | | S |
| 6. Assumes responsibility | S | S | | S |
| 7. Takes pride in work | S | S | | S |
| 8. Respects school rules | S | S | | S |
| 9. Pays attention | S | S | | S |
| 10. Returns papers signed as requested | S | S | | S |
| 11. Works cooperatively in a group | S | S | | S |
| 12. Seeks for help when needed | S | S | | S |

## St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
210-686-0231

Student _Norma Lopez_                    Promoted to: _____
Homeroom Teacher _Tricia Skalitsky_      Placed in: _____
School Year 1999 to 2000                 Retained in: _____
Director _Karen Henderson_
Parent's Signature:      1st _____
                         2nd _____
                         3rd _____
                         4th _____

## St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
210-686-0231

Student _Norma Lopez_                    Promoted to: _____
Homeroom Teacher _Tricia Skalitsky_      Placed in: _____
School Year 1999 to 2000                 Retained in: _____
Director _Karen Henderson_
Parent's Signature:      1st _____
                         2nd _____
                         3rd _____
                         4th _____



Teacher _Skuitsky_    Subject: Art, Spanish, Music, PE, Computer

| | 1st | 2nd | Sem. AV | 3rd | 4th | Sem. AV | Yr. AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | A+ | A+ | A+ | A+ | A+ | A+ | A+ |
| Conduct Grade | S | S+ | S+ | S+ | S+ | S+ | S+ |
| Days Absent | | 1 | 1 | 2 | 1 | 1 | 2 | 4 |
| Days Tardy | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Conference Requested | | | | | | | |

Evaluation Key

A+ 100-97  C+ 79-77
A  96-93   C  76-73
A- 92-90   C- 72-70
B+ 89-87   D  69-65 (Failing)
B  86-83   D- 64-60 (Failing)
B- 82-80   F  59-below (Failing)
NA Not Aplicable   S Satisfactory
N  Needs Improvement   U Unsatisfactory

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1. Is developing essential skills | S | S+ | S+ | S+ |
| 2. Uses time wisely | S | S+ | S+ | S+ |
| 3. Works cooperatively with others in a group | S | S+ | S+ | S+ |
| 4. Is not disruptive in class | S | S+ | S+ | S+ |
| 5. Follows directions | S | S+ | S+ | S+ |
| 6. Respects school rules | S | S+ | S+ | S+ |
| 7. Seeks help when needed | S | S+ | S+ | S+ |
| 8. Pays attention | S | S+ | S+ | S+ |

Teacher _Stephens_    Subject: Social Studies _Norma_

| | 1st | 2nd | Sem. AV | 3rd | 4th | Sem. AV | Yr. AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | 96 | 94 | 98 | 95 | 92 | 94 | 96 |
| Conduct Grade | S | S | S | S | S | S | S |
| Days Absent | | | | | | | |
| Days Tardy | | | | | | | |
| Conference Requested | | | | | | | |

Evaluation Key

A+ 100-97  C+ 79-77
A  96-93   C  76-73
A- 92-90   C- 72-70
B+ 89-87   D  69-65 (Failing)
B  86-83   D- 64-60 (Failing)
B- 82-80   F  59-below (Failing)
NA Not Aplicable   S Satisfactory
N  Needs Improvement   U Unsatisfactory

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1. Completes assignments | S | S | S | S |
| 2. Follows directions | S | S | S | S |
| 3. Uses time wisely | S | S | S | S |
| 4. Works carefully | S | S | S | S |
| 5. Works independently | S | S | S | S |
| 6. Assumes responsibility | S | S | S | S |
| 7. Takes pride in work | S | S | S | S |
| 8. Respects school rules | S | S | S | S |
| 9. Pays attention | S | S | S | S |
| 10. Returns papers signed as requested | S | S | S | S |
| 11. Works cooperatively in a group | S | S | S | S |
| 12. Seeks for help when needed | S | S | S | S |

## St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
210-686-0231

Student _Norma Lopez_                          Promoted to: _____
Homeroom Teacher _Tricia Skalitsky_            Placed in: _____
School Year 19_99_ to _2000_                   Retained in: _____
Director _Karen Henderson_
Parent's Signature:    1st _____
                       2nd _____
                       3rd _____
                       4th _____

## St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
210-686-0231

Student _Norma Lopez_                          Promoted to: _____
Homeroom Teacher _Tricia Skalitsky_            Placed in: _____
School Year 19_99_ to _2000_                   Retained In: _____
Director _Karen Henderson_
Parent's Signature:    1st _____
                       2nd _____
                       3rd _____
                       4th _____

Teacher _Cofoip_    Subject: (Art) Spanish, Music, PE, Computer

| | 1st | 2nd | Sem. AV | 3rd | 4th | Sem AV | Yr. AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | S+ | S | S+ | | | | |
| Conduct Grade | S+ | S | S+ | | | | |
| Days Absent | | | | | | | |
| Days Tardy | | | | | | | |
| Conference Requested | | | | | | | |

**Evaluation Key**

| | | | |
|---|---|---|---|
| A+ | 100-97 | C+ | 79-77 |
| A | 96-93 | C | 76-73 |
| A- | 92-90 | C- | 72-70 |
| B+ | 89-87 | D | 69-65 (Failing) |
| B | 86-83 | D- | 64-60 (Failing) |
| B- | 82-80 | F | 59-below (Failing) |
| NA | Not Applicable | S | Satisfactory |
| N | Needs Improvement | U | Unsatisfactory |

