UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA ALEJANDRA LOPEZ, | * | |
| Petitioner | * | CIVIL ACTION NO. B-04-89 |
| | * | |
| v. | * | |
| | * | |
| HON. COLIN POWELL, ET AL | * | |
| Respondents | | |

### UNOPPOSED MOTION TO CONTINUE MOTIONS HEARING

Defendants, by and through Donald J. DeGabrielle, Jr., United States Attorney for the Southern District of Texas, submit this Unopposed Motion to Continue the Motions Hearing set for May 2 at 2:00 p.m.  In support of this motion the Defendants show the court as follows:

Defendants request a continuance because counsel for Defendants will be out of town the entire week of May 2, 2006.  Moreover, the parties are working to settle this case.

This Motion is not sought for delay but so that justice may be done.

Wherefore, premises considered, Defendants request a continuance.

    Respectfully submitted
    Donald J. DeGabrielle, Jr.
    United States Attorney

    <u>/s/ Rene Carlo Benavides</u>
    Rene Carlo Benavides
    Assistant United States Attorney
    U.S. Attorney's Office, Southern Dist. of Texas
    1701 W. Hwy. 83, Suite 600
    McAllen, Texas  78501
    (956) 618-8010     (956) 618-8016 (fax)

Texas Bar No.24025248
Southern Dist. No.26215

### CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Plaintiff and she is not opposed to a continuance of the Motions Hearing.

/s/Rene Carlo Benavides
Rene Carlo Benavides

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing certificate has been forwarded to Plaintiffs' counsel of record, Lisa S. Brodyaga, 17891 Landrum Park Road, San Benito, Texas 78586 by facsimile to (956) 421 - 3423 and/or e-mail on April 28, 2006.

/s/ Rene Carlo Benavides
Rene Carlo Benavides
Assistant United States Attorney