**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| NORMA ALEJANDRA LOPEZ, | * | |
|     Petitioner | * | CIVIL ACTION NO. B-04-89 |
| | * | |
| v. | * | |
| | * | |
| HON. COLIN POWELL, ET AL | * | |
|     Respondents | | |

## ORDER

Defendants' Unopposed Motion to Continue the Motions Hearing scheduled for May 2, 2006

at 2:00 p.m. is hereby GRANTED.


SIGNED on this _____, 2006.  Brownsville, Texas.


_____
Felix Recio
United States Magistrate Judge