ORDER

# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA ALEJANDRA LOPEZ,<br>  Petitioner,<br>V.<br><br>HON. COLIN POWELL, ET AL,<br>  Respondents. | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. B-04–089<br>(636(c)) |

# **O R D E R**

Defendants' Unopposed Motion to Continue Motions Hearing scheduled for May 2, 2006, at 2:00 p.m., is hereby GRANTED.  The Motions Hearing is rescheduled to June 6, 2006, at 2:00 p.m.

SIGNED this 28th day of April 2006 at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge