UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**NORMA ALEJANDRA LOPEZ, Petitioner** )
)
v. ) C.A. No. B-04-089
)
**HON. COLIN POWELL, et al, Respondents.** )

**PLAINTIFF'S EXHIBIT LIST**

Plaintiff Norma Alejandra Lopez, through counsel, files the instant list of exhibits she intends to file, which exhibits were already submitted in conjunction with her Motion for Summary Judgment:

A: Letter denying passport
B: Plaintiff's short form Birth Certificate
C: From Plaintiff's file, called "Documented False Claim"
D: State Department file relating to Plaintiff
E: Defendants' Answers to Plaintiff's Written Discovery
F: Defendants' Response to Plaintiff's Second Set of Requests for Production of Documents
G: Plaintiff's Response to Defendants' First Set of Interrogatories
H: Texas and Mexican birth certificates of Plaintiff's older brother, Noe Alejandro Lopez, born September 26, 1982
I: Deposition of Plaintiff's mother, Norma Alicia Anaya de Lopez
J: Deposition of Plaintiff's father, Dr. Juan Noe Lopez-Soto
K: The local crossing cards of Plaintiff's parents
L: The documents submitted by Plaintiff in response to Defendant's Request for Production of Documents
M: Copy of I-94, "Temporary Evidence of Lawful Admission for Permanent Residence," issued to Norma Anaya de Lopez on April 14, 2005, as IR-0, (parent of adult United States Citizen)
N: Defendants' First Supplemental Answers to Plaintiff's Written Discovery, and
O: (Sealed) documents from the file of the midwife.