# LOPEZ EXHIBIT LIST

1. The INS records relating to the midwife, Sylvia Barrera-Sanchez.

2. Affidavit of Debra Owens State Registrar of the Bureau of Vital Statistics, Texas Department of health, certifying the birth certificate of Norma Alejandra Lopez and that Plaintiff's birth certificate was flagged for non issuance based on a copy of her Mexican birth certificate, and a copy of the Texas Birth Certificate of Norma Alejandra Lopez attached to the affidavit.

3. A certificate by the Department of State certifying the Acting Chief, Records Service division, passport services, certifying a package attached to the certificate which includes the following:

   a. Affidavit of William Cawthord, Acting Chief, Records Service division, passport services Directorate, certifying the passport record.

   b. The passport record consisting of seven pages

4. Record of conviction of the midwife, Sylvia Barrera, on January 16, 1991, at McAllen, Texas

5. Newspaper Article from the Houston Chronicle of February 28, 1991 on the conviction of the midwife, Sylvia Barrera.

6. A certified copy of the Mexican birth certificate for Plaintiff

7. Declaration fo Jacqueline Harley-Bell, the Regional Director of the United States Passport Agency of the U.S. Department of State, located in Houston, Texas, executed on August 16, 2004.


8. Certified INS records pertaining to Norma Alejandra Lopez Anaya, File No. A70 430 843
9. Certified INS records pertaining to Juan Noe Lopez Soto, File No. A99 244 830

10. Certified INS records pertaining to Norma Alicia Anaya de Lopez, File No. A99 244 831