UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **NORMA ALEJANDRA LOPEZ, Petitioner** ) | |
| ) | |
| v.                                     ) | C.A. No. B-04-089 |
| ) | |
| **HON. COLIN POWELL, et al, Respondents.** ) | |

### PLAINTIFF'S FINDINGS OF FACT AND CONCLUSIONS OF LAW

Plaintiff Norma Alejandra Lopez, through counsel, files the instant proposed findings of fact and conclusions of law.

### FINDINGS OF FACT

1. The Court finds that Plaintiff Norma Alejandra Lopez has established, by a preponderance of the evidence, that she was born in San Juan, Texas, on May 18, 1989, as shown by her birth certificate, filed May 19, 1989, with the local registrar, and May 22, 1989, with the Texas Department of Health, Bureau of Vital Statistics.  *See,* Plaintiff's Exhibit "E" pages 20 and 21.

### CONCLUSIONS OF LAW

1. This Court has jurisdiction under 8 U.S.C. §1503 to determine whether Plaintiff is a United States citizen.

2. The Court concludes that Plaintiff became a United States citizen, by virtue of her birth in San Juan, Texas, and that there has been no claim that she has lost her United States citizenship.

3. Plaintiff is a citizen of the United States.