## DEFENDANTS' PROPOSED FINDINGS OF FACT AND LAW

**FINDINGS OF FACT:**

1. In direct conflict with the Texas birth certificate, plaintiff concedes that her parents registered her birth in Mexico on June 26, 1989.
2. Plaintiff's midwife, who delivered her, was convicted for false birth registrations.
3. Plaintiff does not have any objective evidence to support her contention of birth in Texas.

**CONCLUSIONS OF LAW**

1. The validity of plaintiff's Texas birth certificate has been nullified by her contrary Mexican birth certificate and the questionable midwife. As such, plaintiff's Mexican birth certificate is evidence of her birth in Mexico.
2. The Mexican birth certificate creates a presumption that plaintiff is an alien and plaintiff has not effectively rebutted that presumption.
3. Plaintiff has not met her burden of proof in establishing her U.S. citizenship.