UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA ALEJANDRA LOPEZ, | * | |
| Petitioner | * | CIVIL ACTION NO. B-04-89 |
| | * | |
| v. | * | |
| | * | |
| HON. COLIN POWELL, ET AL | * | |
| Respondents | | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendants file this response to Plaintiff's Motion for Summary Judgment.

Plaintiff has a Mexican birth certificate evidencing her birth in Mexico. Plaintiff does not deny this but simply claims that her parents were not truthful in declaring her birth in Mexico to the Mexican government. Moreover, Plaintiff was delivered by a midwife who was convicted of multiple false birth registrations. The midwife filed her birth here in Texas as born in Texas, but provided a false Texas address for Plaintiff's parents. In addition, the Plaintiff does not have any objective witnesses to her birth in Texas. Her mother and father and possibly an aunt have direct knowledge that Plaintiff's parents crossed the border to deliver her.

The aforementioned facts create, at the very least, a fact question to be determined at trial.

Wherefore, premises considered, Defendants request that this Court deny Plaintiff's Motion for Summary Judgment.

                                                    Donald J. DeGabrielle, Jr.
                                                    United States Attorney

                                                    /s/Rene Carlo Benavides
                                                    Rene Carlo Benavides

Assistant United States Attorney
Southern District of Texas
1701 W. Hwy. 83, Suite 600
McAllen, Texas 78501
(956) 618 - 8010 (956) 618 - 8016 fax
Texas Bar No. 24025248
Southern Dist. No. 26215

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing DEFENDANTS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT was sent by e-mail to:
Lisa S. Brodyaga, Esquire
REFUGIO DEL RIO GRANDE
17891 Landrum Park Rd.
San Benito, TX  78586


on this 6 day of June, 2006.

/s/ Rene Carlo Benavides
RENE BENAVIDES
Assistant United States Attorney

2