# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

NORMA ALEJANDRA LOPEZ        *

v.        *    CIVIL ACTION NO. B-04-089
                                                          (636(c))

HON. COLIN POWELL, ET AL        *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## BENCH TRIAL

**June 19, 2006, at 9:00 am.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:     U.S. Federal Building & Courthouse
                 600 E. Harrison, 2nd Floor
                 Brownsville, TX 78520

**BY ORDER OF THE COURT**

June 6, 2006

cc:     All Counsel