UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **NORMA ALEJANDRA LOPEZ**<br>    PETITIONER, a minor, by and through<br>    Her Mother,<br>**NORMA ALICIA ANAYA DE LOPEZ,**<br><br>v.<br><br>**HON. COLIN POWELL,**<br>    United States Secretary of State.<br>            and<br>**UNITED STATES OF AMERICA,**<br>    RESPONDENTS. | C.A. B-04-089 |

**NOTICE OF SETTLEMENT OF
FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Norma Alejandra Lopez, through counsel, hereby advises the Court that the Parties have reached a settlement herein. It will therefore not be necessary to conduct the trial, currently scheduled for June 19, 2006. Within twenty (20) days, the Parties will submit an Order of Dismissal.

Respectfully Submitted,

s/ Lisa S. Brodyaga
Attorney at Law
17891 Landrum Park Road          Federal Id:  1178
San Benito, TX 78586             Texas State Bar: 03052800
(956) 421-3226
(956) 421-3423 (fax)

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Rene Benavides, AUSA, on June 14, 2006.

s/ Lisa S. Brodyaga