```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                     BROWNSVILLE DIVISION
```

NORMA ALEJANDRA LOPEZ,          )
    PETITIONER,                 )
v.                              )
                                )    CIVIL ACTION NO. M-04-089
HON. CONDOLEEZA RICE, UNITED    )
  STATES SECRETARY OF STATE,    )
AND THE UNITED STATES           )
OF AMERICA.                     )
_____)

**JOINT REQUEST FOR ADDITIONAL 30 DAYS TO FILE MOTION TO DISMISS**

The Parties herein request and additional thirty (30) days to finalize their settlement agreement, and file a motion to dismiss. The delay has resulted from unforeseen difficulty in locating the original documents submitted by Plaintiff with her application for a passport. Access to those documents is crucial to the proposed settlement herein.

Wherefore, the Parties request an additional thirty days to submit the finalized settlement and motion to dismiss.

                        s/
                        _____
                        Lisa S. Brodyaga
                        Attorney-in-Charge, Plaintiffs


                        MICHAEL T. SHELBY
                        United States Attorney
                        Southern District of Texas

                        s/
                        _____
                        RENE BENAVIDES,
                        Assistant U.S. Attorney
                        Attorney-in-Charge, Defendants