# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

```
NORMA ALEJANDRA LOPEZ,            §
     Petitioner,                  §
v.                                §    CIVIL ACTION NO. B-04-089
                                  §
HON. CONDOLEEZA RICE, UNITED      §
STATES SECRETARY OF STATE,        §
And THE UNITED STATES OF AMERICA  §
     Respondents.                 §
```

**ORDER GRANTING JOINT REQUEST FOR
ADDITIONAL 30 DAYS TO FILE MOTION TO DISMISS**

The Parties' Joint Request for Additional 30 days to File Motion to Dismiss is hereby GRANTED, up to and including August 7, 2006.

DONE at Brownsville, Texas, on 5th day of July 2006.

Felix Recio
United States Magistrate Judge