**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| **NORMA ALEJANDRA LOPEZ, Petitioner** | ) |
| | ) |
| **v.** | )   **C.A. No. B-04-089** |
| | ) |
| **CONDOLEEZZA RICE, et al, Respondents.** | ) |
| | ) |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS, WITHOUT PREJUDICE**

Norma Alejandra Lopez, through counsel, respectfully files the instant unopposed motion to dismiss, without prejudice, the instant action, on the basis of the attached settlement agreement, and that the Court retain jurisdiction to enforce said agreement.

Respectfully Submitted,

s/

Lisa S. Brodyaga
Attorney at Law
17891 Landrum Park Road                    Federal Id:  1178
San Benito, TX 78586                        Texas State Bar: 03052800
(956) 421-3226
(956) 421-3423 (fax)

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with proposed Order and Settlement Agreement, were electronically served on Rene Benavides, AUSA, on August 7, 2006.


s/ Lisa S. Brodyaga
_____