UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **NORMA ALEJANDRA LOPEZ, Petitioner** ) | |
| ) | |
| v.                                       ) | C.A. No. B-04-089 |
| ) | |
| **CONDOLEEZZA RICE, et al, Respondents.** ) | |

ORDER GRANTING
PLAINTIFF'S UNOPPOSED MOTION TO DISMISS, WITHOUT PREJUDICE

Before the Court is the unopposed motion of Norma Alejandra Lopez to dismiss, without prejudice, the instant action, on the basis of the attached settlement agreement, and that the Court retain jurisdiction to enforce said agreement. The Court is of the opinion that said motion should be, and it hereby is, GRANTED.

WHEREFORE, IT IS HEREBY ORDERED that the instant case be dismissed, without prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the settlement agreement.

DONE this _____ day of August, 2006
at Brownsville, Texas

                                      _____
                                           HON. FELIX RECIO
                                      UNITED STATES MAGISTRATE JUDGE