UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NORMA ALEJANDRA LOPEZ,  
  Petitioner  
             CIVIL ACTION NO. B-04-89

v.

HON. CONDOLEEZZA RICE, ET AL  
  Respondents

Norma Alejandra Lopez (hereinafter the "Plaintiff") and Condoleezza Rice (hereinafter the "Defendant"), collectively referred to as the "Parties," hereby agree to settle the above-referenced civil action and to dismissal of the action without prejudice on the terms described below:

1. Plaintiff agrees to submit a new passport application to Defendant by September 5, 2006. To that end Defendants will make available the original documents submitted with her prior application.

2. In adjudicating the new passport application submitted in accordance with paragraph 1, Defendant agrees not to challenge Plaintiff's contention that she was born in the United States and will not challenge that contention in any application for renewal of that passport solely on the facts relied on by Defendants in adjudicating Plaintiff's April 13, 2004 passport application.

3. Plaintiff agrees that she will not seek attorney's fees or costs from Defendant.

Executed this 27th day of July, 2006.

By the Plaintiff:            For the Defendant:

_____    _____  
Norma Alejandra Lopez         René Carlo Benavides  
Plaintiff              Assistant United States Attorney

_____  
Lisa Brodyaga  
Attorney for Plaintiff