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1. Is developing essential skills | S+ | S+ | | |
| 2. Uses time wisely | S+ | S+ | | |
| 3. Works cooperatively with others in a group | S+ | S+ | | |
| 4. Is not disruptive in class | S+ | S+ | | |
| 5. Follows directions | S+ | S+ | | |
| 6. Respects school rules | S+ | S+ | | |
| 7. Seeks help when needed | S+ | S+ | | |
| 8. Pays attention | S+ | S+ | | |

Teacher _____    ESL    VERMA    Subject: Art, Spanish, Music, PE, Computer

| | 1st | 2nd | Sem. AV | 3rd | 4th | Sem AV | Yr. AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | | | | S+ | S+ | S+ | |
| Conduct Grade | | | | S+ | S+ | S+ | S+ |
| Days Absent | | | | | | | |
| Days Tardy | | | | | | | |
| Conference Requested | | | | | | | |

**Evaluation Key**

| | | | |
|---|---|---|---|
| A+ | 100-97 | C+ | 79-77 |
| A | 96-93 | C | 76-73 |
| A- | 92-90 | C | 72-70 |
| B+ | 89-87 | D | 69-65 (Failing) |
| B | 86-83 | D- | 64-60 (Failing) |
| B- | 82-80 | F | 59-below (Failing) |
| NA | Not Applicable | S | Satisfactory |
| N | Needs Improvement | U | Unsatisfactory |

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1. Is developing essential skills | | | S | S+ |
| 2. Uses time wisely | | | S+ | S+ |
| 3. Works cooperatively with others in a group | | | S+ | S+ |
| 4. Is not disruptive in class | | | S+ | S+ |
| 5. Follows directions | | | S+ | S+ |
| 6. Respects school rules | | | S+ | S+ |
| 7. Seeks help when needed | | | S+ | S+ |
| 8. Pays attention | | | S+ | S+ |

## St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
210-686-0231

Student _Norma Lopez_                          Promoted to: _____
Homeroom Teacher _Tricia Skalitsky_            Placed in: _____
School Year 1999_ to _2000_                    Retained in: _____
Director _Karen Henderson_
Parent's Signature:    1st _____
                       2nd _____
                       3rd _____
                       4th _____

## St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
210-686-0231

Student _Norma Lopez_                          Promoted to: _5th_
Homeroom Teacher _Tricia Skalitsky_            Placed in: _____
School Year 19_99_ to _2000_                   Retained in: _____
Director _Karen Henderson_
Parent's Signature:    1st _____
                       2nd _____
                       3rd _____
                       4th _____



## St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
210-686-0231

Student _Norma Lopez_                          Promoted to: _____
Homeroom Teacher _Tricia Skalitsky_          Placed in: _____
School Year 19_99_ to 2_000_                   Retained in: _____
Director _Karen Henderson_
Parent's Signature:      1st _____
                         2nd _____
                         3rd _____
                         4th _____

## St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
210-686-0231

Student _Norma Lopez_                          Promoted to: _____
Homeroom Teacher _Tricia Skalitsky_          Placed in: _____
School Year 19_99_ to 2_000_                   Retained in: _____
Director _Karen Henderson_
Parent's Signature:      1st _____
                         2nd _____
                         3rd _____
                         4th _____

Teacher *Jenny Hollis*  Subject: Math

| | 1st | 2nd | Sem. AV | 3rd | 4th | Sem. AV | Yr. AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | 97 | 94 | 96 | 93 | 87 | 90 | 93 |
| Conduct Grade | S+ | S+ | S+ | S+ | S+ | S+ | S+ |
| Days Absent | | | | | | | |
| Days Tardy | | | | | | | |
| Conference Requested | | | | | | | |

**Evaluation Key**

| | | | |
|---|---|---|---|
| A+ | 100-97 | C+ | 79-77 |
| A | 96-93 | C | 76-73 |
| A- | 92-90 | C- | 72-70 |
| B+ | 89-87 | D | 69-65 (Failing) |
| B | 86-83 | D- | 64-60 (Failing) |
| B- | 82-80 | F | 59-below (Failing) |
| NA | Not Aplicable | S | Satisfactory |
| N | Needs Improvement | U | Unsatisfactory |

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1. Understands math concepts | S | S | S | S |
| 2. Has insight into math relationships | S | S | S | S |
| 3. Computes accurately: Addition/Subtraction | S | S | S | S |
| Multiplication/Division | S | S | S | S |
| Fractions | S | S | S | S |
| Decimal notation | S | S | S | S |
| Ratio/Percentage | S | S | S | S |
| 4. Reasons well in problem solving | S | S | S | S |
| 5. Uses time wisely | S | S | S | S |
| 6. Completes assignments | S | S | S | S |
| 7. Has notebook signed and corrected weekly | S | S | S | S |

Teacher *Janice Stewart*  Subject: Art, Spanish, Music, PE, Computer

| | 1st | 2nd | Sem. AV | 3rd | 4th | Sem. AV | Yr. AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | S | S | S | S | S | S | S |
| Conduct Grade | S | S | S | S | S | S | S |
| Days Absent | | | | | | | |
| Days Tardy | | | | | | | |
| Conference Requested | | | | | | | |

**Evaluation Key**

| | | | |
|---|---|---|---|
| A+ | 100-97 | C+ | 79-77 |
| A | 96-93 | C | 76-73 |
| A- | 92-90 | C- | 72-70 |
| B+ | 89-87 | D | 69-65 (Failing) |
| B | 86-83 | D- | 64-60 (Failing) |
| B- | 82-80 | F | 59-below (Failing) |
| NA | Not Aplicable | S | Satisfactory |
| N | Needs Improvement | U | Unsatisfactory |

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1. Is developing essential skills | S | S | S | S |
| 2. Uses time wisely | S | S | S | S |
| 3. Works cooperatively with others in a group | S | S | S | S |
| 4. Is not disruptive in class | S | S | S | S |
| 5. Follows directions | S | S | S | S |
| 6. Respects school rules | S | S | S | S |
| 7. Seeks help when needed | S | S | S | S |
| 8. Pays attention | S | S | S | S |

# St. John's Episcopal Day School

### 2500 North Tenth St.
### McAllen, Texas 78501
### 956/686-0231

Student  _Norma Lopez_                          Promoted to: _____

Homeroom Teacher _Melissa Abbitt_            Placed in: _____

School Year 2000  to 2001                    Retained in: _____

Director _Karen Henderson_

Parent's Signature:     1st _____

2nd _____

3rd _____

4th _____

# St. John's Episcopal Day School

### 2500 North Tenth St.
### McAllen, Texas 78501
### 956/686-0231

Student  _Norma Lopez_                          Promoted to: _____

Homeroom Teacher _Melissa Abbitt_            Placed in: _____

School Year 2000  to 2001                    Retained in: _____

Director _Karen Henderson_

Parent's Signature:     1st _____

2nd _____

3rd _____

4th _____

_Norma_

Teacher ___MRS. COOL___   Subject: Art, Spanish, Music, (PE,) Computer

| | 1st | 2nd | Sem. AV | 3rd | 4th | Sem. AV | Yr. AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | S | S | S | S | S | S | S |
| Conduct Grade | S | S | S | S | S | S | S |
| Days Absent | | | | | | | |
| Days Tardy | | | | | | | |
| Conference Requested | | | | | | | |

**Evaluation Key**

| | | | |
|---|---|---|---|
| A+ | 100-97 | C+ | 79-77 |
| A | 96-93 | C | 76-73 |
| A- | 92-90 | C- | 72-70 |
| B+ | 89-87 | D | 69-65 (Failing) |
| B | 86-83 | D- | 64-60 (Failing) |
| B- | 82-80 | F | 59-below (Failing) |
| NA | Not Aplicable | S | Satisfactory |
| N | Needs Improvement | U | Unsatisfactory |

1. Is developing essential skills
2. Uses time wisely
3. Works cooperatively with others in a group
4. Is not disruptive in class
5. Follows directions
6. Respects school rules
7. Seeks help when needed
8. Pays attention

| 1st | 2nd | 3rd | 4th |
|---|---|---|---|
| S | S | S | S |
| S | S | S | S- |
| S | S | S | S |
| S | S | S | S |
| S | S | S | S- |
| S | S | S | S |
| S | S | S | S |
| S | S | S | S- |

---

_Norma_

Teacher ___Corbin___   Subject (Art) Spanish, Music, PE, Computer

| | 1st | 2nd | Sem. AV | 3rd | 4th | Sem. AV | Yr. AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | S+ | S+ | S+ | | | | |
| Conduct Grade | S+ | S+ | S+ | | | | |
| Days Absent | | | | | | | |
| Days Tardy | | | | | | | |
| Conference Requested | | | | | | | |

**Evaluation Key**

| | | | |
|---|---|---|---|
| A+ | 100-97 | C+ | 79-77 |
| A | 96-93 | C | 76-73 |
| A- | 92-90 | C- | 72-70 |
| B+ | 89-87 | D | 69-65 (Failing) |
| B | 86-83 | D- | 64-60 (Failing) |
| B- | 82-80 | F | 59-below (Failing) |
| NA | Not Aplicable | S | Satisfactory |
| N | Needs Improvement | U | Unsatisfactory |

1. Is developing essential skills
2. Uses time wisely
3. Works cooperatively with others in a group
4. Is not disruptive in class
5. Follows directions
6. Respects school rules
7. Seeks help when needed
8. Pays attention

| 1st | 2nd | 3rd | 4th |
|---|---|---|---|
| S+ | S+ | | |
| S | S+ | | |
| S+ | S+ | | |
| S+ | S+ | | |
| S | S+ | | |
| S+ | S+ | | |
| S+ | S+ | | |
| S | S+ | | |

## St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
956/686-0231

Student _Norma Lopez_                     Promoted to: _____
Homeroom Teacher _Melissa Abbitt_         Placed in: _____
School Year 200_0_ to 2001___             Retained in: _____
Director _Karen Henderson_
Parent's Signature:    1st _____
                       2nd _____
                       3rd _____
                       4th _____

## St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
956/686-0231

Student _Norma Lopez_                     Promoted to: _____
Homeroom Teacher _Melissa Abbitt_         Placed in: _____
School Year 2000 to 2001___               Retained in: _____
Director _Karen Henderson_
Parent's Signature:    1st _____
                       2nd _____
                       3rd _____
                       4th _____

Teacher _____ _Anne Stewart_____    Subject: Art, Spanish, Music, PE, Computer

*Norma*

| | 1st | 2nd | Sem. AV | 3rd | 4th | Sem. AV | Yr AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | S | | | | | | |
| Conduct Grade | S | | | | | | |
| Days Absent | | | | | | | |
| Days Tardy | | | | | | | |
| Conference Requested | | | | | | | |

**Evaluation Key**

| | | | |
|---|---|---|---|
| A+ | 100-97 | C+ | 79-77 |
| A | 96-93 | C | 76-73 |
| A- | 92-90 | C- | 72-70 |
| B+ | 89-87 | D | 69-65 [Failing] |
| B | 86-83 | D- | 64-60 [Failing] |
| B- | 82-80 | F | 59 below [Failing] |
| NA | Not Applicable | S | Satisfactory |
| N | Needs Improvement | U | Unsatisfactory |

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1. Is developing essential skills | S | | | |
| 2. Uses time wisely | S | | | |
| 3. Works cooperatively with others in a group | S | | | |
| 4. Is not disruptive in class | S | | | |
| 5. Follows directions | S | | | |
| 6. Respects school rules | S | | | |
| 7. Seeks help when needed | S | | | |
| 8. Pays attention | S | | | |

Teacher _Stephens_____    Subject: Social Studies  *Worming*

| | 1st | 2nd | Sem. AV | 3rd | 4th | Sem. AV | Yr AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | 92 | 94 | 93 | 91 | 90 | 91 | 92 |
| Conduct Grade | S | S | S | S | S | S | S |
| Days Absent | | | | | | | |
| Days Tardy | | | | | | | |
| Conference Requested | | | | | | | |

**Evaluation Key**

| | | | |
|---|---|---|---|
| A+ | 100-97 | C+ | 79-77 |
| A | 96-93 | C | 76-73 |
| A- | 92-90 | C- | 72-70 |
| B+ | 89-87 | D | 69-65 [Failing] |
| B | 86-83 | D- | 64-60 [Failing] |
| B- | 82-80 | F | 59 below [Failing] |
| NA | Not Applicable | S | Satisfactory |
| N | Needs Improvement | U | Unsatisfactory |

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1. Completes assignments | S | S | S | S |
| 2. Follows directions | S | S | S | S |
| 3. Uses time wisely | S | S | S | S |
| 4. Works carefully | S | S | S | S |
| 5. Works independently | S | S | S | S |
| 6. Assumes responsibility | S | S | S | S |
| 7. Takes pride in work | S | S | S | S |
| 8. Respects school rules | S | S | S | S |
| 9. Pays attention | S | S | S | S |
| 10. Returns papers signed as requested | S | S | S | S |
| 11. Works cooperatively in a group | S | S | S | S |
| 12. Seeks for help when needed | S | S | S | S |

## St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
956/686-0231

Student _Norma Lopez_        Promoted to: _____

Homeroom Teacher _Melissa Abbitt_    Placed in: _____

School Year _2000_ to _2001_      Retained in: _____

Director _Karen Henderson_

Parent's Signature:   1st _____

                  2nd _____

                  3rd _____

                  4th _____


## St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
956/686-0231

Student _Norma Lopez_        Promoted to: _____

Homeroom Teacher _Melissa Abbitt_    Placed in: _____

School Year _2000_ to _2001_      Retained in: _____

Director _Karen Henderson_

Parent's Signature:   1st _____

                  2nd _____

                  3rd _____

                  4th _____

Teacher _____   Subject: Art, Spanish, Music, PE, Computer

| | 1st | 2nd | Sem. AV | 3rd | 4th | Sem. AV | Yr. AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | | | | | | | |
| Conduct Grade | | | | | | | |
| Days Absent | | | | | | | |
| Days Tardy | | | | | | | |
| Conference Requested | | | | | | | |

**Evaluation Key**

| | | | | |
|---|---|---|---|---|
| A+ | 100-97 | C+ | 79-77 | |
| A | 96-93 | C | 76-73 | |
| A- | 92-90 | C- | 72-70 | |
| B+ | 89-87 | D | 69-65 | (Failing) |
| B | 86-83 | D- | 64-60 | (Failing) |
| B- | 82-80 | F | 59-below | (Failing) |
| NA | Not Applicable | S | Satisfactory | |
| N | Needs Improvement | U | Unsatisfactory | |

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1. Is developing essential skills | | | | |
| 2. Uses time wisely | | | | |
| 3. Works cooperatively with others in a group | | | | |
| 4. Is not disruptive in class | | | | |
| 5. Follows directions | | | | |
| 6. Respects school rules | | | | |
| 7. Seeks help when needed | | | | |
| 8. Pays attention | | | | |

---

Teacher _____   Subject: Math   *Norma*

| | 1st | 2nd | Sem. AV | 3rd | 4th | Sem. AV | Yr. AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | | | | | | | |
| Conduct Grade | | | | | | | |
| Days Absent | | | | | | | |
| Days Tardy | | | | | | | |
| Conference Requested | | | | | | | |

**Evaluation Key**

| | | | | |
|---|---|---|---|---|
| A+ | 100-97 | C+ | 79-77 | |
| A | 96-93 | C | 76-73 | |
| A- | 92-90 | C- | 72-70 | |
| B+ | 89-87 | D | 69-65 | (Failing) |
| B | 86-83 | D- | 64-60 | (Failing) |
| B- | 82-80 | F | 59-below | (Failing) |
| NA | Not Applicable | S | Satisfactory | |
| N | Needs Improvement | U | Unsatisfactory | |

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1. Understands math concepts | | | | |
| 2. Has insight into math relationships | | | | |
| 3. Computes accurately: Addition/Subtraction | | | | |
| Multiplication/Division | | | | |
| Fractions | | | | |
| Decimal notation | | | | |
| Ratio/Percentage | | | | |
| 4. Reasons well in problem solving | | | | |
| 5. Uses time wisely | | | | |
| 6. Completes assignments | | | | |
| 7. Has notebook signed and corrected weekly | | | | |

## St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
956/686-0231

Student _Norma Lopez_____    Promoted to: __ __ __ __
Homeroom Teacher _Melissa Abbitt___    Placed in: __ __ __ __
School Year 200_0_ to 200_1_    Retained in: __ __ __ __
Director _Karen Henderson_____
Parent's Signature:    1st _____
                       2nd _____
                       3rd _____
                       4th _____

## St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
956/686-0231

Student _Norma Lopez_____    Promoted to: __ __ __ __
Homeroom Teacher _Melissa Abbitt___    Placed in: __ __ __ __
School Year 200_0_ to 200_1_    Retained in: __ __ __ __
Director _Karen Henderson_____
Parent's Signature:    1st _____
                       2nd _____
                       3rd _____
                       4th _____

Teacher _____    Subject: Science    *Norma*

| | 1st | 2nd | Sem. AV | 3rd | 4th | Sem. AV | Yr. AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | 95 | 93 | 94 | 88 | 95 | 92 | 93 |
| Conduct Grade | S | S | S | S | S | S | S |
| Days Absent | | | | | | | |
| Days Tardy | | | | | | | |
| Conference Requested | | | | | | | |

**Evaluation Key**

| | | | | |
|---|---|---|---|---|
| A+ | 100-97 | C+ | 79-77 | |
| A | 96-93 | C | 76-73 | |
| A- | 92-90 | C- | 72-70 | |
| B+ | 89-87 | D+ | 69-65 | (Failing) |
| B | 86-83 | D- | 64-60 | (Failing) |
| B- | 82-80 | F | 59 below | (Failing) |
| NA | Not Applicable | S | Satisfactory | |
| N | Needs Improvement | U | Unsatisfactory | |

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1. Participates in experiments | S | | | S |
| 2. Understand cause/effect | S | | | S |
| 3. Uses science vocabulary | S | | | S |
| 4. Completes assignments | S | | S | |
| 5. Uses time wisely | S | S | | S |
| 6. Studies for tests | S | S | | S |
| 7. Is developing skills related to subject | S | | | S |
| 8. Takes pride in work | S | | | S |
| 9. Pays attention in class | S | | | |
| 10. Returns folders signed and corrected as requested | S | | | |
| 11. Contributes to class discussion | S | | | |

Teacher _Melissa Elliott_    Subject: English    *Norma*    7.

| | 1st | 2nd | Sem. AV | 3rd | 4th | Sem. AV | Yr. AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | 84 | 91 | 88 | 92 | 94 | 93 | 91 |
| Conduct Grade | S- | S | S | S | S | S | S |
| Days Absent | 0 | 2 | 2 | 0 | 3 | 3 | 5 |
| Days Tardy | 5 | 5 | 10 | 5 | 2 | 7 | 17 |
| Conference Requested | | | | | | | |

**Evaluation Key**

| | | | | |
|---|---|---|---|---|
| A+ | 100-97 | C+ | 79-77 | |
| A | 96-93 | C | 76-73 | |
| A- | 92-90 | C- | 72-70 | |
| B+ | 89-87 | D+ | 69-65 | (Failing) |
| B | 86-83 | D- | 64-60 | (Failing) |
| B- | 82-80 | F | 59 below | (Failing) |
| NA | Not Applicable | S | Satisfactory | |
| N | Needs Improvement | U | Unsatisfactory | |

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1. Uses correct grammar | S- | S | S | |
| 2. Uses punctuation | S | S | S | |
| 3. Uses capitalization | S | S | S | |
| 4. Shows clarity in expression | S | S- | S | |
| 5. Express ideas clearly in writing | S | S+ | S | |
| 6. Completes assignments | S | S | S | |
| 7. Uses time wisely | S | S | S | |
| 8. Studies for tests | S | S | S | |

St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
956/686-0231

Student  Norma Lopez                    Promoted to: _____
Homeroom Teacher Melissa Abbitt          Placed in: _____
School Year 2000  to 2001                Retained in: _____
Director Karen S. Henderson
Parent's Signature:    1st _____
                       2nd _____
                       3rd _____
                       4th _____

St. John's Episcopal Day School

2500 North Tenth St.
McAllen, Texas 78501
956/686-0231

Student  Norma Lopez                    Promoted to: _____
Homeroom Teacher Melissa Abbitt          Placed in: _____
School Year 2000  to 2001                Retained in: _____
Director Karen S. Henderson
Parent's Signature:    1st _____
                       2nd _____
                       3rd _____
                       4th _____

Teacher _____ Skalitzky _____   Subject: Art, Spanish, Music, PE, Computer

|  | 1st | 2nd | Sem AV | 3rd | 4th | Sem AV | Yr AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | A+ | A+ | A+ | A+ | A+ | A+ | A+ |
| Conduct Grade | S | S+ | S+ | S+ | S+ | S+ | S+ |
| Days Absent | | | | | | | |
| Days Tardy | | | | | | | |
| Conference Requested | | | | | | | |

### Evaluation Key

| | | | | |
|---|---|---|---|---|
| A+ | 100-97 | C+ | 79-77 | |
| A | 96-93 | C | 76-73 | |
| A- | 92-90 | C- | 72-70 | |
| B+ | 89-87 | D | 69-65 | (failing) |
| B | 86-83 | D | 64-60 | (failing) |
| B- | 82-80 | I | 59-below | (failing) |
| NA | Not Aplicable | S | Satisfactory | |
| N | Needs Improvement | U | Unsatisfactory | |

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1. Is developing essential skills | S | S+ | S+ | S+ |
| 2. Uses time wisely | S | S+ | S+ | S+ |
| 3. Works cooperatively with others in a group | S | S+ | S+ | S+ |
| 4. Is not disruptive in class | S | S+ | S+ | S+ |
| 5. Follows directions | S | S+ | S+ | S+ |
| 6. Respects school rules | S | S+ | S+ | S+ |
| 7. Seeks help when needed | S | S+ | S+ | S+ |
| 8. Pays attention | S | S+ | S+ | S+ |

Norma   7.

Teacher _____ Melissa Crabitt _____   Subject: Reading

|  | 1st | 2nd | Sem AV | 3rd | 4th | Sem AV | Yr AV |
|---|---|---|---|---|---|---|---|
| Subject Grade | 93 | 94 | 94 | 94 | 92 | 93 | 94 |
| Conduct Grade | S | S | S | S | S | S | S |
| Days Absent | | | | | | | |
| Days Tardy | | | | | | | |
| Conference Requested | | | | | | | |

### Evaluation Key

| | | | | |
|---|---|---|---|---|
| A+ | 100-97 | C+ | 79-77 | |
| A | 96-93 | C | 76-73 | |
| A- | 92-90 | C- | 72-70 | |
| B+ | 89-87 | D | 69-65 | (failing) |
| B | 86-83 | D | 64-60 | (failing) |
| B- | 82-80 | F | 59-below | (failing) |
| NA | Not Aplicable | S | Satisfactory | |
| N | Needs Improvement | U | Unsatisfactory | |

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1. Uses time wisely | S | S | S | S |
| 2. Completes class assignments | S | S | S | S |
| 3. Completes homework assignments | S | S | S | S |
| 4. Works independently | S | S | S | S |
| 5. Pays attention | S | S | S | S |
| 6. Works cooperatively in groups | S | S | S | S |
| 7. Contributes to class discussion | S | S | S | S |
| 8. Assumes responsibility | S | S | S | S |
| 9. Follows directions | S | S | S | S |
| 10. Successful test taking | S | S | S | S |

# Certificate of Completion



THIS CERTIFIES THAT

*Norma Lopez*

has completed the requirements of

*St. John's Episcopal School*

and is awarded this certificate.

Given at *St. John's* this 31st day

of *May* year of *2001*

*Melissa Ablitt*

*Karen Henderson*





# OUR LADY OF SORROWS SCHOOL

## SCHOLARSHIP REPORT

**Norma Lopez**    #0.3    GRADE 06    HR: 6-1 HE    05-23-2002

**PARENT/GUARDIAN NAME AND ADDRESS**
LOPEZ;JUAN N (NORMA)
9 #240 COL LAS FUENTES
REYNOSA, TAMPS MEXICO

**MESSAGE**
PROMOTED TO ___
RETAINED IN
HAVE A SAFE SUMMER!!

| SUBJECT | 1st | 2nd | SEM 1 | 3rd | 4th | SEM 2 | FINAL | TEACHER | COMMENT DUE | COMMENT DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| Religion | 97 | 98 | 98 | 96 | 96 | 98 | 98 | Casarez,L | | |
| Literature | 97 | 95 | 96 | 96 | 99 | 98 | 97 | Stainlage,K | | |
| Lang Arts | 89 | 89 | 89 | 91 | 92 | 92 | 91 | Cortez,L | | |
| Math | 86 | 85 | 87 | 81 | 86 | 84 | 86 | Thomason,J | | |
| Soc Stud | 84 | 91 | 88 | 96 | 89 | 93 | 91 | Hernandez,R | | |
| Science | 93 | 97 | 95 | 90 | 91 | 91 | 93 | Cortez,L | | |
| Health/PE | 100 | 100 | 100 | 100 | 100 | 100 | 100 | Abraham,L | | |
| Art | 98 | 100 | 98 | 98 | 98 | 98 | 98 | Arnold,C | | |
| Computer | 97 | 87 | 92 | 96 | 94 | 85 | 97 | Casarmna,L | | |
| Spanish | 100 | 100 | 100 | 100 | 100 | 100 | 100 | Turbay,E | | |

| | 1st | 2nd | SEM 1 | 3rd | 4th | SEM 2 | FINAL |
|---|---|---|---|---|---|---|---|
| ABSENCES | : | : | 4.0 | | | | 5.0 |
| TARDIES | : | : | 4.0 | | | | 7.0 |
| DISMISSALS | : | : | 0.0 | | | | 0.0 |

01-08-2002 TO 05-23-2002                    YEAR TO 05-23-2002

HONOR ROLL STATUS
A AND B HONOR ROLL

*ACHIEVEMENT TEST SERIES, NINTH EDITION*



| STUDENT REPORT |
| FOR |
| NORMA A LOPEZ |
| Age: 12 Yrs 11 Mos |

TEACHER: HERNANDEZ
SCHOOL: OUR LADY OF SORROWS
DISTRICT: DIO OF BROWNSVILLE
TEST TYPE: MULTIPLE CHOICE

GRADE: 06
TEST DATE: 04/02

**NATIONAL GRADE PERCENTILE BANDS**

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE | | |
|---|---|---|---|---|---|---|---|
| Total Reading | 84 | 75 | 716 | 91–8 | 78.2 | | |
| Vocabulary | 30 | 26 | 708 | 81–7 | 68.5 | | |
| Reading Comp. | 54 | 49 | 721 | 92–8 | 79.6 | | |
| Total Mathematics | 78 | 49 | 660 | 44–5 | 46.8 | | |
| Problem Solving | 48 | 32 | 662 | 51–5 | 50.5 | | |
| Procedures | 30 | 17 | 658 | 36–4 | 42.5 | | |
| Language | 48 | 35 | 668 | 67–6 | 59.3 | | |
| Lang. Mechanics | 24 | 18 | 667 | 66–6 | 58.7 | | |
| Lang. Expression | 24 | 17 | 669 | 67–6 | 59.3 | | |
| Spelling | 30 | 25 | 683 | 76–6 | 64.9 | | |
| Study Skills | 30 | 24 | 678 | 77–7 | 65.6 | | |
| Science | 40 | 30 | 677 | 76–6 | 64.9 | | |
| Social Science | 40 | 26 | 645 | 62–6 | 56.4 | | |
| Listening | 40 | 33 | 687 | 77–7 | 65.6 | | |
| Using Information | 69 | 54 | 681 | 75–6 | 64.2 | | |
| Thinking Skills | 229 | 177 | 675 | 80–7 | 67.7 | | |
| Basic Battery | 310 | 241 | NA | 72–6 | 62.1 | | |
| Complete Battery | 390 | 297 | NA | 71–6 | 61.8 | | |

Recently this student took the *Stanford Achievement Test*. This brief description of the scores presented above tells how the student did on the test compared to the performance of students in the same grade from across the country. The Battery score is an overall indication of how well the student performed on the test. The score for this student is in the middle range for the grade, which means that performance on all subtests combined was well within the average range.

The student did well in reading. The score is among the highest for the grade.

In mathematics the score is within the average range for the grade. Continued experiences in working with mathematics procedures and problem solving could be helpful to future learning in mathematics.

The score on the Study Skills subtest is above average. Performance on the Language subtest was in the average range for the grade. Performance on the Spelling subtest was also average.

The Science and Social Science subtest scores are in the middle range for the grade. The student's understanding of the concepts in these two areas should continue to develop with further instruction.

Performance on the Listening subtest was in the above-average range for this grade, indicating that the student is doing well at processing information that is heard.

This student's scores in all areas tested are in the middle range for the grade. There are no very high or very low scores on any of the subtests. This student's performance in all areas measured by the test was about average.

It is important to keep in mind that test scores give only one picture of how a student is doing in school and that many things can affect a student's test scores. Therefore, it is important to consider other kinds of information as well. The school has more detailed information about how the student is doing.

STANFORD LEVEL/FORM: Intermediate 3 S                                                                Copy 01
2000 NORMS: Spring          National                                            Process No. 1022303I-14421099-1402-08303-1
Scores based on normative data copyright © 2001 by Harcourt, Inc. All rights reserved



# Student Report I NORMA A LOPEZ

| | |
|---|---|
| TEACHER: NO NAME GIVEN | GRADE: 08 |
| SCHOOL: OL OF SORROWS SCHOOL | TEST DATE: 03/04 |
| DISTRICT: DIO OF BROWNSVILLE | AGE: 14 Yrs 10 Mos |

**National Comparison**

| Subtests and Totals | Number Possible | Number Correct | Scaled Score | National PR-S | National NCE | National Grade Percentile Bands |
|---|---|---|---|---|---|---|
| Total Reading | 84 | 68 | 706 | 77-7 | 66.6 | |
| Reading Vocabulary | 30 | 25 | 712 | 70-6 | 61.0 | |
| Reading Comprehension | 54 | 43 | 703 | 78-7 | 66.3 | |
| Total Mathematics | 80 | 28 | 592 | 34-4 | 41.3 | |
| Mathematics Problem Solving | 48 | 28 | 573 | 46-5 | 47.9 | |
| Mathematics Procedures | 32 | | 622 | 22-3 | | |
| Language | 48 | 37 | 682 | 62-6 | 56.4 | |
| Language Mechanics | 24 | | 672 | 51-5 | 50.5 | |
| Language Expression | 24 | 20 | 660 | 70-6 | 61.0 | |
| Spelling | 40 | 24 | 576 | 40-4 | 44.6 | |
| Science | 40 | 21 | 578 | 63-6 | 57.0 | |
| Social Science | 40 | 22 | 378 | 78-6 | 56.4 | |
| Thinking Skills | 40 | 29 | 383 | 57-5 | 53.6 | |
| Basic Battery | 200 | 186 | NA | 63-6 | | |
| Complete Battery | 292 | 229 | NA | 58-5 | 54.3 | |

**About This Student's Performance:**

Norma recently took the Stanford Achievement Test, Tenth Edition (Stanford 10). This test is a measure of this student's achievement. This report compares this student's performance to students in the same grade across the nation who took the same test. Students in the nation whose true scores likely fall between the student's true scores likely fall. For example, a student whose National Percentile Band spans the 70th percentile performed as well as or better than 70% of students nationally in that subject area. Also included are some suggested activities designed to engage this student as you work together toward continued academic development.

**READING** The Reading subtests measure a reading skills such as initiating word sounds and spellings, determining word meanings and synonyms, as well as the understanding, interpretation, and analysis of literary, informational, and functional reading selections. Norma's score is in the Above Average range for the grade. Encourage your student to read a variety of materials and to make a weekly trip to the library or bookstore. Copy a newspaper article such as a letter to the editor to a local politician.

**MATHEMATICS** The Mathematics subtests measure problem solving skills including number sense, patterns, and algebraic relationships; data and statistics, probability, geometry, and measurement concepts. Also measured is the student's fluency with arithmetic operations involving whole numbers, decimals, fractions, and integers. Norma's score is in the Average range for the grade. Talk with your student about the meaning of information presented in different graphs or charts. Discuss how probability and/or number patterns are evaluated in activities you do together. Explore various angles and shapes used in architecture, and use maps to investigate scale and proportions.

**LANGUAGE** The Language subtest measures this student's application of the language principles that form effective writing including capitalization, punctuation, word usage, sentence structure, organization composing, and editing. Norma's score is in the Average range for the grade. Encourage your student to create a weekly newspaper featuring family, neighborhood, and world events. Interview and

**SPELLING** The Spelling subtest measures the student's ability to recognize the correct spelling of words, as well as the application of phonetic and structural principles. Norma's score is in the Average range for the grade. Encourage your student to write or create newspaper headlines or book titles using the error-spicing words. Discuss the story/news that might go with each.

**SCIENCE** The Science subtest measures the student's understanding of life science, Earth science, physical science, and the nature of science. Also measured is the student's ability to analyze evidence and to model, recognize patterns, and compare the forms and functions of organisms. Norma's score is in the Average range for the grade. Encourage your student to read fiction and magazines containing science concepts and ideas of interest. Have your student go to public libraries to locate interesting Internet sites, books, and magazines

**SOCIAL SCIENCE** The Social Science subtest measures the student's achievement in the areas of history, geography, political science, and economics. Also assessed is the student's ability to apply their knowledge and analyze information. Norma's score is in the Average range for the grade. Analyze cultural

newspaper articles could be used as sources for stories and whole. Share the newspaper with other family members and friends.

**LISTENING** The Listening subtest measures student recognition of spoken words and the student's ability to construct meaning from spoken material. Also measured is the student's ability to understand, interpret, and analyze information contained in literary, informational, and functional messages. Norma's score is in the Average range for the grade. Encourage your student to read challenging material and to decide with you what may be controversial and/or informative. Have your student recognize and discuss the techniques used in broadcasts to achieve particular goals. Discuss various advertising techniques and their effectiveness.

cartoons with your student. Have him or her explain what the cartoon is about and why the subject is newsworthy. Encourage your student to read newspapers, historical fiction, biographies, and informational texts.

**National Grade Percentile Bands**

STANFORD LEVEL/EDITION: ADVANCED DA.../HARCOURT
Copyright © ... NORMS Spring ... Harcourt ...
COPY 01
PROCESSING (900) 00-1321449 8855364581



THIS IS TO CERTIFY THAT

*Norma Lopez*

has achieved a high standard of academic excellence by maintaining

an *All "A"* grade average and is hereby placed on the

# HONOR ROLL

at *St. John's Episcopal Day School*

this *25th* day of *May* *1999*

*Ellen Aigner*

*Karen Henderson*



# Citizenship Certificate

THIS HONOR IS BESTOWED UPON

*Norma Lopez*

in recognition of exemplary behavior
and valuable services rendered to

Mrs. Skalitsky's Fourth Grade Class

Given at St. John's Episcopal Day School

this 30th day of May year of 2000.

*Alicia Skalitsky*

*Karen Henderson*

NO. VA225 ©COPYRIGHT, 1983, HAYES SCHOOL PUBLISHING CO., INC., WILKINSBURG, PA.



THIS IS TO CERTIFY THAT

*Norma Lopez*

has achieved a high standard of academic excellence by maintaining

an "All A" _____ grade average and is hereby placed on the

# HONOR ROLL

at St. John's Episcopal Day School

this 29th day of May year of 2000

Tricia Whitsky

Karen Henderson



THIS IS TO CERTIFY THAT

*Norma Lopez*

has achieved a high standard of academic excellence by maintaining

an *"All A"* grade average and is hereby placed on the

# HONOR ROLL

at *St. John's Episcopal School*

this **29th** day of **May** year of **2001**

*Melissa Abbott*          *Karen Henderson*

VA312 ©COPYRIGHT, 1990, HAYES SCHOOL PUBLISHING CO., INC., PITTSBURGH, PA.



# Citizenship Certificate

THIS HONOR IS BESTOWED UPON

Norma Lopez

in recognition of exemplary behavior
and valuable services rendered to

Mrs. Abbitt's Fifth Grade Class

Given at St. John's Episcopal School

this 29th day of May year of 2001

*Melissa Abbitt*

*Karen Henderson*

NO. W-225 ©CGI

© 1995 IF408

# Honor Roll

## "A AND B"

In recognition of academic achievement

**Norma Lopez**

has been placed on the Honor Roll at

**OUR LADY OF SORROWS SCHOOL**

Proudly presented this **24th** day of **May, 2002**

Signed *Mrs. Jeanne Bertos, Principal.*



Diploma

Our Lady of Sorrows School

Norma Alejandra Lopez

for the Eighth Grade

McAllen, Texas, May 19, 2004



2005

**SHARYLAND HIGH SCHOOL**

Hector Madrigal Jr., Principal
1106 N. Shary Rd.
Mission, Tx  78572

**RATTLER PRIDE**

Gr 10TH   ID 01.:251
DOB 05-18-89   RUS 39-01